FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR -8 2010

Stephan Harris, Clerk
Casper

**SUBMITTED BY:**

JEFFREY C. GOSMAN
**GOSMAN LAW OFFICE**
P.O. Box 51267
Casper, WY 82605
(307) 265-6715 (fax.)
(307) 265-3082 (ph.)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Powell, Tim Feathers, Chad Minor,<br>Mike Cretien, Roy Eckerdt, Dave Brown,<br>Mike Hall, Brett Lara, Matt McCaslin,<br>Alan Kent, Mike Danzer, Matt Brilakis,<br>Lee Blackmore, Cody Bradley,<br>John Does #1 - #5<br><br>    Defendants | CASE NO. 10CV 041J |

## NOTICE OF COMPLEXITY

Pursuant to U.S.D.C.L.R 16.1, the Plaintiff hereby notifies the Court and the opposing party that the above named civil case is:

 _____   Non-Complex

 ___X____   Complex

Dated this Monday, March 8, 2010.

_____
Jeff Gosman
**GOSMAN LAW OFFICE**
125 W. 2nd St.
(307) 265-3082 (ph.)
(307)-265-6715 (fax.)