Thomas A. Thompson
MacPherson, Kelly & Thompson, LLC
616 West Buffalo St.
P.O. Box 999
Rawlins WY  82301
(307) 324-2713
(307) 324-7348 (fax)
Attorneys for Defendants, City of Powell, Tim Feathers, Chad Minor, Mike Cretien, Roy Eckerdt, Dave Brown, Mike Hall, Brett Lara, Matt McCauslin, Alan Kent, Mike Danzer, Matt Brikalis, Lee Blackmore and Cody Bradley, all in their official capacities

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

TRICIA WACHSMUTH,

      Plaintiff,

vs.                                              Civil Action No. 10- CV-041-J

THE CITY OF POWELL, TIM FEATHERS,
CHAD MINOR, MIKE CRETIEN, ROY ECKERDT,
DAVE BROWN, MIKE HALL, BRETT LARA,
MATT McCAUSLIN, ALAN KENT, MIKE DANZER,
MATT BRILAKIS, LEE BLACKMORE, and
CODY BRADLEY,

      Defendants.

## ENTRY OF APPEARANCE

**COMES NOW** Thomas A. Thompson, of the firm of MacPherson, Kelly & Thompson, LLC, and hereby enters his appearance on behalf of the Defendants, City of Powell, Tim Feathers, Chad Minor, Mike Cretien, Roy Eckerdt, Dave Brown, Mike Hall, Brett Lara, Matt McCauslin, Alan Kent, Mike Danzer, Matt Brikalis, Lee Blackmore and Cody Bradley, all in their official capacities, in the above-entitled matter.

DATED this 30th day of March, 2010.

                                                  Thomas A. Thompson, #6-2640
MacPherson, Kelly & Thompson, LLC
P.O. Box 999
616 West Buffalo
Rawlins, WY 82301
(307) 324-2713
(307) 324-7348 - fax

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of March, 2010, at Rawlins, Wyoming, I served the foregoing instrument by causing to be deposited a full, true and correct copy thereof in the United States Mail, duly enveloped with postage prepaid, and addressed to:

Jeffrey C. Gosman
Gosman Law Office
P.O. Box 51267
Casper, WY 82601

Misha Westby
Wyoming Attorney General's Office
Herschler Building, 1st Floor West
Cheyenne, WY 82002

Mailed By: _____

                          For MacPherson, Kelly, & Thompson, LLC