Thomas A. Thompson
MacPherson, Kelly & Thompson, LLC
616 West Buffalo St.
P.O. Box 999
Rawlins WY  82301
(307) 324-2713
(307) 324-7348 (fax)
Attorneys for Defendants, City of Powell, Tim
Feathers, Chad Minor, Mike Cretien, Roy Eckerdt,
Dave Brown, Mike Hall, Brett Lara, Matt McCauslin,
Alan Kent, Mike Danzer, Matt Brikalis, Lee
Blackmore and Cody Bradley, all in their official
capacities

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

TRICIA WACHSMUTH,

   Plaintiff,

vs.              Civil Action No. 10- CV-041-J

THE CITY OF POWELL, TIM FEATHERS,
CHAD MINOR, MIKE CRETIEN, ROY ECKERDT,
DAVE BROWN, MIKE HALL, BRETT LARA,
MATT McCAUSLIN, ALAN KENT, MIKE DANZER,
MATT BRILAKIS, LEE BLACKMORE, and
CODY BRADLEY,

   Defendants.

## NOTICE OF NON-COMPLEXITY

   Pursuant to Rule 16.4 of the Local Rules of the United States District Court for the District of Wyoming, Thomas A. Thompson, as counsel for the Defendants, City of Powell, Tim Feathers, Chad Minor, Mike Cretien, Roy Eckerdt, Dave Brown, Mike Hall, Brett Lara, Matt McCauslin, Alan Kent, Mike Danzer, Matt Brikalis, Lee Blackmore and Cody Bradley, all in their official capacities, hereby notify the Court and the other parties that the above-entitled civil case is non-complex.

DATED this 30th day of March, 2010.

                                                Thomas A. Thompson, #6-2640
                                                MacPherson, Kelly & Thompson, LLC
                                                P.O. Box 999
                                                616 West Buffalo
                                                Rawlins, WY 82301
                                                (307) 324-2713
                                                (307) 324-7348 - fax

## CERTIFICATE OF SERVICE

      This is to certify that on the 30th day of March, 2010, at Rawlins, Wyoming, I served the foregoing instrument by causing to be deposited a full, true and correct copy thereof in the United States Mail, duly enveloped with postage prepaid, and addressed to:

Jeffrey C. Gosman
Gosman Law Office
P.O. Box 51267
Casper, WY 82601

Misha Westby
Wyoming Attorney General's Office
Herschler Building, 1st Floor West
Cheyenne, WY 82002

Mailed By: _____

                                          For MacPherson, Kelly, & Thompson, LLC