FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 01 2010

Stephan Harris, Clerk
Cheyenne

Bruce Salzburg
Wyoming Attorney General

John Renneisen
Deputy Attorney General

Misha Westby – WY Bar No. 6-2826
Senior Assistant Attorney General
2424 Pioneer Ave., 2nd Floor
Cheyenne, WY 82002
T: (307) 777-5457
F: (307) 777-8920
E: mwestb@state.wy.us

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| TRICIA WACHSMUTH, | ) | |
| | ) | |
| Plaintiff, | ) | 10-CV-041-J |
| | ) | |
| vs. | ) | |
| City of Powell, Tim Feathers, Chad Minor, | ) | |
| Mike Cretien, Roy Eckerdt, Dave Brown, | ) | |
| Mike Hall, Brett Lara, Matt McCaslin, | ) | |
| Alan Kent, Mike Danzer, Matt Brilakis, | ) | |
| Lee Blackmore, Cody Bradley, | ) | |
| John Does #1 - #5 | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**COMES NOW**, Misha Westby, Senior Assistant Attorney General, Wyoming Attorney General's Office, and hereby enters her appearance as counsel for Defendants Tim Feathers, Chad Minor[1], Mike Cretien, Roy Eckerdt, Dave Brown, Mike Hall, Brett

---

[1] Several of the officers' names are misspelled; Chad Minor is Chad Miner, Matt McCauslin is Matt McCaslin, Mike Cretien is Mike Chretien, and Mike Danzer is Matthew Danzer.

Lara Matt McCaslin, Alan Kent, Mike Danzer, Matt Brilakis, Lee Blackmore and Cody Bradley in their individual capacity for federal civil rights claims, and as to state law claims.

DATED this 1st day of April, 2010.

                              Misha Westby – WSB No. 6826
                              Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2010, the foregoing was served via U.S. Mail upon the following individuals:

| | |
|---|---|
| Jeffrey C. Gosman | Tom Thompson |
| Gosman Law Office | MacPerson, Kelly & Thompson |
| PO Box 51267 | PO Box 999 |
| Casper, WY 82601-2481 | Rawlins, WY 82301-0999 |
| E: Jeff@gosmanlawoffices.com | E: tthompson@wyomingattorneys.net |

                              Office of the Wyoming Attorney General