```
                                    FILED
                              U.S. DISTRICT COURT
                              DISTRICT OF WYOMING

                                  JUN 28 2010

                              Stephan Harris, Clerk
                                    Cheyenne
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| Tricia Wachsmuth, | CASE NO. 10 cv 041J |
| Plaintiff, |  |
| v. |  |
| City of Powell, Et. Al., |  |
| Defendants. |  |

### ORDER

*This Matter*, comes before the Court on the Plaintiff, Tricia Wachsmuth's, motion to amend the complaint pursuant to matters set forth in the Initial Pre-Trial Conference Order, and it appearing that said motion is in order;

*Now Therefore*, the Plaintiff's amended complaint which is attached to the motion is allowed and deemed filed.

*Dated* this 28th day of June, 2010.

_____
Honorable Magistrate William C. Beaman