FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 22 2010

Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

CASE NO. 10 cv 041J

Tricia Wachsmuth,

    Plaintiff,

v.

City of Powell, Et. Al.,

    Defendants.

---

*ORDER*

*This Matter*, comes before the Court on the Plaintiff, Tricia Wachsmuth's, second motion to amend the complaint pursuant to a matter set forth in the Initial Pre-Trial Conference Order, which matter involves clarifying that the individual Defendants are being sued in their individual capacity, and counsel for the Defendants not objecting to the same, and it appearing that said motion is in order;

*Now Therefore*, the Plaintiff's Second Amended Complaint which is attached to the motion is allowed and deemed filed.

*Dated* this _22nd_ day of ___July___, 2010.

Honorable Magistrate William C. Beaman

-1-