**SUBMITTED BY:**
JEFFREY C. GOSMAN
GOSMAN LAW OFFICE
PO Box 51267
Casper, WY 82601-2481
(307) 265-6715 (fax.)
(307) 265-3082 (ph.)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH,<br><br>        Plaintiff,<br><br>vs.<br><br>City of Powell, and in their individual capacity,<br>Tim Feathers, Chad Miner,<br>Mike Chretien, Roy Eckerdt, Dave Brown,<br>Mike Hall, Brett Lara, Matt McCaslin,<br>Alan Kent, Matt Danzer, Officer Brilakis,<br>Lee Blackmore, Cody Bradley, Kirk Chapman<br>John Does #1 - #4<br><br>        Defendants | CASE NO. **10 cv 041J** |

### NOTICE OF DEPOSITIONS

TO:   ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Plaintiff by and through his counsel, will take the following depositions by stenographic means before a Court Reporter at

the dates, times and locations indicated below pursuant to Rule 30 FRCP and Rule 30.1 USDCLR :

| Deponent | Date & Time | Place |
|---|---|---|
| Tim Feathers, Chad Miner, Mike Chretien, Roy Eckerdt, Dave Brown, Mike Hall, Brett Lara, Matt McCaslin, Alan Kent, Matt Danzer, Officer Brilakis, Lee Blackmore, Cody Bradley, Kirk Chapman | September 7, 2010 Commencing at 1:00 pm Mountain Time & continuing from day to day until completed. | Percy Metz Conference Room Park County Court House 1002 Sheridan Ave. Cody, WY 82414 |

You are invited to attend and cross-examine.

Tuesday, August 10, 2010

Respectfully submitted,

_____-S-_____
JEFFREY C. GOSMAN
Plaintiff's Counsel
**GOSMAN LAW OFFICE**
PO Box 51267
Casper, Wyoming 82601
(307) 265-3082 (ph.)
(307) 265-6715 (fax.)

*Certificate of Service*

I hereby certify that true and correct copies of the foregoing document was served this Tuesday, August 10, 2010 by ***e-submission*** to the following parties in interest:

| | |
|---|---|
| Misha Westby<br>Senior Assistant Attorney General<br>2424 Pioneer Avenue, 2nd Floor<br>Cheyenne, WY 82002<br>(307) 777-5477<br>(307) 777 8920 (f)<br>mwest@state.wy.us | Tom Thompson<br>MacPerson, Kelly & Thompson<br>P.O. 999<br>Rawlins, WY 82301-0999<br>(307) 324-2713<br>(307) 324-7348<br>tthompson@wyomingattorneys.net |

_____-S-_____
Jeff Gosman