FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 1 1 2010

Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

CASE NO. 10 cv 041J

Tricia Wachsmuth,

    Plaintiff,

v.

City of Powell, Et. Al.,

    Defendants.

## ORDER

*This Matter*, comes before the Court on the Plaintiff, Tricia Wachsmuth's, motion to extend the Plaintiff's deadline for designating expert witnesses, and the response thereto, and upon motion to extend the filing date for dispositive motions, and the Court being satisfied that the request is in order;

*Now Therefore*, the Plaintiff shall have up to and including September 17, 2010, to designate expert witnesses, and the Defendants shall have up to and including November 2, 2010, to designate expert witnesses; and

*It is Further Ordered*, that the Defendant may have until November 2, 2010, to file dispositive motions in the case, and the Plaintiff shall have until November 15, 2010 to respond.

Dated this 11th day of August, 2010.

_____
Honorable Magistrate William C. Beaman