Bruce Salzburg
Wyoming Attorney General

John Renneisen
Deputy Attorney General

Misha Westby – WY Bar No. 6-2826
Senior Assistant Attorney General
2424 Pioneer Ave., 2nd Floor
Cheyenne, WY 82002
T: (307) 777-5457
F: (307) 777-8920
E: mwestb@state.wy.us

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| TRICIA WACHSMUTH, | ) | |
| | ) | |
| Plaintiff, | ) | 10-CV-041-J |
| | ) | |
| vs. | ) | |
| City of Powell, Tim Feathers, Chad Minor, | ) | |
| Mike Cretien, Roy Eckerdt, Dave Brown, | ) | |
| Mike Hall, Brett Lara, Matt McCaslin, | ) | |
| Alan Kent, Mike Danzer, Matt Brilakis, | ) | |
| Lee Blackmore, Cody Bradley, | ) | |
| John Does #1 - #5 | ) | |
| | ) | |
| Defendants. | ) | |

**INDIVIDUAL DEFENDANTS' JOINDER IN CITY OF POWELL'S RESPONSE TO MOTION TO COMPEL**

The Defendants Tim Feathers, Chad Miner, Mike Chretien, Roy Eckerdt, Dave Brown, Mike Hall, Brett Lara, Matt McCauslin, Alan Kent, Matthew Danzer, Matt Brilakis, Lee Blackmore and Cody Bradley in their individual capacity for federal civil rights claims, and as to state law claims, hereby joins in the response submitted by the City of Powell to the Plaintiff's Motion to Compel.

Although the individual Defendants are not the custodian of these records, they do have an interest in the privacy and protection of the information contained in the files requested by the Plaintiff. The Individual Defendants assert that their right to privacy in the personal, medical and psychiatric information contained in the requested files far outweighs any vague or potential probative value to the Plaintiff in this case.

WHEREFORE, the Individual Defendants hereby join in the City of Powell's response to the Motion to Compel and request the motion be denied.

DATED this 16th day of August, 2010.

/s/
/s/ Misha Westby
Misha Westby – WSB No. 6826
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2010, the foregoing was served electronically to the following individuals:

Jeffrey C. Gosman                   Tom Thompson
Gosman Law Office                   MacPherson, Kelly & Thompson
PO Box 51267                        PO Box 999
Casper, WY 82601-2481               Rawlins, WY 82301-0999
E: Jeff@gosmanlawoffices.com        E: tthompson@wyomingattorneys.net

/s/ Misha Westby
Office of the Wyoming Attorney General

*Wachsmuth v. City of Powell, et. al.,* Case No. 10-CV-41-J
Joinder in Response to Motion to Compel
Page 2 of 2