FILED
U.S. DISTRICT COURT
[illegible]
Cheyenne Clerk

## United States District Court
## For The District of Wyoming

| | |
|---|---|
| TRICIA WACHSMUTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil No. 10–CV–041–J |
| CITY OF POWELL and in their individual ) | |
| capacity, TIM FEATHERS, CHAD MINER, ) | |
| MAKE CHRETIEN, ROY ECKERDT, ) | |
| DAVE BROWN, MIKE HALL, BRETT ) | |
| LARA, MATT MCCASLIN, ALAN KENT, ) | |
| MATT DANZER, OFFICER BRILAKIS, ) | |
| LEE BLACKMORE, CODY BRADLEY, ) | |
| KIRK CHAPMAN, JOHN DOES #1-#4, ) | |
| ) | |
| Defendants. ) | |

### ORDER ON EMERGENCY HEARING REGARDING PROTECTIVE ORDER

The above-entitled matter has come before the Court on emergency hearing held on October 4, 2010. Present by telephone were Jeffrey C. Gosman, counsel for plaintiff, Melissa E. Westby, counsel for defendants in their individual capacities, and Thomas A. Thompson, counsel for defendants in their official capacities. Counsel called into the Court seeking an immediate ruling on the validity of a direction not to answer given to defendants in a dispute regarding the protective order entered by the Court on September 8, 2010. Pursuant to Local Rule 30.1, "[w]here a direction not to answer . . . is given and honored by the witness, either party may seek an

1

immediate ruling . . . as to the validity of such direction." U.S.D.C.L.R. 30.1(d). The Court ruled that plaintiff may properly ask defendants the following question: "Have you ever been disciplined for something, within the last five years, that is not reflected in your personnel file."

Dated this 6th day of October, 2010.

William C. Beaman
United States Magistrate Judge