**SUBMITTED BY:**
JEFFREY C. GOSMAN
GOSMAN LAW OFFICE
PO Box 51267
Casper, WY 82601-2481
(307) 265-6715 (fax.*)
(307) 265-3082 (ph.*)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH,<br><br>Plaintiff,<br><br>vs.<br><br>City of Powell, and in their individual capacity,<br>Tim Feathers, Chad Miner,<br>Mike Chretien,Roy Eckerdt, Dave Brown,<br>Mike Hall, Brett Lara, Matt McCaslin,<br>Alan Kent, Matt Danzer, Officer Brilakis,<br>Lee Blackmore, Cody Bradley, Kirk Chapman<br>John Does #1 - #4<br><br>Defendants | CASE NO. **10 cv 041J** |

## NOTICE OF DEPOSITIONS

TO:   ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Plaintiff by and through his counsel, will

take the following depositions by stenographic means before a Court Reporter at

the dates, times and locations indicated below pursuant to Rule 30 FRCP and

Rule 30.1 USDCLR :

| Deponent | Date & Time | Place |
|---|---|---|
| **Marissa Torzen**, Roy Eckerdt, Alan Kent, Officer Brilakis, Lee Blackmore, Cody Bradley, Kirk Chapman, Tim Feathers. | November 22nd Commencing at 9:00 am Mountain Time & continuing from day to day until completed. | Percy Metz Conference Room Park County Court House 1002 Sheridan Ave. Cody, WY 82414 |

You are invited to attend and cross-examine.

Friday, October 15, 2010

Respectfully submitted,

_____**-S-**_____
JEFFREY C. GOSMAN
Plaintiff's Counsel
**GOSMAN LAW OFFICE**
PO Box 51267
Casper, Wyoming 82601
(307) 265-3082 (ph.)
(307) 265-6715 (fax.)

### *Certificate of Service*
I hereby certify that true and correct copies of the foregoing document was served this Friday, October 15, 2010 by ***e-submission*** to the following parties in interest:

| | |
|---|---|
| Misha Westby Senior Assistant Attorney General 2424 Pioneer Avenue, 2nd Floor Cheyenne, WY 82002     (307) 777-5477     (307) 777 8920 (f) mwest@state.wy.us | Tom Thompson MacPerson, Kelly & Thompson P.O. 999 Rawlins, WY 82301-0999     (307) 324-2713     (307) 324-7348 tthompson@wyomingattorneys.net |

_____**-S-**_____
Jeff Gosman