Bruce Salzburg
Wyoming Attorney General

John Renneisen
Deputy Attorney General

Misha Westby – WSB No. 6-2826
Senior Assistant Attorney General
2424 Pioneer Ave., 2nd Floor
Cheyenne, WY 82002
T: (307) 777-5457
F: (307) 777-8920
E: mwestb@state.wy.us

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| TRICIA WACHSMUTH, | ) | |
| | ) | |
| Plaintiff, | ) | 10-CV-041-J |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Powell, Tim Feathers, Chad Minor, | ) | |
| Mike Cretien, Roy Eckerdt, Dave Brown, | ) | |
| Mike Hall, Brett Lara, Matt McCaslin, | ) | |
| Alan Kent, Mike Danzer, Matt Brilakis, | ) | |
| Lee Blackmore, Cody Bradley, | ) | |
| John Does #1 - #5 | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO EXTEND DEADLINES

The parties jointly file this motion to extend the deadlines currently set in this case. In support of said motion, the parties state as follows:

1. This case involves fourteen named Defendants and numerous fact and medical witnesses. The parties have diligently attempted to complete discovery within the time frame established by the scheduling orders. However, the number of witnesses,

the location of the depositions and the schedules of the three attorneys involved has created problems with meeting the currently set deadlines.

2. We have completed five days of depositions and we have scheduled several other days to complete the remaining depositions including November 22, 23, 24, 29 and 30 and November 8, 9 and 10.

3. Based on the dates set for the future depositions, the parties believe that they could complete discovery and file dispositive motions by December 24 with the responses due January 10, 2011.

4. The final pretrial conference is currently set for January 13, 2011 and the trial is scheduled for twelve days beginning February 14, 2011. The parties jointly request the final pretrial conference be moved to accommodate consideration of the dispositive motions.

5. If the Court determines that it is appropriate to continue the trial date as well as the final pretrial conference, the parties would request a continuance of the dates according to the new trial date.

WHEREFORE, the parties hereby request that Court reset the previously scheduled deadlines as set forth above.

DATED this 21st day of October, 2010.

/s/ Misha Westby
Misha Westby, WSB No. 6-2826
Senior Assistant Attorney General


/s/ Jeffrey C. Gosman
Jeffrey C. Gosman
Gosman Law Office
PO Box 51267
Casper, WY 82601-2481


/s/ Tom Thompson
Tom Thompson
MacPerson, Kelly & Thompson
PO Box 999
Rawlins, WY  82301-0999

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2010, the foregoing was filed electronically via CM/ECF which sent notification to the following individuals:

Jeffrey C. Gosman          Tom Thompson
Gosman Law Office          MacPerson, Kelly & Thompson
PO Box 51267               PO Box 999
Casper, WY 82601-2481      Rawlins, WY  82301-0999
E:  Jeff@gosmanlawoffices.com   E:  tthompson@wyomingattorneys.net


/s/ Heather L. Hunter
Office of the Wyoming Attorney General