**SUBMITTED BY:**

JEFFREY C. GOSMAN
**GOSMAN LAW OFFICE**
PO Box 51267
Casper, WY 82601-2481
(307) 265-6715 (fax.*)*
(307) 265-3082 (ph.*)*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Tricia Wachsmuth, | Case No. **10 cv 041J** |
| Plaintiff, | |
| vs. | |
| City of Powell, and in their individual capacity,<br>Tim Feathers, Chad Miner,<br>Mike Chretien, Roy Eckerdt, Dave Brown,<br>Mike Hall, Brett Lara, Matt McCaslin,<br>Alan Kent, Matt Danzer, Officer Brilakis,<br>Lee Blackmore, Cody Bradley, Kirk Chapman<br>John Does #1 - #4, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF CLARIFICATION CONCERNING JT. MOTION TO EXTEND DEADLINES**

*Comes Now*, Plaintiff, Tricia Wachsmuth, by and through counsel Jeff Gosman of **GOSMAN LAW OFFICE** and notifies the Court that the Plaintiff does not seek to move the trial date and wishes to keep the current trial date, if possible.

Friday, October 22, 2010.

-1-

                Respectfully submitted,

             _____-S-_____
             JEFFREY C. GOSMAN
             Plaintiff's Counsel
             **GOSMAN LAW OFFICE**
             PO Box 51267
             Casper, Wyoming 82601
             (307) 265-3082 (ph.)
             (307) 265-6715 (fax.)

### *Certificate of Service*

 I hereby certify that true and correct copies of the foregoing document was served this Friday, October 22, 2010 by ***e-submission*** to the following parties in interest:

| | |
|---|---|
| Misha Westby<br>Senior Assistant Attorney General<br>2424 Pioneer Avenue, 2nd Floor<br>Cheyenne, WY 82002<br>(307) 777-5477<br>(307) 777 8920 (f)<br>mwest@state.wy.us | Tom Thompson<br>MacPerson, Kelly & Thompson<br>P.O. 999<br>Rawlins, WY 82301-0999<br>(307) 324-2713<br>(307) 324-7348<br>tthompson@wyomingattorneys.net |

            _____-S-_____
            Jeff Gosman