

# CIVIL MINUTE SHEET
## STATUS / SCHEDULING CONFERENCE

| | | | | |
|---|---|---|---|---|
| **Date** | 10/28/10 | ☒ Telephonic<br>☐ Status<br>☒ Scheduling | **Case Number** | 10-CV-41-J |
| **Time** | 3:17 pm - 3:36 pm | | | |
| **Judge** | Alan B. Johnson | | **Law Clerk** | Josh Tolin |
| **Clerk** | Abby Logan | | **Reporter** | Julie Thomas |

**Attorney (s) for Plaintiff (s):** Jeffrey Gossman (via phone)

**Attorney (s) for Defendant (s):** Melissa Westby (via phone), Thomas Thompson (via phone)

**Other:**
Dispositive Motions filing deadline 12/24/10, Responses due 1/10/11.
Motions in Limine filing deadline 1/18/11, Responses due 2/24/11.

WRITTEN ORDER TO FOLLOW SETTING FORTH ALL DATES SET.

| | |
|---|---|
| Plaintiff Expert Witness Designation Deadline | done |
| Defendant Expert Witness Designation Deadline | stays the same 11/2/10 |
| Discovery Due | 12/24/10 |
| Stipulation Deadline | |
| Defendant Motion Filing Deadline | |
| Dispositive Motions Hearing | 1/14/10 at 3:30 p.m. |
| Final Pretrial Conference Set | 1/31/11 at 8:30 a.m. |
| Jury Trial Set | 2/14/11 at 1:30 p.m. |