FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 29 2010

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH, | |
| Plaintiff, | |
| v. | Case No. 10-CV-41-J |
| CITY OF POWELL, TIM FEATHERS, CHAD MINOR, MIKE CRETIEN, ROY ECKERDT, DAVE BROWN, MIKE HALL, BRETT LARA, MATT McCASLIN, ALAN KENT, MIKE DANZER, MATT BRILAKIS, LEE BLACKMORE, CODY BRADLEY, JOHN DOES #1–5, | |
| Defendants. | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

This matter came before the Court by the parties' *Joint Motion to Extend Deadlines* (Doc. 35). The Court heard the motion over a telephone conference on October 28, 2010. The Court, having considered the parties' arguments and being fully advised, orders as follows:

The Court GRANTS the parties' *Joint Motion to Extend Deadlines* (Doc. 35).

Accordingly, the Court ORDERS the discovery cutoff and the deadline for filing dispositive motions is extended to December 24, 2010.

The Court further ORDERS the deadline for responding to those dispositive

motions is extended to January 10, 2011.

The Court calls the attention of the parties to the local rules, which dictate: "In the event a motion for summary judgment is filed, the parties shall include in their respective briefs a list of all claimed undisputed and disputed facts, together with a short statement of evidence and any other basis which supports a claim that a fact is disputed or undisputed." U.S.D.C.L.R. 7.1(b)(2)(A).

The Court further ORDERS that it will hold a hearing in open court on the dispositive motions at 3:30 p.m. on January 14, 2011.

The Court further ORDERS that the deadline for defendants to designate experts remains November 2, 2010.

The Court further ORDERS that the defendants shall have until December 17, 2010 to complete an IME.

The Court further ORDERS that the deadline for filing motions in limine is extended to January 18, 2011.

The Court further ORDERS the deadline for responding to motions in limine is extended to January 24, 2011.

The Court further ORDERS that the Final Pretrial Conference is reset to 8:30 a.m. on January 31, 2011.

Finally, the Court ORDERS the trial in this matter remains set for 9:30 a.m. on February 14, 2011 and is scheduled to last eight to ten days.

Dated this 28th day of October, 2010.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE