Bruce A. Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Misha E. Westby
Senior Assistant Attorney General
123 Capitol Building
Cheyenne, WY 82002
(307) 777-8904
(307) 777-8960
Attorneys for the individual Defendants

Thomas A. Thompson
MacPherson, Kelly & Thompson, LLC
P.O. Box 999
Rawlins WY  82301
(307) 324-2713
(307) 324-7348 (fax)

Attorneys for the entity and official capacity Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| TRICIA WACHSMUTH, | ) | |
| | ) | |
| Plaintiff, | ) | 10-CV-041-J |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF POWELL, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' PRELIMINARY JOINT EXPERT WITNESS DESIGNATION

The Defendants hereby submit their preliminary expert witness designation in accordance with the Scheduling Order.

1.      K. Thor Eells
        19875 Indian Summer Lane
        Monument, Colorado  80132
        Phone:  (719) 310-7664

Mr. Eells is an expert in the area of law enforcement training and enforcement; specifically SWAT training, practice and procedure.  He has a broad base of knowledge and expertise stemming from his extensive education, training and experience in this area.  His experience and expertise in this area, as well as a review of the records and pleadings in this case, form the basis for Mr. Eells opinions.  All opinions are to a reasonable degree of probability within the field.  Mr. Eells Curriculum Vitae is attached hereto and includes a list of cases as required by the rules.  Mr. Eells Fee Schedule and CV are attached as Exhibits A and B.

Mr. Eells will testify that the actions of the officers in executing the warrant in question were reasonable, appropriate and well within the standard.  Mr. Eells has not had an opportunity to review the depositions, as the transcripts were not available until yesterday for the first round of depositions and the other depositions have not yet been taken.  Mr. Eells will review the depositions and supplement his opinions.

Mr. Eells will testify that the policies, procedures and training were appropriate.  He will also testify that the amount of force and type of entry utilized were justified under the circumstances of this case.  Mr. Eells has prepared an initial report attached hereto as

Exhibit C.  He will supplement that report and his opinions upon review of the depositions and other relevant documents.  It is assumed that the deposition of Mr. Eells will be taken, and the contents thereof are incorporated herein by reference.  Mr. Eells will also testify in rebuttal to Plaintiff's expert's opinions and he reserves the right to testify in rebuttal of any testimony offered by any party at trial.

    2.     The Defendants:
           Tim Feathers
           Chad Miner
           Mike Cretien
           Roy Eckerdt
           Dave Brown
           Mike Hall
           Brett Lara
           Matt McCaslin
           Alan Kent
           Matthew Danzer
           Matt Brilakis
           Lee Blackmore
           Cody Bradley
           Kirk Chapman

The Defendants in this case are all peace officers with education, training and experience in the area of police practice.  They will testify that their actions were reasonable and appropriate.  They may offer opinions about reasonable police practice and may also provide opinions and testimony about the training, policies and procedures of the police department.

The Defendants reserve the right to call the expert witnesses listed by the other parties in this case and rebuttal witnesses.  The Defendants also reserve the right to call any witness necessary for foundation for any exhibit to be introduced at trial.  The Defendants further reserve the right to list additional experts based on an independent medical/psychological exam to be conducted within the time allowed by the Court.

**DATED** this 2nd day of November, 2010.

/s/ Misha Westby
Misha Westby, WSB No. 6-2826
Senior Assistant Attorney General


/s/ Thomas A. Thompson
Thomas A. Thompson, WSB No. 6-2840
MacPherson, Kelly & Thompson


## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2010, the foregoing was filed electronically via CM/ECF which sent notification to the following individuals:

Jeffrey C. Gosman
Gosman Law Office
PO Box 51267
Casper, WY 82601-2481
E: JeffG@gosmanlawoffices.com

/s/ Lee Ann Schutt
Office of the Wyoming Attorney General