# EXHIBIT B

## CURRICULUM VITAE

# K. Thor Eells

19875 Indian Summer Lane
Monument, Colorado  80132
Phone:  (719) 310-7664

**EXPERIENCE:**
**Colorado Springs Police Department:**

*Commander: August 2008- Present*

Assigned as the Patrol Bureau, Falcon Division Commander. Responsible for delivering basic police services to the northern community of Colorado Springs to include patrol, Traffic Enforcement and Detectives.
Member of the department's senior command staff.

*Commander: August 2007-August 2008*

Assigned as Commander of the Specialized Enforcement Division. Responsible for the department's highly specialized units, to include S.W.A.T., K-9, EOD, Air Support Unit, Traffic Enforcement, Special Events, Code Enforcement and Airport Police Unit.
Member of the department's senior command staff.

*Lieutenant:  March 2005- August 2007*

Assigned as Department's Commander of Tactical Operations Section.
Section included S.W.A.T., Canines, Explosives Ordinance Disposal, and the Air Support Unit. Responsible for overseeing critical incidents to include hostage taking, barricaded gunmen, high-risk warrant service, civil disturbances, bomb threats, and other major incidents that may occur. Function as Department's representative for WMD and terrorist response with regard to coordination and planning with other local, county, state and federal agencies. Acted as Department's Less Lethal Coordinator. Remain one of two primary instructors for the Department's Ethical Based Leadership training program. Remain primary instructor in Tactical Decision Making for Department's Training Academy.

*Lieutenant: April 2004- March 2005*

Assigned to Patrol Bureau, Falcon Division. Served as Watch Commander over-seeing first line supervisors and all police services during shift.  Acted as Department's Less Lethal Coordinator.  Served as one of two primary instructors for Department's Ethical Based Leadership training program and primary instructor in Tactical Decision Making for Department's Training Academy.

*Sergeant: April 2003-April 2004*

> Assigned to Investigations Bureau, Major Crimes Unit. Provided supervision to 8-18 detectives who were responsible for investigating robberies, assaults and homicides. Served as the department's representative to Senate Bill 94 Oversight Committee. Developed and implemented TASER less lethal program for department. Assigned as Less Lethal Coordinator for the department, responsible for reviewing all use of force, with specific focus on less lethal options.

*Sergeant:  January 2002-April 2003*

> Assigned to Operations Support Bureau, Central Division.  Currently assigned to Airport Police Unit as Shift 2/3 supervisor.  Provide supervision for 13 officers.  Responsible for budget management and execution.  Work collaboratively with airport management and Federal law enforcement agencies to insure proper implementation of new security mandates post 9/11.  Successfully increased unit manpower to meet growing needs of unit.  Have written two policies pertaining to specialty impact munitions and conducted energy weapons as a member of departmental committee on Less Lethal Force.

*Sergeant:  January 2000-December 2001*

> Assigned to Patrol Bureau, Falcon Division.  Responsible for collaborative supervision of 20 police officers in delivering police services.  Performed traditional role of Watch Commander, responding to citizen complaints, manpower issues.  Coordinated Liquor Enforcement teams and supervised a federally funded liquor enforcement grant.  Functioned as a Field Training Sergeant providing supervision to FTO's and recruit officers.  Provided initial Active Shooter training to patrol officers prior to formalized in-service training. Developed and utilized lesson plan on *Tactical Decision Making.*  Instructed this lesson plan for two years at CSPD Training Academy.

*Sergeant:  July 1999-December 1999*

> Assigned to the Patrol Bureau, Gold Hills Division.  Responsible for collaborative supervision of 20 police officers in delivering police services. Performed traditional role of Watch Commander, responding to citizen complaints, manpower issues.  Functioned as Field Training Sergeant providing supervision to FTO's and recruit officers.  Assist in providing training in tactics and O.C. spray as needed at the CSPD Training Academy.

*Lead Instructor Mobile Field Force Training (Gold Hills Division): August-December 1999*

> Provided crowd control/civil disturbance management training to 78 police officers, including the use of O.C., smoke, and chemical agents.

*Tactical Enforcement Unit: January 1995 – July 1999*

> Assigned to the SWAT team.  Responded to barricaded suspects; hostage rescue; VIP security; execution of high-risk warrants.  Primarily assigned to entry team.  Performed duties as team training officer, organizing and instructing the team on various topics.  Coordinated and instructed in the department's annual SWAT school.  Established team training fund from fees collected following CSPD sponsored SWAT School.  Trained over 100 officers in the use of O.C., chemical munitions, and special tactics.  Acted as team sergeant on several occasions in the absence of team supervisor.  Participated in over 400 successful SWAT operations to include hostage rescue, barricaded gunmen, high-risk warrant service, crowd control and civil disturbances.  Practical experience in the deployment of O.C. and chemical agents on small and large-scale operations. Planned, coordinated and supervised VIP details for dignitaries.

