Thomas A. Thompson
MacPherson, Kelly & Thompson, LLC
616 West Buffalo St.
P.O. Box 999
Rawlins WY  82301
(307) 324-2713
(307) 324-7348 (fax)
Attorneys for Defendants, City of Powell, Tim
Feathers, Chad Miner, Mike Chretien, Roy Eckerdt,
Dave Brown, Mike Hall, Brett Lara, Matt Mccaslin,
Alan Kent, Matthew Danzer, Officer Brilakis, Lee
Blackmore, Cody Bradley and Kirk Chapman, all in
their official capacity

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

TRICIA WACHSMUTH,

      Plaintiff,

      vs.                              Civil Action No. 10- CV-041-J

CITY OF POWELL, TIM FEATHERS, CHAD MINER,
MIKE CHRETIEN, ROY ECKERDT, DAVE BROWN,
MIKE HALL, BRETT LARA, MATT McCASLIN,
ALAN KENT, MATTHEW DANZER, OFFICER BRILAKIS,
LEE BLACKMORE, CODY BRADLEY, KIRK CHAPMAN
JOHN DOES #1-#4

      Defendants.

## DEFENDANTS' REQUEST FOR PLAINTIFF TO SUBMIT TO INDEPENDENT MEDICAL EXAMINATION PURSUANT TO F.R.C.P. 35

**COMES NOW**, the above named Defendants, by and through their attorneys, Thomas A. Thompson and Misha Westby, and pursuant to Rule 35 of the Federal Rules of Civil Procedure, hereby request the Plaintiff Tricia Wachsmuth, to submit to an Independent Medical Examination (IME) beginning at 1:00 p.m. on November, 30,  2010 and continuing at 10:00 a.m. on December 1, 2010 until completed.  The place, manner and scope of the examination, as well as the person(s)

who will perform the IME are as follows:

1.  ***Location:***

    4900 Cherry Creek South Drive
    Denver, CO 80246-2283
    (303) 759-2332

2.  ***Manner and Scope of Examination:***

    Comprehensive psychiatric interview and evaluation testing
    Performed by Frederick M. Miller, M.D.

**DATED** this 18th day of November, 2010.

                              Thomas A. Thompson, #6-2640
                              MacPherson, Kelly & Thompson, LLC
                              PO Box 999
                              616 W. Buffalo
                              Rawlins, WY 82301
                              (307) 324-2713
                              (307) 324-7348 - fax

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of November, 2010, at Rawlins, Wyoming, I served the foregoing instrument by causing to be deposited a full, true and correct copy thereof in the United States Mail, duly enveloped with postage prepaid, and addressed to:

Jeffrey C. Gosman                    Misha Westby
Gosman Law Office                    Wyoming Attorney General's Office
P.O. Box 51267                       Herschler Building, 1st Floor West
Casper, WY 82601                     Cheyenne, WY 82002

                              For MacPherson, Kelly, & Thompson, LLC

Mailed By: _____