DAVID L. DELICATH
Senior Assistant Attorney General
Office of Attorney General; Criminal Division
123 State Capitol Building
Cheyenne, WY   82002
Telephone (307) 777-7977
Facsimile (307) 777-5034

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number 10-CV-41-J |
| ) | |
| CITY OF POWELL, TIM FEATHERS, ) | |
| CHAD MINOR, MIKE CRETIEN, ROY ) | |
| ECKERDT, DAVE BWORN, MIKE HALL ) | |
| BRETT LARA, MATT McCASLIN, ALAN ) | |
| KENT, MIKE DANZER, MATT BRILAKIS, ) | |
| LEE BLACKMORE, CODY BRADLEY, ) | |
| JOHN DOES #1-5, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW MOTION TO QUASH SUBPOENA**

1

Movant, State of Wyoming, Division of Criminal Investigation, (WDCI) by and through the Wyoming Attorney General's Office, and pursuant to Rule 45(c)(3)(A)(i) and (iv) of the Federal Rules of Civil Procedure, hereby requests this Court's leave to withdraw its *Motion to Quash* the Subpoena served on WDCI Special Agent Steve Hermann, which is Document 44 in this Court's docket.  After Movant filed its *Motion to Quash*, counsel for all parties concerned agreed to reschedule Special Agent Hermann's deposition.  That agreement renders the Movant's *Motion to Quash* moot

WHEREFORE, Movant respectfully requests this Court's order withdrawing Movant's *Motion to Quash*.

Respectfully submitted this 8th day of December, 2010.

                                            /s/David L. Delicath_____
                                            David L. Delicath
                                            Senior Assistant Attorney General
                                            Wyoming Attorney General's Office
                                            123 Capitol Building
                                            Cheyenne, WY 82002
                                            (307) 777-7977

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2010, the foregoing **MOTION TO WITHDRAW MOTION TO QUASH SUBPOENA** was served upon the following individual(s) by the United States District Court's Electronic Case Filing System:

Melissa Westby
Senior Assistant Attorney General
2424 Pioneer Avenue, 2nd Floor
Cheyenne, WY   82002

Tom Thompson
MacPherson, Kelly & Thompson, LLC
Post Office Box 999
Rawlins, WY   82301-0999

Jeffrey C. Gosman
Gosman Law Office
Post Office Box 51267
Casper, WY   82601

/s/Wyoming Attorney General's Office

Wyoming Attorney General's Office