*Detective Bureau: May 1993 - December 1994*

>Assigned to the Major Crimes Unit. Responsible for investigating homicides, sexual assaults and child abuse. Reviewed and followed up criminal cases. Prepared and executed search/arrest warrants. Served as Acting Sergeant reviewing and assigning cases as needed. Acted as advisory witness to the D.A.'s office in major cases. Served as a special grand jury investigator on several occasions. Functioned as a member of the Colorado Child Death Review Committee. Instructed medical and legal professionals in the detection of child abuse at a local and regional level.

*Patrol Bureau: February 1987 - May 1993*

>Assignments included: Sector Patrol, Nevada Avenue Detail, Inservice Instructor, GangNet Officer, and Field Training Officer.

*CSPD Training Academy: April 1992*

>Training Academy Instructor. Assigned to teach recruit officers first responder medical training. Prepared and utilized lesson plans for training.

*Temporary Duty Assignment: April - June 1991*

>Theft/Auto Burglary Unit (T.A.B.U.)
>Assignments included: follow-up on case reports, initiation of cases, search/arrest warrant preparation and execution, case filings, and surveillance. Subject to frequent call-outs.

**National Tactical Officers Association**

*Adjunct Instructor: January 2000-Present*

>Instruct tactical officers in multiple types of training, to include basic and advanced SWAT, hostage rescue, high risk warrant service and command supervision. One of the primary instructors for the Command and Supervision class.

**Armor Holdings, Inc.**

*Master Instructor:* July *1998-Present*

>To date, training provided to over 1,800 officers from over 120 agencies, 40 states and 14 countries in less lethal munitions, certifying them as Basic Instructors. Training focuses on O.C., chemical agents, specialty impact munitions, and distraction devices. Provide instruction in the deployment and proper use of Defense Technology and Federal Laboratory Mace products, including proper training methods, tactics, precautions, decontamination, development of lesson plans, in-service training plans, policies and procedures, and case law. Developed lesson plan and courseware for Specialty Impact Munition Program.

**Expert Witness Recognition and Testimony**

*1999*

Provided expert witness services in five separate cases filed in Federal District Court, Oregon. Cases concerned police use of force and tactics. Recognized by the court as an expert in the use of force, tactics and less lethal weapons.

*2004*

*Jerome Gardner v the City of Durango*
Civil action No. 03-F-1662 (BNB), case settled. Provided expert witness services on Police Use of Force, tactics, and non lethal devices (Oleoresin Capsicum).

*2006*

*Nunez v. City of Lubbock, TX*
Civil Action No. 2-06CV-363J, case settled. Provided expert witness services on Police Use Of Force, tactics and non-lethal devices (TASER's).

*2008*

*Krueger and Harding v. City of San Marcos, TX et al*
Civil Action No. 1-08CV-00097 LY, case dismissed under Summary Judgment. Provided expert witness services on Police Use of Force and SWAT tactics.

*2008*

*V. Scott v. Regis University*
Provided expert witness services on Use of Force, training, and non-lethal devises (Oleoresin Capsicum).

## EDUCATION:

*FBI National Academy, Quantico VA*                           Graduated 2009

*University of Colorado, Denver*
  Master of Criminal Justice                                   Graduated 2000

*University of Colorado, Colorado Springs*
  Bachelor of Arts Degree: Major in Political Science          Graduated 1986

*Coronado High School, Colorado Springs*
  High School Diploma                                          Graduated 1980

**SPECIAL TRAINING:**

|  | HOURS |
|---|---|
| N.T.O.A. SWAT Supervisor and Management Training | 240 |
| CONTOMS Paramedic/Tactical Training | 50 |
| Paramedic - Colorado State Certified | 1500 |
| Crowd Control Unit | 48 |
| S.W.A.T. Training | 2500 |
| Street Gang Seminar | 40 |
| Field Training Officer | 48 |
| C.L.E.T.A. Instructor – Certified | 80 |
| P.O.S.T. Instructor – Certified | 80 |
| F.B.I. Hostage Negotiator Course | 40 |
| I.A.C.P. Dignitary Protection | 40 |
| P.O.S.T. Firearms Instructor | 40 |
| Basic Instructor Less Lethal Munitions: | 40 |
| O.C., chemical agents, specialty impact munitions and distraction devices | |
| Master Instructor Less Lethal Munitions | 40 |

**AWARDS AND COMMENDATIONS:**

Achievement Awards (2)
Written Commendations (11)
Commanders Commendations (4)
2007- NTOA John Kolman National Award for Excellence
2007- CSPD Distinguished Service Award
2003 - CSPD Patrol Bureau Leadership Award
1996 - CSPD Officer of the Month (August)
1996 – CSPD Life Saving Medal
1992 - CSPD Officer of the Month (July)
1992 - Northside Rotary Club Officer of the Month (November)
1992 - Northside Rotary Club Officer of the Year
1991 - CSPD Life Saving Medal
1989 - CSPD Life Saving Medal
1987 - CSPD Life Saving Medal