| Location | | Cross Streets SUNLIGHT DR/BEARTOOTH | City POWELL |
|---|---|---|---|

| Incident Type DOMESTIC - DOMESTIC | Call Taker COLVIN, BOBBIE | Dispatcher MEYER, MONA |
|---|---|---|

| Date 05/07/2007 | Priority 1 | Primary Unit P15 | Beat P | Fire Zone | Area 77 | Map | Source W |
|---|---|---|---|---|---|---|---|

| Caller Name | Caller Address | Caller Phone |
|---|---|---|

| Dispositions Arrest Made, See Case, See Case | Weapon | Alm Level | Case Number 07-540 |
|---|---|---|---|

| Vehicles | Associated Incidents |
|---|---|

| Incident Times | | Special Circumstance: |
|---|---|---|
| Received | 00:22:51 | |
| Created | 00:23:21 | Persons |
| Dispatched | 00:23:31 | |
| En Route | 00:23:31 | |
| On Scene | 00:23:31 | |
| Closed | 06:55:17 | |
| Rcvd-Closed | 6:32:26 | |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| P15 | Danzer, Matthew | 00:23:31 | 00:23:31 | 00:23:31 | 06:55:17 | | 6:31:46 | 6:31:46 |
| P14 | Kent, Alan | 02:01:32 | 02:01:32 | 02:01:33 | 06:14:45 | 00:01 | 4:13:12 | 4:13:13 |
| P11 | Schmidt, Kevin | 03:01:52 | 03:01:52 | 03:02:06 | 03:13:52 | 00:14 | 11:46 | 12:00 |
| P11 | Schmidt, Kevin | 03:14:20 | 03:14:20 | 04:35:39 | 05:05:40 | 1.21:19 | 30:01 | 1:51:20 |
| P11 | Schmidt, Kevin | 16:05:16 | 16:05:16 | 16:09:28 | 17:07:01 | 04:12 | 57:33 | 1:01:45 |
| P11 | Schmidt, Kevin | 17:21:12 | 17:21:12 | 17:21:12 | 17:53:20 | | 32:08 | 32:08 |
| P15 | Danzer, Matthew | 01:23:30 | 01:23:30 | 01:23:31 | 01:43:27 | 00:01 | 19.56 | 19:57 |
| P15 | Danzer, Matthew | 03:39.37 | 03:39:37 | 03:39:37 | 06:03:43 | | 2:24:06 | 2:24:06 |

**Incident Comments**

Dawn came to the LEC to request Officer Schmidt to stop by her residence tomorrow to talk to her tomorrow. She said she doesn't have a phone any more because it got destroyed. Dispatch asked her what she needed to talk to him about and she said a domestic. Dispatch noticed that she had a paper towel on her hand with blood on it. D spatch asked Dawn if the domestic had just happened. Dawn said she doesn't want anything to happen, and she doesn't want him to go to jail. Dawn said he had taken knife and slid it through her hand and that is there was a small cut on the web between her thumb and hand and that is where the blood was coming from. Officer Danzer spoke with Dawn at the LEC.

| TIME | EVENT |
|---|---|
| 00:23:21 | Incident initiated at |
| 00:23:31 | P15 ENRT. |
| 00:23:31 | P15 ARRIV. |
| 00:23:38 | P15 ARRIV. LEC SPEAKING WITH RP |
| 00:25:35 | Incident comments changed |
| 00:27:12 | Incident comments changed |
| 01:22:09 | P15 Case number PPD 07-540 assigned to 070507002 |
| 02:01:32 | P14 ENRT. |
| 02:01:33 | P14 ARRIV. |
| 02:01:37 | P14 ARRIV. LEC |
| 02:05:06 | Incident comments changed |
| 02:05:38 | P14 ENRT. |
| 02:05:41 | P15 ENRT. |
| 02:08:02 | P14 ARRIV. |
| 02:08:05 | P15 ARRIV. |

| TIME | EVENT |
|------|-------|
| 02:16:44 | P14 PRISNR. |
| 02:19:17 | P15 ENRT. I HAVE THE MALE WITH ME, ENROUTE TO PD |
| 02:21:53 | P14 ARRIV. LEC |
| 02:22:00 | P15 ARRIV. LEC |
| 02:27:44 | P14 ENRT. |
| 02:36:26 | P14 ARRIV. LEC |
| 02:45:56 | P14 ENRT. |
| 02:53:41 | P14 ARRIV. LEC |
| 02:56:41 | P15 ENRT. |
| 02:58:56 | P15 ARRIV. ████████████ |
| 03:01:52 | P11 ENRT.████████████ |
| 03:02:01 | P11 p11 here approximately 5 minutes ago. |
| 03:02:06 | P11 ARRIV. LEC |
| 03:05:37 | P15 ENRT. |
| 03:08:09 | P15 ARRIV. LEC |
| 03:13:52 | P11 CLR. Freed |
| 03:14:20 | P11 ENRT.████████████ |
| 03:14:25 | P11 ENRT. ENROUTE TO CODY |
| 03:43:36 | P11 JAIL. |
| 04:06:28 | P11 ENRT. |
| 04:35:39 | P11 ARRIV. 68374 ENDING MILEAGE IN 9-9 |
| 05:05:40 | P11 CLR. |
| 06:14:45 | P14 CLR. |
| 06:55:17 | P15 CLR. |
| 06:55:18 | P15 Closed - Disposition AR |
| 16:05:10 | Reopened |
| 16:05:16 | P11 ENRT.████████████ |
| 16:05:26 | P11 ENRT. LEC TO SPEAK WITH RP |
| 16:09:28 | P11 ARRIV. |
| 16:31:37 | P11 ARRIV. LEC WORKING ON CASE |
| 17:07:01 | P11 CLR. |
| 17:07:01 | P11 Closed - Disposition SC |
| 17:21:05 | Reopened |
| 17:21:12 | P11 ENRT.████████████ |
| 17:21:12 | P11 ARRIV. |
| 17:21:22 | P11 ARRIV. LEC WORKING ON CASE |
| 17:53:20 | P11 CLR. |
| 17:53:21 | P11 Closed - Disposition SC |
| [ 05/08/2007 ] | |
| 01:23:24 | Reopened |
| 01:23:30 | P15 ENRT.████████████ |
| 01:23:31 | P15 ARRIV. |
| 01:23:36 | P15 ARRIV. LEC WORKING ON CAWE |
| 01:23:43 | P15 ARRIV. LEC WORKING ON CASE |
| 01:43:27 | P15 CLR. Freed |
| 01:43:27 | P15 Incident returned to pending status |
| 05:57:42 | Closed - Disposition SC |
| [ 05/09/2007 ] | |
| 03:39:32 | Reopened |
| 03:39:37 | P15 ENRT.████████████ |
| 03:39:37 | P15 ARRIV |
| 03:39:47 | P15 ARRIV. LEC ON CASE |
| 06:03:43 | P15 CLR. |
| 06:03:43 | P15 Closed - Disposition SR |

LGLP-Wachsmuth 2001

**250 N. CLARK ST   POWELL, WY 82435   307-754-2212**

## CRIME REPORT

| Offenses | Description | | Fel/Misd | Date Occurred | | Time Occurred | Date Printed |
|---|---|---|---|---|---|---|---|
| 6-2-502-aii | AGGRAVATED ASSAULT AND BATTERY/A | | Felony | 05/06/2007 | | 0023 | 09/17/2010 |
| 6-5-212 | INTERFERENCE WITH EMERGENCY CALL | | Misd | Date Reported | | Time Reported | Time Printed |
| DOMESTIC | DOMESTIC INCIDENT | | | 05/07/2007 | | 0023 | 13:40:55 |
| | | | | Related Cases | | | Incident # |
| | | | | . | | | 070507002 |

| Location | | | | Beat | Area | Disposition | Dispo Date |
|---|---|---|---|---|---|---|---|
| | | | | P | 77 | Cleared By Adult Arrest | 05/07/2007 |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| | | | | | Knife Or Other Cutting Instrument |

| Victim Name | Means of Attack (Assaults) |
|---|---|
| | Knife Or Other Cutting Instrument |

| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| | | | | 54 | F | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | 5`6" | 160 | BRO | BRO |

| Assistance Rendered/Victim Disposition | Transporting Agency |
|---|---|
| Refused Aid | |

| Description of Injuries | Other Information |
|---|---|
| Apparent Minor Injury | |

**Contacted**

| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| | | | | 21 | M | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| Unemployed | | 5`9" | 180 | BRO | HAZ |

| Suspect Arrested | Action Taken | Charges |
|---|---|---|
| | BOOKING | 6-2-502-aii |

| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| | | | | 60 | M | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | 5`11" | 300 | BRO | GRN |

| Identifying Features Scars: R ANKLE INSIDE IS REPLACEDSpeech: Stutters Build: Fat Complexion: Light Facial Hair: Gotee Clothes, STREET CLOTHES | Arrest Number | Drivers License |
|---|---|---|
| | 1463 | |

| Status | | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|---|
| | | | | |

| No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| | | (Property listed on separate page) | | | |

**Solvability Factors**
080 | Case Solved Physical Evidence Suspects Victims/Witnesses

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| P15MD - Danzer, Matthew | 05/07/2007 | P14 - Kent, Alan | P14 - Kent, Alan | 05/13/2007 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| County Atty | 05/08/2007 | | | |

LGLP-Wachsmuth 2002



| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 1 | Evidence | 1 Dosage units/items Chicago Cutlery Kinife Set - 12 pc knife set t in wooden block | | | |
| 2 | Evidence | 1 Chicago Cutlery Knife Set - 11 pc set in wooden stand, stand marked d Henckelf Int | | | |
| 3 | Evidence | 1 Dosage un its/items Brn Leather Coat | | | |
| 4 | Evidence | 1 Dosage un its/items Maroon Samsung Verizon Cell Phone - Ungar's cell phone found d in the garbage by her house. | | | |

**SOURCE:**
On 05/07/07, ███████ came into the LEC to report a domestic incident.

**INVESTIGATION:**
On 05/07/07, ███████ came into the LEC to report a domestic incident. I talked with ███ and she substantially stated the following:

Yesterday (05/06/07) between 1700 and 1800 hours, ███ husband ███ started causing problems with her. ███ was upset over sex problems between them. ███ told ███ to leave him alone. ███ went into the room and started to pack up some of her belongings. ███ then came into the room and started calling ███ vulgar names, including "cunt," "whore," "piece of shit," and a "turd with feet." ███ then got in ███ face and started screaming at her and threatening her. ███ told ███ that if he killed her, nothing would happen to him because he would cover it up. ███ also told ███ that if she messed with him or his friends, they would put her in the trunk of a car. ███ told ███ that if he tried to do anything to her that she would scream. ███ put his hand in front of ███ and told her that if she screamed, he would rip her throat out. ███ then told ███ that she would call the police. ███ dialed 911 on the cell phone, but the call did not go through. ███ grabbed the phone from ███ and destroyed it by twisting it apart. ███ then put the cell phone in the microwave and turned the microwave on, cooking the phone. ███ then said that he was going to the bar to get a drink. ███ came back with a bottle of alcohol. Later, ███ went to the bar again and when he came back, he had more alcohol. ███ told ███ that she could not go to work tomorrow, and if she did, he would destroy her car. ███ said that he would put her son in jail, and that he has the police and the town of Powell in his back pocket. ███ asked ███ why he would not let her go out with her friends. If ███ went out to the bars, ███ told her: "I will cut you from your cunt to your throat." Right after he said that, ███ pulled a knife from the knife block in the kitchen and started waving it around in front of ███ which scared her. ███ had her hands out in front of her body. The knife then stabbed into the web of the thumb on ███ left hand, but she did not see how it happened since she was keeping eye contact with ███. ███ then told ███ that he was sorry. ███ told ███ that she was going to call the police. ███ said to go ahead and call. ███ told ███ that if he kills her, it would be worth the six years that he would get for it. ███ then told ███ that he did not mind "going to jail for killing her." ███ said that if he did go to jail, that he would just bond right out. ███ then locked all of the bedroom doors and the door to the bathroom to keep her out of them. ███ went into his bedroom and passed out. When ███ heard ███ snoring, she unlocked the door, went inside, and grabbed his cell phone and the key to the apartment. At midnight, ███ son ███ got off of work, so she left to go get him. ███ convinced ███ to tell the police what happened.

For the last several weeks, ███ has been drinking quite a bit, has been verbally abusive to her, and is blaming the problems on her. ███ used to be a Chicago police officer. ███ told ███ that he will mess up her driving record, and said that he can get into the system. ███ says that he has connections with the Mafia, and told ███ that he has put bullets in people's heads. ███ also threatened to go after ███ children and grandchildren. ███ said that she cannot sleep at night because she is afraid of ███. ███ believes that ███ could do the things that he has been threatening. ███ has many guns and knives in the house, and also owns automatic weapons. ███ also keeps some of the guns over at his son ███ house. ███ said that her and ███ have been married for a little over a year. They use to live in Lyle, Illinois, until ███ left her stranded there and moved to Powell. ███ then later convinced ███ to move to Powell with him. In the past, ███ put a knife in ███ hand and tried to get her to stab him. ███ was jealous of ███ and tried to get her to kill him. At the

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P15MD | DANZER, MATTHEW | 05/07/2007 | P14 | KENT, ALAN | 05/13/2007 |

LGLP-Wachsmuth 2004

end of December 2006, while ▇▇ was visiting ▇▇▇, he punched her on her arm.

I looked at the cut on ▇▇ left hand. The puncture wound was about a quarter inch deep on the web of the hand between the thumb and index finger. I took digital photos of the injury and attached them to the report. I also had ▇▇ fill out a written statement which is attached to the report.

I then talked to ▇▇▇▇, who substantially stated the following:

▇▇ came to Powell with ▇▇ to live with ▇▇▇▇▇ ▇▇ is abusive to ▇▇, and "talks to her like shit." ▇▇ is a retired Chicago police officer, and also fought in the Vietnam war. ▇▇ also says that he has connections with the Mob, and that he is involved in organized crime. ▇▇ talks like he has the local police "in his back pocket," and also said that he works for them. ▇▇ takes his guns out in the middle of the night, as if trying to intimidate them. ▇▇ also talks about killing people. ▇▇ will talk to himself, and ▇▇ thinks that he is insane. In the past, ▇▇ put a knife to his chest and told ▇▇ to push it through him. In Illinois, ▇▇ hit ▇▇ and left a big bruise on her right arm. ▇▇ would not tell ▇▇ what happened, because she did not want ▇▇ to do something to ▇▇. ▇▇ said that he has a picture of ▇▇ bruised arm. ▇▇ has told ▇▇ not to leave the house or he will kill her. ▇▇ screams in ▇▇ face and calls her an "ant," and "a piece of shit." ▇▇ says that he will not do anything to ▇▇ while ▇▇ is around because he does not want any witnesses.

I then talked to ▇▇ and told her that we would arrest ▇▇ for stabbing her. ▇▇ said that the apartment door was unlocked, and told us that we could go in. ▇▇ said that ▇▇ is in a bedroom down the hall, and told us that the bedroom door was unlocked. ▇▇ said that there are guns in the house, but did not know if there were any in the bedroom where ▇▇ was sleeping. I told ▇▇ to contact Crisis Intervention in the morning, so she could get a protection order against ▇▇

Sgt Kent and I went over to the apartment at ▇▇▇▇▇▇ I drew my firearm before , entering the unlocked apartment. We found ▇▇ sleeping in one of the bedrooms. We turned the room light on and identified ourselves as police officers. I told ▇▇ to keep his hands visible, and informed him that he was under arrest for Aggravated Assault. ▇▇ got out of bed and got dressed. I placed handcuffs on ▇▇ checking them for tightness and double-locking them. We then took ▇▇ outside, and I placed him in the caged portion of my patrol car. I then transported ▇▇ to the LEC.

I read ▇▇ his rights per Miranda. I asked ▇▇ what took place earlier between him and ▇▇ and he substantially stated the following:

▇▇ said that he and ▇▇▇ had an argument today, after he got home at 1900 hours. ▇▇ told him that she gave one of the police officers here a "blow job" today. Nothing happened between ▇▇ and ▇▇, and he does not know anything about ▇▇ getting cut. ▇▇ said that he went to bed around 2120 hours. ▇▇ said that he and ▇▇ did not threaten each other. ▇▇ said that ▇▇ is crazy. ▇▇ is just using him to pay her bills, and he is trying to get her to leave. ▇▇ said that ▇▇ broke his laptop computer, his camera, and cut his coat today. ▇▇ said that he did not use any of his knives to cut ▇▇ including the kitchen knives.

Later, Officer Schmidt transported ▇▇ over to the Park County Jail.

I then faxed a copy of the affidavit over to the jail.

## EVIDENCE:

Officer's observations.
Verbal statements from ▇▇▇▇ ▇▇▇▇▇ and ▇▇▇▇
Digital photos of the injury to ▇▇ hand.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P15MD | DANZER, MATTHEW | 05/07/2007 | P14 | KENT, ALAN | 05/13/2007 |

GI P-Wachsmuth 2005

**UNDEVELOPED LEADS:**

None.

**ATTACHMENTS:**

Copy of the affidavit.

Park County Remand form.

**STATUS:**

Closed, cleared by arrest of ▮▮▮▮▮ to be held for arraignment on the charge of Aggravated Assault and Battery.

**VICTIM/WITNESS FOLLOWUP:**

None.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| P15MD   DANZER, MATTHEW | 05/07/2007 | P14   KENT, ALAN | 05/13/2007 |

LGL P-Wachsmuth 2006


## INVESTIGATION CONT: Sgt. A Kent

    I returned to ████████████ to meet with ██████ and collect the knife used by ██████ for evidence. In the kitchen ████ showed me 2 knife sets in wooden stands, they were located on the counter next to the refrigerator on the west wall. She was unsure which knife was used. I looked at several of the knifes and could not see evidence of blood. On the chance that ██████ wiped off the knife used, I collected both complete sets of knives at 0230 hrs.

    ██████ showed me where she was standing when this incident occurred. She said she was standing in the kitchen if front of the refrigerator, she would have been facing north. She said that ██ ██████ was standing facing her, (facing south). As she and ██████ argued, her hands were outstretched, ██████ grabbed one of the "smaller" knifes and her hand was cut, she was not sure how her hand was cut. ██████ told me that as ██████ grabbed the knife he told her that he was going to cut her from her crotch to her throat. I returned to the LEC.

    When I returned I spoke with Officer Danzer. He told me that he had interviewed ██████ and was told by ████ that his wife had broke his laptop computer, video camera, and had cut his coat with a knife. I returned to ██████ apartment to look at these items. ██████ showed me the coat that was "cut". The coat had a small tear on the right side where an adjusting strap was ripped from the seam. She told me she did tear the strap during a fight she and ██████ had on New Years eve in 2006. I collected the coat as evidence at 0245 hrs.

    I asked to see ██████ laptop computer, ██████ located the computer in the hall closet. He turned it on and it booted up and did not appear to be broken. I asked about the video camera and ██ ██████ told me that it was being repaired. She said that her and ██████ were in Yellowstone last weekend and the camera did not work. She believes that ██████ sent it to the manufacturer to be repaired. She said she didn't break it.

    I also asked to see the cell phone that ██████ told Officer Danzer that ██████ had put in the microwave. ██████ looked in the garbage but could not find it. She said if she found it she would let us know. She showed me the microwave and I could see a small black mark on the bottom turntable. The microwave also smelled strongly of burnt plastic.

    As we were preparing ██████ for transport, he told me that ██████ had hit him, and threatened him with a knife. He wanted to press charges and have her arrested. I asked ██████ if he wanted to write a written statement, he said he did. I gave him a statement form, and told him that he needed to read the Miranda warning and sign it. He did.

    In the statement ██████ wrote: Wife put knife in my face and said I want you dead *illegible* fat ugly *illegible* bed. At this time I went to bed.

    ██████ handwriting is very hard to understand and read. The statement is attached.

## EVIDENCE:

    Statements from ██████
    My observations
    2 knife sets
    1 brown leather coat

## ATTACHMENTS:

    Written statement from ██████

## STATUS:

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P14 | KENT, ALAN | 05/07/2007 | P01 | FEATHERS, TIM | 05/12/2007 |

LGLP-Wachsmuth 2007

Closed

LGLP-Wachsmuth  2008



**SOURCE:**
Follow up.

**INVESTIGATION:** Officer K. L. Schmidt

On 5/7/07 at about 1600 hours ▓▓▓ came into the police department to visit with me. ▓▓▓ had a maroon Samsung Verizon style cell phone with her. ▓▓▓ said that her husband, ▓▓▓ had been arrested last night and the officers who worked the case wanted her cell phone if she found it. ▓▓▓ said she found the cell phone this morning in a dumpster outside her house. She said that ▓▓▓ had placed it in the microwave last night when they were fighting and destroyed it. She gave the phone to me and I took it as evidence.

▓▓▓ also told me that she left the house this morning and went to CIS and the bank. She said at CIS she got a protection order against ▓▓▓ and it had been served on him in the Park County Jail today. ▓▓▓ said she went back to the house and when she arrived she found ▓▓▓ laptop computer gone from the house. ▓▓▓ said the house was locked while she was gone and she suspected that ▓▓▓ son, ▓▓▓ may have come over to get the computer. ▓▓▓ did not think that ▓▓▓ had a key to the house. She said she wanted to report the computer missing in case ▓▓▓ accuses her of taking it. I told her I would include the information about the laptop in this report. ▓▓▓ said she got most of her stuff out of the house and she was moving into the Crisis House. She said that ▓▓▓ had not gotten out of the jail yet, and she heard that he got a $7,500 bond. I asked her to get us a copy of the protection order in case we need to enforce it later, and she said she would.

I logged the cell phone into our department evidence system at the police department and it was tagged as item #4.

**EVIDENCE:**
Statement from ▓▓▓.

**UNDEVELOPED LEADS:**
None.

**ATTACHMENTS:**
None.

**STATUS:**
Closed.

**VICTIM/WITNESS FOLLOW UP:**
▓▓▓ updated information given to us.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P11 | SCHMIDT, KEVIN | 05/07/2007 | P14 | KENT, ALAN | 05/13/2007 |

LGLP-Wachsmuth 2009


| Location | Cross Streets SYLVAN CT | City POWELL |
|---|---|---|

| Incident Type SUICIDE - SUICIDE ATTEMPT/THREAT | Call Taker MEYER, MONA | Dispatcher MEYER, MONA |
|---|---|---|

| Date 12/16/2009 | Priority 1 | Primary Unit P03 | Beat P | Fire Zone | Area 77 | Map | Source TELEPHONE CALL |
|---|---|---|---|---|---|---|---|

| Caller Name | Caller Address | Caller Phone |
|---|---|---|

| Dispositions See Case, See Case | Weapon | Alm Level | Case Number 09-1443 |
|---|---|---|---|

| Vehicles | Associated Incidents 091216040 |
|---|---|

| Incident Times | | Special Circumstances | | | | |
|---|---|---|---|---|---|---|
| Received | 08:17:38 | | | | | |
| Created | 08:23:46 | | | | | |
| Dispatched | 08:23:49 | Persons | Sex | DOB | Race | DL | SSN |
| En Route | 08:23:49 | | M | | White | | |
| On Scene | 08:23:56 | | | | | |
| Closed | 15:50:06 | | | | | |
| Rcvd-Closed | 7:32:28 | | | | | |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| P03 | Bradley, Cody | 08:23:49 | 08:23:49 | 08:23:49 | 15:50:06 | | 7:26:17 | 7:26:17 |
| P11 | Schmidt, Kevin | 08:43:04 | 08:43:04 | 08:51:31 | 14:15:00 | 08:27 | 5:23:29 | 5:31:56 |
| P14 | Kent, Alan | 08:43:10 | 08:43:10 | 08:51:31 | 15:13:46 | 08:21 | 6:22:15 | 6:30:36 |
| P07 | Glick, Chad | 08:43:13 | 08:43:13 | 08:51:31 | 11:26:41 | 08:18 | 2:35:10 | 2:43:28 |
| P01 | Feathers, Tim | 08:57:18 | 08:57:18 | 08:57:36 | 13:08:18 | 00:18 | 4:10:42 | 4:11:00 |
| P15 | Danzer, Matthew | 09:04:31 | 09:04:31 | 09:06:23 | 11:45:23 | 01:52 | 2:39:00 | 2:40:52 |
| P13 | Paris, Anna | 09:35:03 | 09:35:08 | 09:46:19 | 11:00:35 | 11:11 | 1:14:16 | 1:25:27 |
| P12 | Sapp, Paul | 09:41:49 | 09:41:49 | 09:41:49 | 13:32:23 | | 3:50:34 | 3:50:34 |
| P16 | McCaslin, Matt | 10:04:25 | 10:04:26 | 10:07:01 | 13:32:28 | 02:35 | 3:25:27 | 3:28:02 |
| P13 | Paris, Anna | 11:15:35 | 11:15:35 | 11:15:35 | 11:19:52 | | 04:17 | 04:17 |
| P36 | Meyer, Mona | 11:15:44 | 11:15:44 | 11:15:44 | 11:19:55 | | 04:11 | 04:11 |
| P13 | Paris, Anna | 12:37:21 | 12:37:21 | 12:37:21 | 13:00:27 | | 23:06 | 23:06 |
| P36 | Meyer, Mona | 12:37:33 | 12:37:38 | 12:37:38 | 13:00:31 | | 22:53 | 22:53 |
| P07 | Glick, Chad | 12:40:31 | 12:40:31 | 12:40:31 | 14:28:35 | | 1:48:04 | 1:48:04 |
| P03 | Bradley, Cody | 12:25:40 | 12:25:40 | 12:55:32 | 14:46:49 | 29:52 | 1:51:17 | 2:21:09 |

**Incident Comments**

her husband is threatning to hurt himself, a firearm is in the house, may of taken sleeping pills. he is also upset with the rp. Rp works at the school and wanted to talk to P03, P03 spoke to ____ at the school. P03, P07, P14, F11 responded to the house and incident command was set up at 7th/Gilbert.

| TIME | EVENT |
|---|---|
| 08:23:46 | Incident initiated at |
| 08:23:49 | P03 ENRT. |
| 08:23:49 | P03 ARRIV. |
| 08:23:56 | P03 ARRIV. ON PX |
| 08:26:15 | P03 SWANSON, DAVE LEE (03/11/1946) 500163-027/WY added to incident |
| 08:28:00 | P03 ENRT. TO HIGH SCHOOL |
| 08:33:03 | P03 ARRIV. HIGH SCHOOL |
| 08:41:53 | P03 ENRT. HEADING TO THE HOUSE |
| 08:43:04 | P11 ENRT. |
| 08:43:10 | P14 ENRT. ____ owell |
| 08:43:13 | P07 ENRT. ____ Powell |
| 08:51:31 | P03 ARRIV. getting a update |

LGLP-Wachsmuth 201

| TIME | EVENT |
|---|---|
| 08:51:31 | P07 ARRIV. getting a update |
| 08:51:31 | P11 ARRIV. getting a update |
| 08:51:31 | P14 ARRIV. getting a update |
| 08:56:40 | P15 notified to respond |
| 08:57:08 | called PCSO they will send 1114 |
| 08:57:18 | P01 ENRT. ▓▓▓▓▓▓, Powell |
| 08:57:36 | P01 ARRIV. GILBERT ST/7TH ST |
| 08:58:38 | message left on cell px for P05 |
| 08:59.47 | P01 ARRIV. ASSEMBLY OF GOD PARKING LOT FOR IC POST-ALL RADIO TO GO SECURE |
| 09:02:37 | P07 ENRT. |
| 09:04:31 | P15 ENRT. ▓▓▓▓▓▓ Powell |
| 09:04:46 | P07 ARRIV. COMMAND POST |
| 09:06:02 | P03 ARRIV. AT THE SCHOOL TALKING TO THE RP |
| 09:06:23 | P15 ARRIV. COMMAND POST |
| 09:24:50 | P01 needs P16 going to need a negotiator down here |
| 09:25:45 | P03 ARRIV. COMMAND POST |
| 09:27:56 | (unable to get ahold of P16, left a message and still trying to get |
| 09:27:56 | ahold of another body for you) ok |
| 09:28:22 | p12 will respond, p18 is in Cody will call when in Powell to see if he |
| 09:28:22 | is still needed |
| 09:35:08 | P13 ENRT. ▓▓▓▓▓▓, Powell |
| 09:41:49 | P12 ENRT. ▓▓▓▓▓▓ Powell |
| 09:41:49 | P12 ARRIV. |
| 09:42:38 | P13 Case number PPD 09-1443 assigned to 091216021 |
| 09:43:20 | Duplicated incident as incident 091216040 |
| 09:46:19 | P13 ARRIV. COMMAND POST |
| 09:50:32 | p16 just called and will respond |
| 09:52:13 | P11 ARRIV. SYLVAN CT |
| 09:52:49 | P12 ARRIV. SYLVAN CT |
| 09:53:02 | P07 SYLVAN CT |
| 09:53:12 | P14 ARRIV. SYLVAN CT |
| 09:53:19 | P15 ARRIV. SYLVAN CT |
| 10:00:07 | P01 P36 called ▓▓▓▓ house and advised them to stay inside. ▓▓▓▓▓▓ |
| 10:00:07 | P01 Dr |
| 10.04:26 | P16 ENRT. ▓▓▓▓▓Dr, Powell |
| 10.06:49 | P01 bedroom is in the top floor in the back of the house |
| 10:07.01 | P16 ARRIV. COMMAND POST |
| 10:11:01 | P13 ARRIV. LEC |
| 10:16:58 | P14 up stairs in the living room throwing stuff around, north side |
| 10.18:35 | P13 ENRT. BACK TO SCENE |
| 10:24:20 | P13 ARRIV. |
| 10:26:58 | P01 team 1 to the NE, team 2 SE |
| 10:31:43 | P07 downstairs window we have movement |
| 10:37:19 | P01 negotiator is placing a phone call, P01 advised all units |
| 10.37:47 | P01 # not in service |
| 10:38:08 | P14 front of house |
| 10:40:52 | he is out on the back deck, with a gang in his hand. |
| 10:41:26 | contacting compliant at this point |
| 10:42:05 | P13 watch your back Trapp |
| 10:42:18 | P13 one in custody |
| 10:43:29 | not P13 on comments |
| 10:48:16 | P01 can we contact the neighbors on both sides (will do) |
| 10:49:23 | P14 subject is in 1114's truck |
| 10:50:06 | P01 go get the wife from the school |
| 10:51:20 | P16 ENRT. TO LEC |
| 10:51:52 | P01 P14 is in charge of the scene |
| 10:53:13 | P16 ARRIV. LEC |

| TIME | EVENT |
|------|-------|
| 10:54:55 | P14 dog from this house is heading west |
| 10:55:16 | P13 ENRT. LOOKING FOR DOG |
| 10:57:18 | P13 ARRIV. LOOKING AROUND |
| 10:58:20 | P13 ARRIV. RETURNING THE DOG HOME |
| 10:58:32 | P01 ARRIV. LEC |
| 11:00:35 | P13 CLR. |
| 11:03:27 | P11 ARRIV. LEC |
| 11:07:44 | P36 called ▮▮▮▮ and ▮▮▮▮ and advised it is ok |
| 11:08:15 | P03 ARRIV. WITH P14 |
| 11:11:18 | P07 ENRT. CLEAR |
| 11:11:22 | P15 ENRT. CLEAR |
| 11:12:09 | P15 Lic:11P10754--Exp:7/31/2010--Tab:65763--MAR 1983 OLDSM 4DR--KEELER,MARY |
| 11:12:09 | P15 ANN --518 HAMILTON WAY; POWELL,WY 82435--Vin:1G3AW69Y7DM870051 |
| 11:12:28 | P07 ARRIV. LEC |
| 11:15:10 | P15 ARRIV. LEC |
| 11:15:35 | P13 ENRT. ▮▮▮▮▮, Powell |
| 11:15:35 | P13 ARRIV. |
| 11:15:41 | P13 ARRIV. LEC |
| 11:15:44 | P36 ENRT. ▮▮▮▮, Powell |
| 11:15:44 | P36 ARRIV. |
| 11:15:49 | P36 ARRIV. LEC |
| 11:19:52 | P13 CLR. |
| 11:19:55 | P36 CLR. |
| 11:26:31 | P14 ENRT. TO PD |
| 11:26:41 | P07 CLR. Freed |
| 11:26:48 | P03 ENRT. CLEAR |
| 11:29:21 | P12 ENRT. CLEAR |
| 11:32:22 | P12 ARRIV. |
| 11:36:06 | P03 ARRIV. LEC |
| 11:36:10 | P14 ARRIV. LEC |
| 11:45:23 | P15 CLR. Freed |
| 12:37:21 | P13 ENRT. ▮▮▮▮, Powell |
| 12:37:21 | P13 ARRIV. |
| 12:37:34 | P13 ARRIV. DEBRIEF |
| 12:37:38 | P36 ENRT. ▮▮▮▮, Powell |
| 12:37:38 | P36 ARRIV. |
| 12:37:48 | P36 ARRIV. DEBRIEF |
| 12:40:31 | P07 ENRT. ▮▮▮▮ Powell |
| 12:40:31 | P07 ARRIV. |
| 12:40:37 | P07 ARRIV. LEC FOR DEBRIEF |
| 12:40:48 | P01 ARRIV. DEBRIEF |
| 12:40:54 | P03 ARRIV. DEBRIEF |
| 12:40:59 | P11 ARRIV. DEBRIEF |
| 12:41:07 | P12 ARRIV. DEBRIEF |
| 12:41:12 | P14 ARRIV. DEBRIEF |
| 12:41:22 | P16 ARRIV. DEBRIEF |
| 13:00:27 | P13 CLR. |
| 13:00:31 | P36 CLR. |
| 13:06:46 | P07 ARRIV TO CODY ONE MALE 10-95 |
| 13:08:18 | P01 CLR. |
| 13:32:23 | P12 CLR. |
| 13:32:28 | P16 CLR. |
| 13:36:36 | P07 ARRIV. JAIL |
| 13:43:14 | P07 ENRT. TO POWELL |
| 14:01:56 | P03 ARRIV. ON REPORT |
| 14:02:07 | P11 ARRIV. ON REPORT |
| 14:02:20 | P14 ARRIV. ON REPORT |

| TIME | EVENT |
|------|-------|
| 14:13:32 | P07 ARRIV. CITY LIMITS |
| 14:15:00 | P11 CLR. |
| 14:14:51 | P07 ARRIV. LEC |
| 14:28:35 | P07 CLR. |
| 14:31:48 | P03 ENRT. |
| 14:35:54 | P03 ARRIV. HIGH SCHOOL FOR F/U ON THIS |
| 15:01:55 | P03 ENRT. PD |
| 15:02:00 | P03 ARRIV. PD |
| 15:12:44 | P03 ENRT. |
| 15:13:46 | P14 CLR. |
| 15:16:07 | P03 ARRIV. COUNTY ATTORNEY'S OFFICE |
| 15:32:13 | P03 ARRIV. SCHOOL ADMINISTRATION BUILDING |
| 15:37:43 | P03 ARRIV. LEC |
| 15:50:06 | P03 CLR. |
| 15:50:07 | P03 Closed - Disposition AR |
| [ 12/28/2009 ] | |
| 08:15:49 | Dispo changed from AR to SC |
| [ 1/20/2010 ] | |
| 12:25:31 | Reopened |
| 12:25:40 | P03 ENRT. ████████████, Powell |
| 12:25:47 | P03 ENRT. CODY FOR COURT ON THIS CASE |
| 12:55:32 | P03 ARRIV. COURTHOUSE IN CODY |
| 14:18:26 | P03 ENRT. BACK FROM CODY |
| 14:46:49 | P03 CLR. |
| 14:46:50 | P03 Closed - Disposition SC |

LGLP-Wachsmuth 2013

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Date Printed |
|---|---|---|---|---|---|
| 6-2-502-aiii(b) | AGG ASSAULT/BATTERY/THREATEN | Felony | 12/15/09-12/16/09 | Unknown | 9/17/2010 |
| 6-2-201-aiic | KIDNAPPING/INJURY OR TERRORIZE/R | Felony | Date Reported | Time Reported | Time Printed |
| 6-2-501-b-e | BATTERY-DOMESTIC VIOLENCE | Misd | 12/16/2009 | 0823 | 13:11:53 |
| SUICIDE | SUICIDE RELATED THREATS | | Related Cases | | Incident # 091216021 |

| Location | | | Beat P | Area 77 | Disposition Clred By Adult Arrest | | Dispo Date 12/17/2009 |
|---|---|---|---|---|---|---|---|

| Location Type House | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|

| Victim Name | | Means of Attack (Assaults) Firearm |
|---|---|---|

| Residence Address | WY 82435 | Residence Phone | DOB | Age 62 | Sex F | Race W |
|---|---|---|---|---|---|---|

| Business Name and Address | Business Phone - | Height 5'7" | Wt 140 | Hair BRO | Eyes BLU |
|---|---|---|---|---|---|

| Assistance Rendered/Victim Disposition Refused Aid | Transporting Agency |
|---|---|

| Description of Injuries Apparent Minor Injury | Other Information |
|---|---|

**Contacted**

| Residence Address | Residence Phone | DOB | Age 41 | Sex F | Race W |
|---|---|---|---|---|---|

| Business Name and Address | Business Phone 307- | Height 5'4" | Wt 118 | Hair BLN | Eyes BLU |
|---|---|---|---|---|---|

| Suspect Arrested | Action Taken BOOKING | Charges 6-2-502-aiii(b), 6-2-201-aiic, 6-2-501-b-e |
|---|---|---|

| Residence Address | Residence Phone | DOB | Age 63 | Sex M | Race W |
|---|---|---|---|---|---|

| Business Name and Address | Business Phone | Height 6'1" | Wt 174 | Hair GRY | Eyes BRO |
|---|---|---|---|---|---|

| Identifying Features: Scars: NONE Tattoos: NONE Speech: Clear Build: Slender Complexion: Light Facial Hair: Unshaven Glasses | Arrest Number | Drivers License |
|---|---|---|

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|

| No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| | | (Property listed on separate page) | | | |

**Solvability Factors**

| 080 | Case Solved  Suspects  Victims/Witnesses  Physical Evidence  Suspect Confession |
|---|---|

| Prepared By P03 - Bradley, Cody | Date 12/16/2009 | Assisted By P14 - Kent, Alan | Approved By P14 - Kent, Alan | Date 1/5/2010 |
|---|---|---|---|---|

| Routed To County Atty | Date 12/17/2009 | Routed To | Date | Notes |
|---|---|---|---|---|

LGLP-Wachsmuth 2014

Mentioned

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| WY 82435 | | | | F | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| WY 82435 | | | | | |

Contacted

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| WY 82435 | | | 54 | F | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| Crisis Intervention, 355 N Gilbert St, Powell, WY 82435 | | | | BRO | BRO |

Mentioned

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 82435 | | | 38 | F | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| WY 82435 | | 5'4" | 120 | BRO | BLU |

Mentioned

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 82435 | | | 40 | F | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | 5'8" | 200 | BRO | BRO |


| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|--------|--------------------|--------------------|-------|--------------|-------------|
| 1 | Evidence | 1 12 Ga Dosage units/items Black & Silver Esco t Shotgun Firearms - Over/under r 12 ga. sho:gun. found loaded. (6260) | | | |
| 2 | Safekeeping | 1 20 Ga Dosage units/items Brown & Black Harrington & Ric Trapper 158 Firearms - - Harrington & Rich nhson, Inc., Trapper model 158 20 ga. shotgun. No serial # found. Pat. # 2276576. | | | |
| 3 | Safekeeping | 1 16" Dosage units/items Silver Cane Sword - Sword half of f sword cane | | | |
| 4 | Evidence | 6 12 Ga Shotgun Shells - Removed from the pocket of Dave e Swanson | | | |
| 5 | Evidence | 2 12 Ga Shotgun Shells - recovered from nightstand | | • | |
| 6 | Evidence | 2 12 Ga Shotgun Shells - Removed from shotgun item #1 | | | |
| 7 | Evidence | 1 Computer Cord - Used to tie Deanna's wrist | | | |
| 8 | Evidence | 1 Pill Bottle - empty-recovered in trash in bedroom | • | • | |
| 9 | Evidence | 1 Dosage units/items Maroon Lg ENV3 Phone - Maroon Env3 phone e (90SKPKN0123357) | | | $100.00 |
| 10 | Evidence | 4 Dosage un ts/items Orange & White Multi Pills - Various pill bottles s containing perscription pills | | | |
| | | | | | $100.00 |

## SOURCE:

███████ called the LEC and said her husband, ████ was threatening to hurt himself.

## INVESTIGATION:  SRO CJ Bradley

I first spoke to ███████ on the phone and she stated that she would like me to go to her residence and check on her husband. I told ████ I would come to the ██████ and talk to her. At the ████████ told me that ████ had taken a bunch of sleeping pills and was talking about taking his life. ████ told me ████ had a shot gun in the bed with him and he told her as she was leaving for school to call 911 because he would be gone when she got home.

After calling in more personnel Chief Feathers asked me to get a detailed written statement from ████ I met ████ along with ████ in the high school office. ████ said last night ████ was angry and pushed her up against a wall, grabbed her by the throat, hit her on the left side of the face, and told her he has been miserable for 10 years. ████ said ████ pushed her into the bathroom up against the shower and then got a shotgun out of the closet. ████ said ████ pointed the gun at her and asked her where she wanted it. ████ said ████ then stated for her to choose or she could shoot him. ████ told ████ she did not want to shoot him and ████ said she had a choice of the gun, a knife, or he could "beat her senseless." ████ said ████ then made her get on her knees and beg for her life so she did. ████ said ████ put the shotgun back in the closet and then fell asleep on the bed. ████ said ████ woke her up in the middle of the night to help him find his drugs. ████ said ████ takes Phenobarbital and a anti-anxiety drug but wasn't sure what it is. ████ said when she left the house this morning ████ told her that if she went to school she might as well call 911 because he would not be there when she got back. ████ said ████ then put the shotgun in bed with him. ████ said that ████ demanded some sleeping pills from her. ████ said that she counted the sleeping pills last night and there were 25 pills in the bottle and when she looked in the bottle this morning there were approximately 10 left. ████ also stated that ████ hides his pills from himself and then gets angry thinking that ████ took them. ████ also stated that ████ usually takes his 30 day supply of medication in approximately 10 days.

I asked ████ if this was an ongoing problem and she said in 2005 her son witnessed ████ hold a lamp up as if he was going to hit ████ with it and accused her of taking his drugs. ████ said her son put a stop to it and her and ████ separated for 3 months. ████ said ████ was arrested in 2008 in Lander for DUI controlled substance and was ordered to get counseling. ████ said ████ sees ████ for counseling but is sure he lies to her. ████ said she has hid the guns from ████ in the past. ████ then asked me what would happen if ████ is released. ████ said ████ would blame all of this on her and she fears for her life.

## EVIDENCE:

Victim verbal and written statements
Officer Observations
Shotgun

## UNDEVELOPED LEADS:

None.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P03 | BRADLEY, CODY | 12/16/2009 | P14 | KENT, ALAN | 01/02/2010 |

LGLP-Wachsmuth 2017

**ATTACHMENTS:**
None

**STATUS:**
Closed. Cleared by arrest of ███████████

**VICTIM/WITNESS FOLLOW UP:**
N/A

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P03 | BRADLEY, CODY | 12/16/2009 | P14 | KENT, ALAN | 01/02/2010 |

LGLP-Wachsmuth 2018

## INVESTIGATION CONTINUED: Officer K. L. Schmidt

On 12/16/09 I was advised by Officer Bradley of a suicidal subject by the name of ███ ███ Bradley said that ███ ███ is ███ wife and ██ is a ███ at the ███ School. Bradley said he was going to the ███ ███ to talk with ███ and would get back with the on duty officers to let us know what was going on.

After this, Officer Bradley summoned for Sgt. Kent, Officer Glick and me to meet in the area of Day and Sunlight Drive. When we arrived Bradley let us know that ███ was currently at his residence, ███ Drive. Bradley told us that ███ had taken some medications, was suicidal and had a 20 gauge shotgun in bed with him. Sgt. Kent decided at this time to initiate a command post and begin the preparations for an immediate action team.

We went to the command post located in the Assembly of God Church parking lot. From this location an immediate action team was formed consisting of Sgt. Kent, Officer Glick, Officer Danzer, Officer Sapp and me. We were instructed to position ourselves on the west side of the residence. (Before deploying to this location we were advised that Officer Bradley had gained further information about this incident. The new information we learned about this was that ███ had pointed a shotgun at ███ at the house last night during a domestic dispute.) We deployed to the location on the west side of ███ residence. After a little while I heard Chief Feathers deploy two other enforcement teams to the area near us. After team 1 and team 2 had been deployed we were advised that ███ was on the back porch outside in the back yard. Our immediate action team entered the back yard through a gate on the west side. The gate was frozen to the ground on the bottom so it was broken in order for us to enter the back yard. I saw ███ standing on the back porch with his hands in the air. Team 1 located to the east of us were giving ███ commands. During this time I pointed my less lethal shotgun at ███ back. Team 1 continued to give ███ commands and he got down on his stomach on the back porch. I dropped my less lethal shotgun sights off ███ at this time. Officer Sapp approached the porch and put handcuffs on ███ and searched him. ███ was later removed from the scene by Deputy Dunn. The immediate action team and team 2 entered the house and cleared the area.

After the residence had been cleared Sgt. Kent asked me to go to the police department to interview ███ in reference to this case. Sgt. Kent stayed on scene to deal with the crime scene.

At the police department I was advised by Chief Feathers that based on the information they had gathered, ███ was under arrest for Aggravated Assault.

███ had been brought to the police department by Deputy Dunn and Officer McCaslin and placed in the west holding cell.

On 12/16/09 at about 1107 hours I got ███ from the west holding cell of the police department and brought him to Investigator Brown's office to interview him in reference to this case. ███ was advised he was under arrest for Aggravated Assault which occurred against his wife last night.

I asked ███ if he knew why he was at the police department, and he told me that he did not know if he wanted to talk to me until he had an attorney. I asked him if he wanted an attorney before he was willing to talk to me and he did not answer the question. At approximately 1108 hours I read ███ his Miranda Rights from my Miranda card and he agreed to talk with Officer Hall and me. ███ appeared to be a little unstable in his walk when he entered Brown's office but I did not smell the odor of an alcoholic beverage on his breath. He admitted to have taken 3-4 Ambien sleeping pills about 3 to 4 hours ago. He said that he took his wife's Ambien pills since his prescription had expired. He admitted to being in a domestic dispute with his wife last night. He mentioned the argument was over ███

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P11 | SCHMIDT, KEVIN | 12/16/2009 | P14 | KENT, ALAN | 01/02/2010 |

LGLP-Wachsmuth 2019


taking his medication (Toprol for tremors and headaches) and about their dogs. He said during the domestic ███ slapped him while he was sleeping on his bed and he stood up and took a hold of her and slapped her neck and told her not to do that again. After this he went down stairs and approached ███ who was in the downstairs bedroom. He said that he pointed a shotgun at ███ and told her he was tired of this and they are done. He mentioned that ███ had a nervous break down last night, and she accused him of wanting to murder her and then commit suicide himself. He said he went upstairs to his room after this to go to bed. He believed the domestic dispute last night happened sometime between 1900 and 2100 hours on 12/15/09. He thought that he slept for about two hours last night but was not sure from when to when. He thought that ███ slept with him last night in bed. He remembered her leaving for work this morning, and after she left he took 3 or 4 Ambien pills. ███ said that ███ was suppose to come home from work at about 1100 hours today. I asked ███ if he made any comments about hurting himself this morning before ███ left for work and initially he said that he had thought about hurting himself with the shotgun, but later said he was not going to do that. He said he had the shotgun in bed for intimidation purposes, and also for protection. He said that he was going to protect himself from other people and ███ because she had threatened to kill him before. ███ asked if his wife had been arrested too and we told him not at this time. He mentioned that he was seeing a counselor by the name of ███, but had not had a session with her for about 3-4 months. He said he was not taking any medication that ███ had prescribed to him. During the interview Officer Hall found out more information about the domestic dispute and asked ███ about a cord he used last night. ███ said he did take a cord from his Bresnan computer table and tied it around his left wrist. He mentioned telling ███ that he was going to tie her up so he would know when she left. He said after tying his wrist with the cord he threw it toward the other side of the bed, but did not tie ███ up with it. He said right after he tied his wrist he took it off and threw it on the other side of the bed. He said the computer he got the cord from was right next to the bed. I asked ███ if he had the shotgun in bed with him last night when ███ was there and he was not sure. He was aware that the shotgun should be currently on the bed at his house, but that it was not loaded. ███ said that he lived in Powell for about 23-24 years and had been married to ███ for about 25 years. He knew his address, phone number, day of week, but he thought it was December 11th or 12th. He appeared to be having trouble at different times in the interview collecting his thoughts, and then relating them to us. He kept referring to his wife as ███ during the interview, but her real name is ███. I asked ███ if he would give me a written statement about the facts he had related and he agreed. He looked at the written statement and then told us he could not do it without his Toprol medication because his hands were shaking. His hands did have a noticeable shake to them. Officer Hall volunteered to write the statement for ███ as he spoke it, but he did not want to do that. The interview was completed at approximately 1220 hours. After the interview ███ was placed back into the west holding cell.

    Officer Sapp and I completed the booking paper work on ███. After it was completed Officer Glick transported ███ to the Park County Jail where he will be held for arraignment on the charge of Aggravated Assault.

## EVIDENCE:

    Verbal Statement made by ███
    Officers observations on the incident.

## UNDEVELOPED LEADS:

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P11 | SCHMIDT, KEVIN | 12/16/2009 | P14 | KENT, ALAN | 01/02/2010 |

LGLP-Wachsmuth 2020


None.

## ATTACHMENTS:

None.

## STATUS:

Closed, cleared by the arrest of ████████.

## VICTIM/WITNESS FOLLOW UP:

Sgt. Kent interviewed the victim and she was advised that ████ had been arrested.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P11 | SCHMIDT, KEVIN | 12/16/2009 | P14 | KENT, ALAN | 01/02/2010 |

LGLP-Wachsmuth 2021

## INVESTIGATION CONTINUED: Sgt. A Kent

On 12/16/09, Officer Schmidt told me that SRO Bradley was responding to the high school to meet with a ⬛ whose husband was at their house, located at ⬛ Powell, and had made threats of committing suicide.

I met with Officers Schmidt, Glick, Hall and Bradley at 8th and Day Streets. We later moved our position to 7th and Gilbert Streets and more officers were called out due to the information that the subject was in his house and armed with a shotgun and that he had threatened his wife the night before with the shotgun.

Officers Schmidt, Sapp, Glick, Danzer and myself moved into a position on the west side of ⬛ ⬛ Deputies also arrived and set up two teams, one on each side of the house. ⬛ ⬛ came out on the rear deck of the house and was taken into custody and transported to the LEC. When ⬛ was handcuffed and searched by Officer Sapp, Sapp found in ⬛ pocket 6, unspent 12 gauge shotgun shells these were collected as evidence. As the house was cleared by officers, it was found that a chair had been placed blocking access to the main part of the house from the bedroom. After clearing the house, officers left the house and awaited the arrival of the victim/homeowner, ⬛ ⬛

⬛ arrived at the house along with a friend and I asked her if we could enter the house and take the weapons that were in the house, she told me that we could. Officer Sapp, SRO Bradley, and myself along with ⬛ and her friend ⬛ entered the backdoor. I asked ⬛ if she and her husband ⬛ shared a bedroom, she told me that they did. When we entered the house, ⬛ and ⬛ bedroom is located to the right (east) of the sliding door we entered. ⬛ showed me a shotgun that was laying on the bed, which was not made. Pictures were taken of the gun and I picked it up and found it to be an over and under 12 gauge shotgun with rounds in the chamber. I asked ⬛ if this was the gun that her husband had pointed and threatened her with, she told me it was. I unloaded the shotgun. She then entered a crawl space to the west of the bedroom and retrieved a single barrel shotgun which she asked us to take for safekeeping. ⬛ also gave officers a sword that was near the computer and asked us to keep it also.

I asked ⬛ to show me what happened when her husband pointed the shotgun at her. We went to a bathroom that is just off of the bedroom, she said that ⬛ was standing in the doorway, pointed the gun at her, she backed up into the shower and got on her knees and begged for her life. ⬛ then backed out of the doorway. ⬛ then went back into the bedroom and picked up and handed me a computer cord. She said ⬛ had tied her up with the cord. I collected this as evidence also. On a table near the bed, Officer Sapp found 2 unspent 12 gauge shotgun shells and asked ⬛ if we could take those, she said yes.

I walked into the living room with ⬛ and the room had items scattered around the floor. It appeared there was some type of powder on the floor and she told me that several of the items were Christmas presents. The presents were on the table in the dining room in a plastic container. She said that ⬛ must have opened the container and thrown the presents on the floor. ⬛ said that ⬛ has accused her of hiding his medication and he may have torn the house apart trying to find his medication. ⬛ said that she does not hide his medication.

I asked ⬛ if she could get the medication that ⬛ needed to take to jail with him, she went into the bedroom and retrieved a bottle of blood pressure medicine. She also got 2 pairs of ⬛ glasses and gave them to me. While she was looking for ⬛ medication, ⬛ found in the trash near the bed an empty bottle of Zolpidem Tartrate 10 mg. The prescription was in ⬛ name and filled on 12/14/09 with a quantity of 30. She told me that ⬛ is always using her sleeping pills and

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P14 | KENT, ALAN | 12/16/2009 | P01 | FEATHERS, TIM | 12/22/2009 |

LGLP-Wachsmuth 2022


within the last 2 days he has taken about 20 of these pills.

All evidence collected at ▇▇▇▇▇▇ was kept in my possession until placed in the Powell Police evidence system.

I asked ▇▇▇▇ if she would come to the LEC and give me a more detailed written statement and she said she would. I met her at the LEC and after she completed her written statement I interviewed her. Following is a synopsis of that interview and written statement.

▇▇▇▇ said that early on the morning of 12/15/09 her husband ▇▇▇▇▇▇ woke her up wanting her sleeping pills, which ▇▇▇▇ told him he could not have. Later in the morning they had gotten into an argument over who was making the morning coffee. She went to her job at the ▇▇▇▇ When she arrived home about 1630 hrs, ▇▇▇▇ was in the downstairs bedroom, she entered to check on him and he told her that if she "wanted to talk with him you had better ask permission." ▇▇▇▇ said that made her mad and she told ▇▇▇▇ "Fuck you." She went upstairs to the bathroom and ▇▇▇▇ followed her in at which time he grabbed her by the neck and shoved her against the wall and hit her in the face. ▇▇▇▇ told her to never talk to him like that again and then called her names, like she was a "piece of shit", and a "whore", and that he was going to end it tonight and that he had hated her for 10 years. At one point he grabbed her hair and held it tightly. ▇▇▇▇ said that ▇▇▇▇ got his shotgun, she described it as a 20 gauge, but was actually a 12 gauge, which he pointed at her while she was still in the bathroom. She backed into the shower and then dropped to her knees begging ▇▇▇▇ not to shoot her. ▇▇▇▇ said she could choose how she wanted to die, either by gun, knife or he could just "beat me senseless". At one point ▇▇▇▇ asked ▇▇▇▇ if she "wanted it in the cunt". She also begged ▇▇▇▇ not to harm himself. 

At one point ▇▇▇▇ said that ▇▇▇▇ had forced her to throw her cell phone in the toilet, he took it out and smashed it on the sink. Soon ▇▇▇▇ became drowsy from some medication and he laid down on the bed. ▇▇▇▇ pulled a cord from the computer out of the wall and tied ▇▇▇▇▇▇ wrist with it and the other end to his wrist. ▇▇▇▇ said that this was so he could tell if she got up during the night. She said he fell asleep and she laid there the rest of the night.

▇▇▇▇ said that at one point she untied the cord and got up, waking up ▇▇▇▇ He started accusing her of hiding his pills. He went back to sleep and in the morning (12/16/09) she got up and prepared to go to work. ▇▇▇▇ told her that if she left for work that she should call 911. ▇▇▇▇ told him that she would go to work and get a sub to fill in for her and return home and that he would still be alive when she got back, he told her "absolutely not". ▇▇▇▇ said that ▇▇▇▇ had a shotgun in the bed and two shells on the nightstand, she picked them up and asked if these were the shells he was going to use on her, he just laughed. ▇▇▇▇ told him she was going to call 911 and he told her to "do it".

I asked ▇▇▇▇ if she had fought back and she told me that ▇▇▇▇ is "way too strong". She told me that at one point while they were in the bathroom she asked ▇▇▇▇ if this was going to be a "murder-suicide", he told her to get the gun and shoot him.

▇▇▇▇ told me that ▇▇▇▇ takes too much medication and is aware of the problem but that his abuse of the drugs has been going on for years. ▇▇▇▇ takes Phenobarbital for "tremors". She said that in 2005 she and ▇▇▇▇ got into an argument where she ended up calling her son ▇▇ to come over to assist. When ▇▇ arrived ▇▇▇▇ took a swing at ▇▇ at which time ▇▇ hit ▇▇▇▇ knocking him down. ▇▇▇▇ left and stayed with a relative in Utah for 3 months where he found a doctor who prescribed him more medication.

I asked ▇▇▇▇ if she returned home if she would look for ▇▇▇▇ prescribed medication and we would see that he had the medication in jail. Later she called me and told me she could not find the

LGLP-Wachsmuth 2023

medication but it was not for a life threatening condition. I told her that the jail would be able to make sure he received the needed medication.

████ said that they have a good relationship when he is not abusing medication, but there has been abuse in the past and that she didn't, but should have, called the police. She also told me that ████ is very good at convincing everyone that he does not have a problem and talking himself out of trouble. ████ said that she is very afraid that if ████ gets out of jail that he will kill her.

Crisis Intervention was contacted and ████████ arrived and spoke with ████ They made arrangements to meet later for counseling and a protection order.

I called Officer Glick who was transporting ████████ to jail and asked him to inform ████ that the Superintendent had requested a trespass be served on him, prohibiting him from being on any School District property. Superintendent ████ also requested that he be notified any time of the day or night when ████████ is released from jail, so they could take precautions in case he may try to contact ████ at the ████████ Glick told ████ at the jail of the trespass.

## EVIDENCE:
    Officers observations
    Verbal and (2) written statements made by ████████
    Verbal statements made by ████████
    12 ga over and under shotgun, Item #1
    12 ga single shot shotgun, Item #2 (safekeeping)
    Silver cane sword, Item #3 (safekeeping)
    6 12 gauge shotgun shells, Item #4
    2 12 ga shotgun shells, Item #5
    2 12 gauge shotgun shells, removed from item #1, Item #6
    Computer cord Item #7
    Pill bottle Item #8

## UNDEVELOPED LEADS:
    None

## ATTACHMENTS:
    Written statements from ████
    Copy of Operations Log completed by Chief Feathers
    Copy of diagram of ████

## STATUS:
    Closed, cleared by arrest of ████████

## VICTIM/WITNESS FOLLOW UP:
    CIS was contacted for ████████

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P14 | KENT, ALAN | 12/16/2009 | P01 | FEATHERS, TIM | 12/22/2009 |

LGLP-Wachsmuth 2024

### INVESTIGATION CONTINUED: SRO CJ Bradley

I was contacted by ████████████ who stated that some friends were helping clean up her residence and found her cell phone that was taken from her. ████████ also said they found the medication that ████████ was looking for that night and wanted to know if I wanted them as evidence.

I went to ████████ residence and she handed me a clear plastic bag containing four prescription bottles, and the a maroon LG ENV3 cell phone. ████████ told me that ████████ and ████████ found the phone in the bathroom and ████████ found the pills behind a picture on top a shelf in the bathroom. ████████ showed me the location the medication was found and was sure exactly where the phone was found. The phone showed evidence of water damage. I took possession of the items, took them to the LEC and placed them in the departments established evidence system.

I spoke to ████████ at the ████████ and she stated the phone was found on top of the medicine cabinet, in the upstairs bathroom.

### EVIDENCE:
Victim/witness verbal statements.
Officer Observation
ENV3 phone
Prescription bottles.

### UNDEVELOPED LEADS:
None

### ATTACHMENTS:
None

### STATUS:
Closed.

### VICTIM/WITNESS FOLLOW UP:
N/A

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P03 | BRADLEY, CODY | 01/04/2010 | P14 | KENT, ALAN | 01/05/2010 |



| Location | Cross Streets E JEFFERSON ST/E MADI | City POWELL |
|---|---|---|

| Incident Type WEAPONS - WEAPONS OFFENSE | Call Taker COLVIN, BOBBIE | Dispatcher COLVIN, BOBBIE |
|---|---|---|

| Date 5/20/2007 | Priority 3 | Primary Unit P12 | Beat P | Fire Zone | Area 79 | Map | Source 9-1-1 CALL |
|---|---|---|---|---|---|---|---|

| Caller Name | Caller Address | | Caller Phone |
|---|---|---|---|

| Dispositions See Case, See Report, See Report | | Weapon | Alm Level | Case Number 07-606 |
|---|---|---|---|---|

| Vehicles | Associated Incidents |
|---|---|

| Incident Times | | Special Circumstances |
|---|---|---|
| Received | 16:12:02 | |
| Created | 16:12:40 | Persons |
| Dispatched | 16:13:55 | |
| En Route | 16:13:55 | |
| On Scene | 16:21:02 | |
| Closed | 14:01:06 | |
| Rcvd-Closed | N/A | |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| P11 | Schmidt, Kevin | 16:13:55 | 15:13:55 | 16:21:01 | 20:53:07 | 07:06 | 4:32:06 | 4:39:12 |
| P08 | Blackmore, Lee | 16.13:59 | 16:13:59 | 16:21:48 | 21:36:25 | 07:49 | 5:14:37 | 5:22:26 |
| P01 | Feathers, Tim | 16:28:22 | 16:28:22 | 16:33:30 | 23:24:41 | 05:08 | 6:51:11 | 6:56:19 |
| P14 | Kent, Alan | 16.30:58 | 16:30:58 | 16:36:04 | 23:45:39 | 05:06 | 7:09:35 | 7:14:41 |
| P16 | McCaslin, Matt | 16:37:49 | 16:37:49 | 16:37:49 | 19:18:27 | | 2:40:38 | 2:40:38 |
| P03 | Bradley, Cody | 16:41:25 | 16:41:25 | 16:52:24 | 18:41:11 | 10:59 | 1:48:47 | 1:59:46 |
| P15 | Danzer, Matthew | 16:48:05 | 16:48:05 | | 16:52:11 | N/A | N/A | 04:06 |
| P15 | Danzer, Matthew | 16:52:37 | 16:52:37 | 16:53:42 | 21:36:29 | 01:05 | 4:42:47 | 4:43:52 |
| P18 | Chapman, Kirk | 17:40:12 | 17:40:12 | 17:40:12 | 19:19:06 | | 1:38:54 | 1:38:54 |
| P12 | Kelley, Jame | 17:49:05 | 17:49:05 | 17:49:05 | 19.18:35 | | 1:29:30 | 1:29:30 |
| P06 | Wardell, Jason | 17:49:10 | 17:49:10 | 20:49:04 | 22:37:41 | 2:59:54 | 1:48:37 | 4:48:31 |
| P03 | Bradley, Cody | 18:59:52 | 18:59:52 | | 20:05:40 | N/A | N/A | 1 05:48 |
| P12 | Kelley, Jame | 19:35:03 | 19:35:03 | | 19:48:42 | N/A | N/A | 13:39 |
| P12 | Kelley, Jame | 20:49:17 | 20:49:17 | 20:49:17 | 23:55:25 | | 3 06:08 | 3:06:08 |
| P16 | McCaslin, Matt | 21:54:56 | 21:54:56 | 21:59:02 | 23:03:07 | 04:06 | 1:04:05 | 1:08:11 |
| P18 | Chapman, Kirk | 21:59:06 | 21:59:06 | 21:59:07 | 23:16:55 | 00:01 | 1:17:48 | 1:17:49 |
| P08 | Blackmore, Lee | 22:22:25 | 22:22.25 | 22:23:15 | 00 16:17 | 00:50 | 1:53 02 | 1:53:52 |
| P14 | Kent, Alan | 00:16:03 | 00:16:03 | 00:16:03 | 00:41:35 | | 25:32 | 25:32 |
| P08 | Blackmore, Lee | 15:51:10 | 15:51:10 | 15:51:10 | 16:27:35 | | 36:25 | 36:25 |
| P03 | Bradley, Cody | 20:42:01 | 20:42:01 | 20:42:01 | 21 13:13 | | 31:12 | 31:12 |
| P15 | Danzer, Matthew | 08:49:36 | 08:49:36 | 08:49:41 | 09:44:37 | 00:05 | 54:56 | 55:01 |
| P15 | Danzer, Matthew | 10.34:39 | 10:34:39 | 10:34:46 | 11:01:35 | 00:07 | 26:49 | 26:56 |
| P15 | Danzer, Matthew | 12:33:38 | 12:33:38 | 12:33:43 | 14:01:06 | 00:05 | 1.27:23 | 1:27:28 |
| P15 | Danzer, Matthew | 07:50:33 | 07:50:33 | 07.50:40 | 08:24:50 | 00 07 | 34:10 | 34:17 |
| P15 | Danzer, Matthew | 11:10:33 | 11:10:33 | 11:10:38 | 13:13:30 | 00:05 | 2:02:52 | 2:02:57 |
| P15 | Danzer, Matthew | 06:27:53 | 06:27 53 | 06:27:54 | 10:42:01 | 00:01 | 4:14:07 | 4:14:08 |
| P12 | Kelley, Jame | 10:41:39 | 10:41:39 | 10 41:40 | 10:42:37 | 00:01 | 00.57 | 00·58 |

**Incident Comments**

PCSO called to advise that Mona wass on the phone with a hysterical woman asking for assistance
. He asked that officers be sent to Queens #31 to assist her. Hea was advised that we must know
what was going on. He then advised that they got the information that there was a man in the room
with a gun and he had fire the gun at least once.

LGLP-Wachsmuth 2026

LGLP-Wachsmuth 2027

| TIME | EVENT |
|------|-------|
| 16:12:40 | Incident initiated at ███████████████████████████ P3 |
| 16:13:55 | P11 ENRT. █████████████████████████ Powell |
| 16:13:59 | P08 ENRT. █████████████████████, Powell |
| 16:21:01 | P11 ARRIV. |
| 16:21:48 | P08 ARRIV. |
| 16:22:31 | P08 Have Pat 187 meet me at Monroe and Buckingham and have him come down |
| 16:22:31 | P08 Monroe. |
| 16:22:31 | P08 P14 advised. |
| 16:23:51 | Incident type changed from UNKNOWN to WEAPONS |
| 16:28:22 | P01 ENRT. █████████████████████, Powell |
| 16:30:58 | P14 ENRT. ██████████████████████, Powell |
| 16:33:30 | P01 ARRIV. |
| 16:36:04 | P14 ARRIV |
| 16:37:49 | P16 ENRT. ██████████████████████, Powell |
| 16:37:49 | P16 ARRIV █████████████████████████ |
| 16:41:25 | P03 ENRT. █████████████████, Powell |
| 16:43:04 | Incident comments changed |
| 16:48:05 | P15 ENRT. ████████████████████ Powell |
| 16:50:56 | P01 Command Post is set up at Jones and Jefferson St, this is the Jones St |
| 16:50:56 | P01 Command, operating on the main channel, tell all people to come from the |
| 16:50:56 | P01 west on Jefferson to Jones St. |
| 16:52:11 | P15 CLR. Freed |
| 16:52:24 | P03 ARRIV |
| 16:52:37 | P15 ENRT. ████████████████████, Powell |
| 16:53:36 | P11 Neighbors are also trying to locate P5, but no one can locate him. |
| 16:53:42 | P15 ARRIV. |
| 16:55:11 | P11 ARRIV. QUEENS AND BUCKINGHAM |
| 16:59:02 | P08 (I got ahold of the people that live at #6, I called their home phone, |
| 16:59:02 | P08 it is not a cell and they are not answering). Copy I haven't heard |
| 16:59:02 | P08 anything coming from inside, but I just wanted to double check. |
| 17:15:20 | P11 George Menig notified, he is enroute back from Billings, will call when |
| 17:15:24 | P11 he gets home in about 45 minutes |
| 17:15:41 | P11 Dave Blevins home pxed and wife advised he will be home in just a few |
| 17:15:57 | P11 minutes, asked to call ASAP for evacuating a mobile home park |
| 17:18:29 | P11 Charlotte Hardy called and will activate Red Cross to assist in |
| 17:18:30 | P11 finding shelter |
| 17:40:12 | P18 ENRT. ███████████████████████ Powell |
| 17:40:12 | P18 ARRIV. |
| 17:49:05 | P12 ENRT. ███████████████████████ Powell |
| 17:49:05 | P12 ARRIV. |
| 17:49:10 | P06 ENRT. ███████████████████████ Powell |
| 18:06:01 | shots fired, I think I got him. |
| 18:06:30 | P11 three shots fired into the vehicle, he's laying down, I think we go |
| 18:06:31 | P11 thim. We need to move up tactically. |
| 18:07:14 | P01 contact EMS and have them come to the command post |
| 18:07:57 | P01 vehicle is stopped near 36 is that correct? |
| 18:08:46 | P01 is he mobile again? |
| 18:08:46 | P01 He is moving |
| 18:09:00 | P11 the vehicle is not moving, he is trying to move his arm and sit up |
| 18:09:02 | P11 inside of the vehicle |
| 18:09:43 | P11 made contact |
| 18:09:47 | P11 tactical has made contact |
| 18:09:49 | P11 we need EMS |
| 18:10:04 | P11 Suspect is in custody, we need an ambulance in here |
| 18:14:26 | P18 P8 and P15 are on the ambulance with the subject on the way to the ER |
| 18:23:07 | P11 ARRIV. COMMAND POST |
| 18:24:22 | P06 I am through with that detail, everybody is ok |

| TIME | EVENT |
|------|-------|
| 18:27:59 | P11 Case number PPD 07-606 assigned to 070520065 |
| 18:41:11 | P03 CLR. COVERING CALLS |
| 18:41:34 | PI4 ENRT. |
| 18:41:38 | PI1 ENRT. |
| 18:45:35 | P11 ARRIV. LEC |
| 18:59:52 | P03 ENRT. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Powell |
| 19:01:19 | P11 P03 enroute to the emergency room to meet with Trapp. |
| 19:01:53 | P11 Cody 5 and Cody 8 are in the perimeter securing |
| 19:01:57 | P03 HOSP. |
| 19:03:17 | P11 Cody 5 and Cody 8 are not at the trailer, the units that are there |
| 19:03:19 | P11 need to stay there |
| 19:03:46 | P11 Cody 5 and Cody 8 are on the north and south ends of the trailer |
| 19:05:05 | P11 P18 advised he is relieved from his position by 2 Cody PD officers. |
| 19:15:19 | P01 we are standing down the command post, DCI has control of the scene, |
| 19:15:19 | P01 they are now in command of anything that goes down there.  We will go to |
| 19:15:19 | P01 work on notifying the people that can return to their residences. (Are |
| 19:15:19 | P01 you saying they can go back to their residences) Some can and some |
| 19:15:19 | P01 cannot, we will be doing that notification from here. (ok we have some |
| 19:15:19 | P01 that have called here and left numbers).  copy when we get that figured |
| 19:15:20 | P01 out who can and cannot. |
| 19:16:04 | P01 you have P12, P18 and P16 available for calls, P06 will be with me for |
| 19:16:04 | P01 a little bit. |
| 19:18:27 | P16 CLR. |
| 19:19:06 | P18 CLR. |
| 19:18:35 | P12 CLR. Freed |
| 19:22:53 | two residents of trailer #56 have returned. |
| 19:26:48 | Incident comments changed |
| 19:34:02 | P11 command trailer P30 and P01 |
| 19:35:03 | P12 ENRT. ▓▓▓▓▓▓▓▓▓▓▓Powell |
| 19:35:15 | P12 ENRT. ENROUTE TO THE HOSPITAL IN 9-12 |
| 19:37:02 | P11 P30 advised contact them on mutual aid |
| 19:40:36 | P12 HOSP. |
| 19:41:16 | P11 P08 call px 4011 cell phone |
| 19:46:48 | P11 Cody 5, needs a person to start a log at scene 2 to log |
| 19:46:35 | P11 P30 have 1118 come to command trailer or contact P01 |
| 19:47:18 | P11 1118 will come to the trailer |
| 19:48:42 | P12 CLR. Freed |
| 20:02:19 | P11 11-18 I am on security at trailer 31, P06 has been relieved. |
| 20:05:40 | P03 CLR. Freed |
| 20:35:12 | Incident comments changed |
| 20:41:17 | P14 ENRT. SCENE |
| 20:45:38 | P06 ENRT: ENROUTE TO PD |
| 20:45:03 | P11 Subject is in the helicopter enroute to Billings |
| 20:45:21 | P08 ENRT. LEC |
| 20:45:31 | P15 ENRT. LEC |
| 20:47:43 | P08 ARRIV. LEC |
| 20:47:48 | P15 ARRIV. LEC |
| 20:48:44 | P01 ENRT. |
| 20:49:04 | P06 ARRIV. LEC |
| 20:49:17 | P12 ENRT. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Powell |
| 20:49:17 | P12 ARRIV. |
| 20:49:25 | P12 ARRIV. LEC |
| 20:51:26 | P01 ARRIV. LEC |
| 20:52:37 | P14 ARRIV. LEC |
| 20:53:07 | P11 CLR. Freed |
| 21:03:38 | P11 Steve Harmon called and wanted to know if anyone accompanied the |
| 21:03:56 | P11 subject to Billings or if anyone was headed that way. |

| TIME | EVENT |
|------|-------|
| 21:36:25 | P08 CLR. Freed |
| 21:36:29 | P15 CLR. Freed |
| 21:54:56 | P16 ENRT. ████████████████ Powell |
| 21:55:02 | P16 ENRT. |
| 21:55:16 | P16 enroute to the scene to provide scene safety |
| 21:59:02 | P16 ARRIV. ON SCENE SECURITY |
| 21:59:06 | P18 ENRT. ████████████████ Powell |
| 21:59:07 | P18 ARRIV. |
| 21:59:12 | P18 ARRIV. ON SCENE SECURITY |
| 22:09:07 | P06 ENRT. |
| 22:09:10 | P12 ENRT. |
| 22:16:15 | P06 ARRIV. TRAILER #31 |
| 22:22:25 | P08 ENRT. ████████████ Powell |
| 22:23:15 | P08 ARRIV. RELEAVIING P6 |
| 22:23:37 | P12 ARRIV. SOUTH END OF BUCKINGHAM PL |
| 22:25:26 | P06 ENRT. |
| 22:26:52 | P16 ENRT. |
| 22:27:02 | P16 with p6 |
| 22:36:56 | P16 ARRIV. LEC |
| 22:37:41 | P06 CLR |
| 22:56:16 | P01 ENRT. |
| 23:02:49 | P01 ARRIV. AT THE SCENE |
| 23:03:07 | P16 CLR. |
| 23:03:17 | P14 ENRT. |
| 23:04.05 | P12 status 4 |
| 23:12:01 | P14 ARRIV. |
| 23:15:41 | P14 J C repair is responding with a tow truck |
| 23:16:55 | P18 CLR. |
| 23:24:41 | P01 CLR. |
| 23:45:39 | P14 CLR. |
| 23:55:25 | P12 CLR. |
| [ 5/21/2007 ] | |
| 00:16:03 | P14 ENRT. ████████████████ Powell |
| 00:16:03 | P14 ARRIV. |
| 00:16:17 | P08 CLR. WITH HWY ON ROAD 11 |
| 00:17:21 | P14 ████████ @ # 30 will be taking care of ████ and ████ dogs |
| 00:41:35 | P14 CLR. Freed |
| 00:41:35 | P14 Incident returned to pending status |
| 15:51:10 | P08 ENRT. ████████████████ Powell |
| 15:51:10 | P08 ARRIV. |
| 15:51:13 | P08 ARRIV. LEC |
| 16:27:35 | P08 CLR. Freed |
| 16:27:36 | P08 Incident returned to pending status |
| [ 5/22/2007 ] | |
| 06:42:34 | Closed - Disposition SC |
| [ 5/25/2007 ] | |
| 20:41:55 | Reopened |
| 20:42:01 | P03 ENRT. ████████████████ Powell |
| 20:42:01 | P03 ARRIV. |
| 20:42:10 | P03 ARRIV. LEC WORKING ON CASE |
| 21:13:13 | P03 CLR. Freed |
| 21:13:13 | P03 Incident returned to pending status |
| 22:13:18 | Closed - Disposition SC |
| [ 5/26/2007 ] | |
| 08:49:29 | Reopened |
| 08:49:36 | P15 ENRT. ████████████████ Powell |
| 08:49:41 | P15 ARRIV. LEC ON CASE |

| TIME | EVENT |
|------|-------|
| 09:44:37 | P15 CLR Freed |
| 09:44:38 | P15 Incident returned to pending status |
| 10:34:39 | P15 ENRT. ▬▬▬▬▬▬▬▬▬▬ Powell |
| 10:34:46 | P15 ARRIV. LEC ON CASE |
| 11:01:35 | P15 CLR. Freed |
| 11:01:35 | P15 Incident returned to pending status |
| 12:33:38 | P15 ENRT. ▬▬▬▬▬▬▬▬▬ Powell |
| 12:33:43 | P15 ARRIV. LEC ON CASE |
| 14:01:06 | P15 CLR. |
| 14:01:08 | P15 Closed - Disposition SR |
| [ 5/27/2007 ] | |
| 07:50:27 | Reopened |
| 07:50:33 | P15 ENRT. ▬▬▬▬▬▬▬▬▬ Powell |
| 07:50:40 | P15 ARRIV. LEC ON CASE |
| 08:24:50 | P15 CLR. Freed |
| 08:24:51 | P15 Incident returned to pending status |
| 11:10:33 | P15 ENRT. ▬▬▬▬▬▬▬▬▬ Powell |
| 11:10:38 | P15 ARRIV. LEC ON CASE |
| 13:13:30 | P15 CLR. |
| 13:13:32 | P15 Closed - Disposition SR |
| [ 5/28/2007 ] | |
| 06:27:48 | Reopened |
| 06:27:53 | P15 ENRT. ▬▬▬▬▬▬▬▬▬ Powell |
| 06:27:54 | P15 ARRIV. |
| 06:28:02 | P15 ARRIV. LEC ON CASE |
| 10:42:01 | P15 CLR. |
| 10:42:02 | P15 Closed - Disposition SC |
| [ 6/23/2007 ] | |
| 10:41:34 | Reopened |
| 10:41:39 | P12 ENRT. ▬▬▬▬▬▬▬▬▬ Powell |
| 10:41:40 | P12 ARRIV. |
| 10:41:50 | P12 ARRIV. #30 QUEENS BLVD F/U |
| 10:42:35 | P12 disregard p12 not on this case. |
| 10:42:37 | P12 CLR. Freed |
| 10:42:37 | P12 Incident returned to pending status |
| 10:44:23 | Closed - Disposition SC |

**250 N. CLARK ST    POWELL, WY 82435    307-754-2212**

**CRIME REPORT**

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Date Printed |
|---|---|---|---|---|---|
| 6-2-504-b | RECKLESS ENDANGERING/FIREARM | | 5/20/2007 | 1612 | 9/17/2010 |
| 6-5-204 | INTERFERENCE WITH A PEACE OFFICE | Misd | Date Reported | Time Reported | Time Printed |
| DOMESTIC | DOMESTIC INCIDENT | | 5/20/2007 | 1612 | 12:49:06 |

| Related Cases | Incident # |
|---|---|
| | 070520065 |

| Location | | Beat | Area | Disposition | Dispo Date |
|---|---|---|---|---|---|
| | | P | 79 | Clrd By Other Means | |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| Mobile Home | | | | | Firearm |

| Victim Name | | | Means of Attack (Assaults) | | |
|---|---|---|---|---|---|
| | | | Firearm | | |

| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| | | | | 40 | F | W |

| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|---|
| | | | 5'3" | 125 | BLD | BRO |

| Assistance Rendered/Victim Disposition | Transporting Agency |
|---|---|
| Other | |

| Description of Injuries | Other Information |
|---|---|
| None | |

| Reporting Party |
|---|
| |

| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| | | | | 34 | M | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| Park County Sheriff's Department, 1402 River View Dr, Cody, WY 82414 | | 6'5" | 280 | BRO | BLU |

| Suspect | | Action Taken | Charges |
|---|---|---|---|
| | | | |

| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| | | | | 29 | M | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| Nwc, Powell, WY 82435 | | 5'10" | 195 | BLN | BRO |

| Identifying Features  Scars:  R WRIST, NECK, R HAND, BACK, L | Arrest Number | Drivers License |
|---|---|---|
| FOOT Tattoos: U R ARM GREEN REAPER  Speech: Clear  Build: Average  Complexion: Light  Facial Hair:  Glasses: Glasses | | |

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| Involved | 1989 Maroon/Burgundy Chevrolet | | Passenger Car |

| No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| | | | | | |

| Solvability Factors |
|---|
| 090  Case Solved  Suspects  Suspect Vehicle  Victims/Witnesses |

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| P11 - Schmidt, Kevin | 5/20/2007 | P08LB - Blackmore, Lee | P14 - Kent, Alan | 6/12/2007 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| | | | | |

LGLP-Wachsmuth 2032

| Mentioned | | | | | | |
|---|---|---|---|---|---|---|
| Residence Address ▮▮▮▮▮▮ | | Residence Phone ▮▮▮▮▮ | DOB ▮▮▮▮ | Age 40 | Sex M | Race W |
| Business Name and Address  Park County Sheriffs Office, 1402 River View Dr, Cody, WY 82414 | | Business Phone ▮▮▮▮ | Height 6˚ | Wt 165 | Hair BRO | Eyes BLU |

| Mentioned | | | | | | |
|---|---|---|---|---|---|---|
| Residence Address ▮▮▮▮▮▮ | | Residence Phone ▮▮▮▮ | DOB | Age | Sex M | Race W |
| Business Name and Address  Wyoming Dci, 109 West 14TH | | Business Phone ▮▮▮▮ | Height | Wt | Hair | Eyes |

| Mentioned | | | | | | |
|---|---|---|---|---|---|---|
| Residence Address ▮▮▮▮▮▮ | | Residence Phone | DOB | Age 47 | Sex M | Race W |
| Business Name and Address  Park County Sheriff's Office, 1402 River View Dr, Cody, WY 82414 | | Business Phone ▮▮▮▮ | Height 6˚ | Wt 195 | Hair BRO | Eyes GRN |

| Mentioned | | | | | | |
|---|---|---|---|---|---|---|
| Residence Address ▮▮▮▮▮▮ | | Residence Phone ▮▮▮ | DOB ▮▮▮▮ | Age 41 | Sex M | Race W |
| Business Name and Address  Park County Sheriff's Dept, 1402 River View Dr, Cody, WY 82414 | | Business Phone ▮▮▮▮ | Height ˌ | Wt | Hair BRO | Eyes GRN |

| Mentioned | | | | | | |
|---|---|---|---|---|---|---|
| Residence Address  WY Highway Patrol, Powell, WY 82435 | | Residence Phone | DOB ▮▮▮▮ | Age 33 | Sex M | Race W |
| Business Name and Address  Wyo Hwy Patrol., Powell, WY 82435 | | Business Phone | Height 6˚5" | Wt 220 | Hair BLN | Eyes BLU |

| Mentioned | | | | | | |
|---|---|---|---|---|---|---|
| Residence Address ▮▮▮▮▮▮ | | Residence Phone ▮▮▮ | DOB ▮▮▮ | Age 34 | Sex M | Race W |
| Business Name and Address ▮▮▮▮▮▮ | | Business Phone | Height 6˚3" | Wt 200 | Hair BRO | Eyes HAZ |

LGLP-Wachsmuth 2033


## SOURCE:

On 5/20/07 at approximately 1612 hours Officer Blackmore and I were dispatched to Queens Blvd. #31 for a report of a suicidal subject that was barricaded in his house with his wife and he had weapons. Dispatch said that they were on the phone with the wife and she was extremely hysterical.

## INVESTIGATION: Officer K. L. Schmidt

As I was traveling to Queens Blvd. I was informed by dispatch that the barricaded subject had shot one round off inside the trailer house at this time. Dispatch told me the subject was armed with a 9mm handgun and shotgun. I asked Dispatcher Colvin to tell the wife who had reported the incident to leave the house. As I was pulling up to Jones and Jefferson Street to meet with Officer Blackmore, I was advised by dispatch that the subject in #31 was for sure armed with a shotgun and said, "Bring it on." Park County Deputy Walton, Park County Deputy Magill, and State Trooper Walker had also arrived on scene.

At this time, I heard a female crying and talking in a manner that was hard to understand what she was saying. Next, I saw this female walking west on Queens Blvd. She was on her cell phone, walking kind of hunched over and crying uncontrollably. I hollered at her to come over to my location at Jones and Jefferson Street.

I asked the woman to calm down and tell me what was going on. She said her name was ██████ ██████. She said she lived in ██████ with her husband, ██████████. She continued to cry very uncontrollably. I kept reassuring her it was going to be okay and I needed her to tell me what happened. ██████ said that she was gone over the weekend and had just recently returned home to find ██████, drunk at the house. She said that she got into an argument with ██████ and he became suicidal. ██████ said that ██████ had just pointed a gun at his head and threatened to take his life and join his relatives that had died. ██████ said that ██████ went into the master bedroom at ██████████ and shut the door. She said after he shut the door she heard a gun shot inside the trailer and believed he had shot the shotgun inside the house. She said at first she thought he had shot himself, but later heard him in the bedroom and knew he had not shot himself. She said that ██████ was armed with a 9mm handgun and a shotgun. ██████ said that ██████ knew that she had called the police and he was going to be extremely angry.

A male and female friend of ██████ arrived at our location and they began to help settle her emotions. ██████ kept saying please do not hurt ██████.

██████ later gave me a description of the trailer she lived in. She said the trailer was marked with a ██ on it in a visible area from the front, and the trailer was white and pink in color. She further stated that her maroon Chevy car was parked out front. I am familiar with ██████ and ██████ and know what the car they drive looks like. ██████ also said that ██████ was wearing a gray t-shirt and blue jeans. ██████ said that ██████ hair was about shoulder length. I asked her if Justin had a phone inside the house to try and make contact with him and she said no. She said he had a cell phone, but had recently broke the phone so it did not work. ██████ said she had the only working cell phone and there was no other way to contact him at the trailer.

I was familiar with some history on ██████████ and had been on a couple of other calls where he was suicidal and weapons had been involved. These previous occasions ██████ had never shot any rounds off in reference to his suicidal condition. This time ██████ had taken an overt act by shooting one round inside the trailer, and making comments about "Bringing it on."

Officer Blackmore and State Trooper Walker took up a perimeter position on the south side of ██████, Deputy Magill and Walton took up observation positions to the north of ██████. When Walton got into position he mentioned that he had seen someone look out the curtains on the north side

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P11 | SCHMIDT, KEVIN | 5/21/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGI P-Wachsmuth 2034

Case 1:10-cv-00041-ABJ   Document 65-2   Filed 01/10/11   Page 36 of 76



# POWELL POLICE DEPARTMENT

250 N. CLARK ST   POWELL, WY 82435   307-754-2212

**NARRATIVE**

Page 4

07-606

of the trailer and then closed them again. Walton said he was sure the subject was currently inside the trailer.

I had asked dispatch to contact a Supervisor and I was later told that Chief Feathers, and Sgt. Kent were on their way. I also asked dispatch to contact Officer McCaslin, in case we needed a negotiator. A short time later McCaslin, Chief Feathers and Sgt. Kent arrived on scene. I briefed Chief Feathers and Sgt. Kent on what had taken place at this time. Feathers took over the command post operations. He asked me to draw out a map of the area and where officers were currently at. I drew a brief map of the area and where officers were at on my patrol car trunk. I also had ▅▅▅ show us the layout of the trailer and this was also drawn on the trunk. Feathers later took a digital image of the trunk so he had the map for future reference. Feathers asked me to take up a point of observation and security on the east end of Queens Blvd. in the area where the east and west half of the trailer courts are split by a street. I let Deputy Walton and Officer Blackmore know that Feathers was taking over command post operations and they would need to communicate with him.

I drove my patrol car through Scott's Granite Park, a trailer court to the north of Queens Blvd., in order to get to my position. Sgt. Kent later sent Officer Bradley to the area where I was at to take up an observation/security position on Buckingham place. Both Buckingham Place and Queens Blvd are east and west streets that go through Royal Village Trailer Court. At trailer #36 on Queens and trailer #12 on Buckingham Place on a north/south street separating the east and west sides of the court is the area Officer Bradley and I were stationed at.

During the time at this location I met with ▅▅▅▅▅▅who tried to come down Queens Blvd. to her trailer #33. I advised her she could not enter the area. She said her husband and father in law were in trailer #33. I told her to call them and have them leave the trailer and walk east to my location and they could leave with her. She did call them and they left the area with ▅▅▅. I relayed this information to the command post. I noticed that a streets department worker had placed traffic barrels on Queens Blvd. and Road 8 to prevent traffic from coming west into the court. I walked over to the residence of trailer #36. I made contact with ▅▅▅▅▅ and asked her if anyone was in the trailer with her. She said she had two kids in the trailer. I asked her to get the kids and leave the trailer court traveling east to Road 8. ▅▅▅▅▅ left the trailer in her car.

I noticed a male subject in the area of trailer #34. I whistled at this subject to get his attention and motioned for him to come to my location. This subjects last name was ▅▅▅▅ He told me he was visiting the residents at trailer #34 by the name of ▅▅▅▅. I directed him back to the trailer and told him to get his family and the ▅▅▅ family in their car and leave east out the trailer court toward Road 8. A short time later they left the area.

I talked to Sgt. Kent by phone and let him know what residence I had evacuated out of the area. I also noticed that during this time the resident, ▅▅▅▅ at #60 got into her car and left east out of the trailer court area.

Kent asked me to try and make contact with the residents at space #10, 11, and 12 on Buckingham place and space #35 on Queens Blvd. I knew that #35 was a vacant spot and not occupied by anyone and let Kent know this.

I went to trailer #12 on Buckingham place and evacuated ▅▅▅▅ Space #11 was a vacant lot and no trailer there. I went to space #10 and contacted ▅▅▅▅ She was alone and I had her leave the area east to Road 8. Space #8 and #9 no one was home. I went back to my position on Queens Blvd. and called Sgt. Kent and let him know who we had evacuated.

Kent asked Officer Bradley and I to try and make our way to trailer space #32 on Queens Blvd.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| PJ1 | SCHMIDT, KEVIN | 5/21/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2035



because the residence there had not yet been evacuated or contacted. Officer Bradley and I were preparing to make our way to trailer #32 when I heard Officer Chapman, who had taken up an observation point to the north of ▇▇▇▇▇ in place of Deputy Walton who had been taken from this position to the tactical team. I heard Chapman say over the radio that the subject ▇▇▇▇▇ was outside the trailer moving toward his vehicle. I knew the vehicle was parked on Queens Blvd. in front of ▇▇▇▇▇. I started to move to a position on the northeast corner of trailer #36. Officer Bradley was near me by a vehicle parked on the street by trailer #36. I heard Deputy Magill over the radio say he saw that the subject had a handgun in his waistband. I had a visual on ▇▇▇▇▇ at this time. He was sitting in the driver seat of the maroon Chevy car. I brought my M-4 up to the cover position and had my sights on ▇▇▇▇ sitting in the driver seat. At this time I saw Sgt. Kent and another unidentified officer moving east on Queens Blvd. toward ▇▇▇▇▇ inside the vehicle. I brought my weapon down to the ready position and observed the situation. I heard Officers identifying themselves and giving ▇▇▇▇ commands to show them his hands. I saw ▇▇▇▇▇ place both hands outside the driver side window of the vehicle, and it appeared he was going to comply with the officers commands. Next, I saw ▇▇▇▇ bring his hands back inside the vehicle and accelerate in the car rapidly traveling east toward Officer Bradley and my area. I remember hearing Sgt. Kent say over the radio that the subject could not leave our cleared perimeter area. I knew from helping evacuate the area that the trailers to the north of Queens Blvd. in Scott's Granite Park area were still occupied by residence and that the trailers on Queens Blvd. and Buckingham Place to the east of trailer #36 where I was at had not been evacuated.

▇▇▇▇▇ was traveling east on Queens Blvd. in his vehicle at this time. I knew that he had fired one round inside his trailer he was suicidal, he had not complied with officers commands, he had previously made comments to "Bring it on", had knowledge that law enforcement were on scene, ▇▇▇▇ stating that he would be upset about law enforcement being notified, and he was armed with a handgun. At this time he posed an immediate threat of death or serious bodily harm to the officers involved and to the residence to the east of my location if he were to leave our perimeter area and not be apprehended immediately.

I shouldered my weapon in a cover position and ▇▇▇▇ began to pass by trailer #60 to my north. Just to the east of trailer #60 is an area where there are no trailers and there is a slight hill that would absorb bullet fragments. I identified the driver as ▇▇▇▇▇ who I know from previous contacts and he was wearing a gray t-shirt and had shoulder length hair. I could see ▇▇▇▇ head and right shoulder and right arm area as he began to pass by, he was moving his right arm inside the vehicle around the seat and his waist area, and I pulled the trigger on my M-4 and nothing happened because I still had my weapon on safety. I took my weapon off safety, and fired one round into the vehicle through the passenger side front window. When I fired the vehicle was still moving by the area where the hill was to the north of me. My sights were on ▇▇▇▇ head area. I was approximately 10 yards away from ▇▇▇▇ when I fired. I was standing by a lilac bush on the northeast corner of trailer #36 in a standing position. When the round struck the vehicle I saw the car shake and the passenger window break out. The vehicle slowed down and headed south to the area of the street separating Buckingham Place and Queens Blvd. At this time I gave radio communication that I had fired one round. I saw that the brakes lights were on the vehicle and it had stopped. I still knew that there were residents to ▇▇▇▇ east that were in their trailers. I knew particularly there was a mother and young daughter in the first trailer on Queens on the south side of the street that had not been evacuated out. This trailer was about 20 yards from ▇▇▇▇ vehicle and they were in immediate danger if he were to flee from the vehicle with his handgun. I

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P11 | SCHMIDT, KEVIN | 5/21/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2036

moved to the south side of the lilac bush in a kneeling position. I covered ███████ with my M-4. I could see him moving around in the vehicle. I could see his shoulders moving as if he was handling something in his hands. This movement reminded me of the movement I see our officers do when I am conducting firearms training with them on the range and they are manipulating their handguns. He posed an immediate threat still to the residents in the area and I fired two more rounds. ███████ vehicle was in a position just to the south of the first trailer on the east side of Buckingham place. Beyond ███████ vehicle was an open field and the bus barns. When I fired these last two rounds I brought my sights to the area of the vehicle where the passenger side rear window was and the driver side seat area. I directed these last two rounds to the area of the driver side seat where Justin was sitting and moving around, in an attempt to keep rounds going beyond the vehicle. At this time ███████ quit his movement and laid over toward the passenger side seat with his upper body. I advised by radio at this time I had fired a total of 3 rounds and the subject had quit moving and was laying toward the passenger side seat. I was approximately 25 yards away from the vehicle. I asked that the tactical team come up to trailer # 36 to move up on the vehicle and clear it and secure ███████. Deputy Walton and Hartman met me on the northeast corner of trailer #36. Walton took up a point position and Hartman and I moved with him around the south side of trailer #36, while Officer Bradley continued to cover the vehicle. As we got around to the south side of #36 Walton saw the subject moving inside the vehicle and we moved up on the vehicle. Walton went to the driver side and Hartman to the passenger side. I covered through the rear window. Walton gave ███████ commands not to move. Walton opened the driver side door and pulled ███████ out of the vehicle. Walton said that he had a visual on the handgun inside the vehicle. At this time ███████ did not have a weapon in his hands and was placed face down on the ground. Deputy Ivanhoff arrived at this time and began helping Hartman handcuff ███████. When ███████ was pulled from the vehicle the vehicle began to move and Walton had to stop the vehicle. It moved about 5 feet south of its original position. I saw that ███████ had blood coming from his neck area and that he had two injuries to his right forearm. Walton requested the ambulance to come on scene at this time. The Powell Ambulance arrived and took ███████ to the hospital and a couple of our officers rode along. I looked at my wrist watch and it said the time was 1814 hours.

Sgt. Kent was on scene at this time and I turned by M-4 over to him because it was the weapon used. The condition of the weapon at the time was one round in the chamber and the safety on. I took Sgt. Kent to the location I was at when I fired the three rounds. I walked him through the events. During this time Kent and I noticed one piece of 223 brass on the west side of the lilac bush.

Kent said that Chief Feathers wanted me to go to the command post and meet with him. Kent said that Feathers requested that I bring my M-4 with me to the command post. I placed the M-4 on the passenger side floor board and seat in my patrol car. I left the scene and headed to the command post.

At the command post I met with Chief Feathers and DCI Special Agent, Steve Herrmann. My M-4 was turned over to Herrmann at this time. He asked me if it was in the same condition as I left it after the incident, and I told him it was. I noticed when it was turned over to Herrmann at this time the safety was off and it was on fire. I told him that the safety had been on when I turned it over to Sgt. Kent and it must have went off safety when I place it in my patrol car for transport to the command post. Herrmann also took my handgun and magazines I had on my duty belt. Chief Feathers advised that he was putting me on administrative leave with pay pending DCI doing the investigation of this incident. Feathers had me go to the police department with Sgt. Kent.

I followed Kent to the police department in my patrol car 9-3. At the police department I met with Kent in his office. I gave a urine sample and was advised I could go home and return later to

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P11 | SCHMIDT, KEVIN | 5/21/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2037


complete my report. I was also advised that DCI would want to interview me in the next few days. DCI requested my uniform and I took it off and turned it over to Sgt. Kent. After this I left the police department.

On 5/21/07 at about 1215 hours I rode out to the DCI office with Special Agent Steward and Eggleston, and gave them a verbal statement. During this interview I drew a diagram of the scene and what took place, and I attached a copy of that diagram to this report.

## EVIDENCE:
Information gathered in the above report.

## UNDEVELOPED LEADS:
Investigation turned over to DCI for investigation.

## ATTACHMENTS:
None.

## STATUS:
Closed, turned over to DCI to complete the investigation.

## VICTIM/WITNESS FOLLOW UP:
I heard that Susan Vaught had been into the police department to give a statement and that ████████ ████████ had been flown to Billings Deaconess Hospital for treatment, but it sounded like he was doing okay.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P11 | SCHMIDT, KEVIN | 5/21/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2038



## SOURCE:

On 5-20-07, I was dispatched to Queens Blvd. #⬤ for the report of a male with a gun who was suicidal and who had already fired one round off inside the house.

## INVESTIGATION: CRO A.L. Blackmore

I responded lights and siren and met with Officer Schmidt, who arrived before I did, at Jefferson and Jones. Upon exiting my car and approaching Officer Schmidt, I could see a female standing in the middle of Queens Blvd and she appeared to be very upset and crying. Also arriving at about the same time as myself was Deputy Walton. Patrolman Walker had informed us that he was in route and only seconds away. An initial plan was to wait until we had 4 individuals and then we would split up and establish a perimeter around #⬤. While waiting for Patrolman Walker, Deputy McGill arrived and we were able to get the reporting party, the female I had seen in the street, to come to our location. After obtaining a description of the male suspect, long blond hair, grey t-shirt and blue jeans, Deputy Walton stated that he had seen the suspect in the street and had witnessed him walk into a trailer house. Deputy Hartman and McGill then advanced toward #⬤ on the north side of Queens Blvd and established a position to the north of ⬤ in which they could view the North and East sides of #⬤. Patrolman Walker and I advanced and established a position directly south of #⬤ in a position that we could view the south and west sides of ⬤.

While maintaining surveilance on ⬤, I also assisted in evacuating trailers #5, 8, and 9.

After some time, I then heard over the radio that the suspect was coming out of the trailer and heading for his car. Someone from the Command Post asked if the suspect had a weapon. I then heard someone, I believe it was Deputy McGill, indicate that a pistol was present in the suspect waistband. I then heard over the radio, an order not to allow the suspect to leave in his vehicle. During this time, I could hear officers giving verbal commands to the suspect to not move, to show his hands, and open the car door. I then heard over the radio that the suspect was driving away and again the command was given to not allow the suspect to leave in his vehicle. A short time later I heard the first gun shot.

I then moved from my position south of ⬤ on Buckingham, and traveled East in an attempt to establish a position that I could engage the suspect should he break containment and attempt to drive west on Buckingham. I saw officers advancing east between the trailer houses between Queens and Buckingham. I also followed these officers. During this time I heard two more gun shots and I heard Officer Schmidt announce that shots were fired and that the suspect was down inside the vehicle. I posted on the corner of a trailer house with Officer McCaslin and Patrolman Walker. At this time I could see the suspect leaning over to his right across the front seat. After a few seconds, the suspect started to move his left arm and it appeared that he was even trying to sit up.

Deputy's Walton and Hartman then advanced on the vehicle and were able to pull the suspect from inside the vehicle through the drivers side door. I observed the vehicle then start to roll forward and it appeared that the car's rear drivers side tire ran over at least one of the suspect legs around the ankle area.

I then advanced on the scene, as the suspect was being rolled onto his stomach and searched for weapon's, as well as secured with handcuffs. The suspect was rolled onto his back and I could see a large blood stain on the neck area of his shirt. I put on gloves and found that there were two wounds to his neck, one in the front and one on the right side. I believed these to be an entry and exit wound. At this time I applied pressure to the two injuries and waited for EMS. When EMS arrived, I was given some gauze, which I applied over the wounds.

During this time, Officer Danzer was completing the search of the individual and located a

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P08LB | BLACKMORE, LEE | 5/21/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2039

handgun magazine with bullets in it. Officer Danzer placed the magazine in the rear pocket of my pants. I continued to maintain pressure on the neck wounds as the suspect was placed on a back board and strapped down. I went along with the suspect while he was on the stretcher into the ambulance. Before leaving the scene, I turned over my MP5 to Officer Bradley.

While in route to the hospital, I continued to maintain pressure on the neck wounds. The suspect was alert and responsive to questions by EMS. When we arrived at the Hospital, I let go of pressure on the suspects neck and followed the suspect into the ER room, where I again took up holding pressure on the neck. While at the hospital, either Officer Danzer or myself was in the room with the suspect until he was loaded on the helicopter for transport to Billings.

While in the ER room, the suspects cloths were removed and I bagged them seperately in paperbags, along with the handgun magazine, and I turned all evidence over to Investigator Heydenberk at approximately 1845 hrs. Investigator Heydenberk and I counted and recorded the money that was in the suspects pants, before securing the evidence in Investigator Heydenberk's vehicle.

## EVIDENCE:
Officers Observations.

## UNDEVELOPED LEADS:
None.

## ATTACHMENTS:
None.

## STATUS:
Closed.

## VICTIM/WITNESS FOLLOWUP
None.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P08LB | BLACKMORE, LEE | 5/21/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2040



# POWELL POLICE DEPARTMENT

**250 N. CLARK ST   POWELL, WY 82435   307-754-2212**

**SUPPLEMENT 2**

Page 10

07-606

## INVESTIGATION CONT: Sgt. A Kent

On 5/20/07 at approximately 1630 hrs. I was notified by Dispatcher Colvin of a suicidal subject with a gun that had already fired one shot inside the trailer he was in. She told me that the subject had made the comment to "bring it on". Colvin told me the address of this incident was ▇▇▇▇▇, I asked if she had notified the Chief and she had not had the time, I told her I would call him and respond. I contacted Chief Feathers and gave him a quick synopsis of the situation, he said he would also be responding.

I arrived at the staging area of South Jones and East Jefferson at approximately 1636 hrs. where I made contact with Officer Schmidt. Chief Feathers had already arrived and had relieved Officer Schmidt at the command post. Officer Schmidt briefed us on the situation so far. During that briefing he told us that ▇▇▇▇▇ was in the ▇▇▇▇ and according to his wife was armed with a handgun and a shotgun. ▇▇▇▇ had threatened to take his life and had fired one round inside the trailer. ▇▇▇▇ had also held the gun to his head and at one point had made the statement to "bring it on". I asked Officer Schmidt if after a round was fired in the trailer if we knew that ▇▇▇▇ had not shot himself, I was told that ▇▇▇▇s wife said that he had not shot himself. ▇▇▇▇▇wife, ▇▇▇▇ who was nearby was upset and being assisted by a couple of friends. ▇▇▇▇was able to provide information as to the floor plan of the trailer. Eventually ▇▇▇▇and the friends were transported to the LEC by DCI Agent Steve Herrmann. At some point during this approximate time Dispatcher Colvin was asked to call all available off duty Powell officers to respond to the command post.

Officer Schmidt told Feathers and I that Trooper Walker and Officer Blackmore were at a position south of ▇▇▇▇▇and that Deputies Walton and Magill were in a position north of ▇▇▇▇▇. All were in a position of cover and had visual observation of ▇▇. I was tasked by Chief Feathers to set up the perimeter with officers as they arrive and to coordinate with the Powell Streets Department in setting up barrels to block the streets and restrict access. Officer Schmidt was asked to take a position on Queens Blvd to the east of ▇▇▇▇▇ to block access to Queens Blvd. He was later joined by Officer Bradley at that location.

When Officers McCaslin and Danzer arrived I assigned them the task of evacuating the trailers on Queens Blvd to the west of ▇▇▇▇▇. Officer Kelley was assigned to man the barricade on South Jones and Buckingham. Officer Chapman was sent to relieve Deputy Walton, so Walton could meet and prepare with his departments tactical team. Officer's Schmidt and Bradley were tasked with evacuating trailers in their area on both Queens and Buckingham. Officer Blackmore was working on evacuating people from several trailers on Buckingham. When Danzer and McCaslin had completed and believed they had all the trailers empty to the west of ▇▇, they came to my location at the command post and were given the task of joining Officer Wardell in clearing the trailers on the north side of Queens Blvd. A list was kept in the command post of the trailers evacuated, the people asked to leave and phone numbers where they could be reached at the conclusion of this incident.

I talked by phone to Officer Schmidt and asked him and Officer Bradley to clear trailer   #32, which had not been cleared yet, this trailer is to the east of ▇▇. At this time I could hear radio traffic over my portable transmissions that were hard to understand, I heard Deputy MaGill say that he was getting in his car or something to that effect. I asked MaGill if he had traffic for the command post, he said he was getting in his car, I asked if it was the subject that was getting in his car, MaGill replied that it was. I asked if he had anything with him, MaGill said that he had a handgun in his waistband. I yelled at some of the officers in the Command post that the subject was leaving. I yelled into my portable radio "Don't let him leave". Within a few seconds Chief Feathers also said over the radio that the subject is not allowed to leave the perimeter. I had made the decision earlier that we could not let

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P14 | KENT, ALAN | 5/23/2007 | P01 | FEATHERS, TIM | 5/30/2007 |

LGLP-Wachsmuth 2041



| POWELL POLICE DEPARTMENT | Page 11 |
|---|---|
| **250 N. CLARK ST    POWELL, WY 82435    307-754-2212** <br> **SUPPLEMENT 2** | 07-606 |

██████ leave our perimeter due his unstable state of mind, the statement of "bring it on", him already demonstrating that he was willing to use his handgun by firing a round while in his home, and if he was armed with a gun while he was trying to leave

I moved to the corner of trailer #49, looked around the trailer towards ██ which would have been east of my location. I could see a subject in a red car in front of ██ with his hands sticking out of the driver's window. I could also hear several officers yelling commands to the subject to get his hands out the window and to exit the car. Along with Officer Kelley, I started running to a position behind a parked car about halfway between South Jones Street and ██. As Officer Kelley and I approached the parked car, the red car from in front of ██ drove east on Queens Blvd. Knowing that there were no officers in a position to retrieve their vehicles and pursue the suspect in case the red car breached the perimeter, I started running back towards my car which was parked at the command post. At this point knowing that ██████ was carrying a handgun. it was unknown where he was going or if his plans were to confront another person. About this time I heard a gunshot. I heard Officer Schmidt say into his portable that he had fired one shot and he thought the subject was hit. After a short pause, I heard 2 more shots. I ran back to Officer Schmidt's location at the corner of trailer #36 and saw the red vehicle stopped in the road that connects Queens Blvd and Buckingham. I saw the brake lights were on, I could not see the driver as he was apparently laying down, I didn't know if he was hit or if he was still able to drive the vehicle. Again there were not police vehicles available if the car was to leave the area, I ran back to the command post and retrieved my patrol vehicle.

I got to my car and went to a location to the west of trailer #36 and joined Officer Schmidt again. As I looked around the trailer, I could see the brake lights were still on but still could not see the driver. Officers were starting to approach the vehicle, I got in my patrol car and drove behind trailer #36 to a position on Buckingham in case the vehicle attempted to leave the area, I could block it's exit with my patrol vehicle. I exited my car seeing that officers were approaching the red vehicle and were removing the driver. The vehicle rolled ahead and Deputy Walton reached in and stopped the car. I walked up to the driver's side of the car and saw a male subject on the ground bleeding from his neck and chest area. He was turned over and handcuffed by Officer Danzer. The subject was searched. I called and requested an ambulance, a few moments later, Deputy Walton also requested an ambulance. The male subject was placed in the ambulance and Officers Blackmore and Danzer accompanied the driver to the hospital.

I sent Officers Wardell, Kelley, Bradley and McCaslin to secure and clear trailer #██ to make sure the trailer was safe. It was found the trailer was locked, the keys appeared to be on the keyring in the ignition of the car. I told DCI Agent Washsmuth that this would be a DCI investigation.

Officer Schmidt approached me and told me he wanted to walk me through what had happened. I asked him for his weapon which he handed to me. He showed me that the weapon, a department issued M-4, was in the same condition since being fired, he had not removed the magazines, the only change he made to the weapon was he put the weapon on safe. Officer Schmidt showed me where he was standing next to trailer #36 when he fired the first time. He showed where he was standing as the vehicle passed, and fired his weapon knowing there was a backstop. Officer Schmidt showed me where he was standing as he fired the next 2 shots and explained what his backstop there was. I located on the ground a spent casing and placed a plastic handle that I found nearby near the casing to mark the spot. The casing was in tall grass under a bush near the northeast corner of #36. Officer Schmidt told me that he had heard me say on the radio that the subject could not leave, he also told me that he had identified ██████ as the driver of the vehicle he knew him from previous contacts.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P14 | KENT, ALAN | 5/23/2007 | P01 | FEATHERS, TIM | 5/30/2007 |

LGLP-Wachsmuth 2042



# POWELL POLICE DEPARTMENT

**250 N. CLARK ST    POWELL, WY 82435    307-754-2212**
**SUPPLEMENT 2**

Page 12

07-606

About this time Chief Feathers asked that Officer Schmidt bring the weapon and meet him at the command post, I handed the weapon back to Officer Schmidt.

I talked with Agent Wachsmuth about retrieving the keys so the trailer could be cleared, he told me that he was told to leave the keys in the ignition until they could be photographed. Officers stayed at the trailer until it could be cleared. I showed and told Agent Wachsmuth what Officer Schmidt had told me regarding the discharge of his weapon. I started putting up crime scene tape accompanied by Deputy MaGill and Officer Chapman. I also told Officer Chapman to start a log of persons who entered the scene inside of the tape. The scene was protected for the collection of evidence.

Chief Feathers asked me to meet him at the command post. When I arrived he told me that he wanted me to accompany Officer Schmidt to the LEC, Officer Schmidt wanted to write down some details as they were fresh in his mind. Schmidt followed me to the office in his patrol vehicle. At the LEC I asked Schmidt for a urine sample and told him that DCI had requested that I collect his uniform. His wife brought him a change of clothes. I collected his uniform, placed it in a bag and sealed it with evidence tape. The uniform was placed in a locker of which I had the only key to be turned over to DCI when they requested it. I went downstairs and got one of our spare handguns and gave that to Officer Schmidt. Earlier at the command post, Officer Schmidt turned his handgun over to Agent Herrmann. I told Schmidt that DCI would be interviewing him in the next few days, they would contact him to set up an appointment. I told him he could go home and be with his family.

While Officer Schmidt was writing his notes about the incident, I realized that ████ wife was in the office and didn't know that her husband had been hurt. I contacted the Chief and he advised I could tell her that her husband was at the hospital. At 1900 hrs myself and Deputy MaGill told ████ that ████ was hurt and at the hospital, she was very upset and was accompanied to the hospital by Sherri Garlish of Crisis Intervention, who agreed to stay with her.

On 5/25/07 I spoke with DCI Special Agent Joan Pennell, she told me that I could return Officer Schmidt's uniform to him. On the same date I gave Schmidt back his uniform.

## EVIDENCE:
   Statements from officers and witnesses
   My observations

## STATUS:
   Closed, referred to DCI

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| P14    KENT, ALAN | 5/23/2007 | P01    FEATHERS, TIM | 5/30/2007 |

### SOURCE:
Dispatched

### INVESTIGATION CONTINUED: Officer K.B. Chapman

On May 20, 2007 at approximately 1725 hrs I was at home at 681 Rd 7 when I received a call from the Powell Police dispatcher saying that there was a barricaded suspect, who was armed at ████. I arrived on scene at 1740 hrs and was assigned to relieve Deputy Walton on the interior perimeter by Sgt Kent. I arrived in position with Deputy Magill. I had a clear view of trailer ██ from my position, which was directly north approximately 75 yards from the subject's home. I asked Deputy Magill what the subject's activities were, he told me that the subject had a shotgun and a 9mm handgun with him, and that he had fired at least once earlier. Deputy Magill told me that the subject told dispatch that the police could come and get some if they want.

Approximately 15 to 20 minutes later, while on perimeter I saw the subject exit the trailer and stand on the porch and light a cigarette. I called the command post and told them that the subject was outside the trailer. Command did not respond so Deputy Magill called in to tell them that the subject was outside. The subject then started walking toward his maroon vehicle, as he turned to get into the vehicle, I could see a pistol in the waistband in the small of the subjects back. Deputy Magill radioed out to tell the other officers that the subject has a gun inside his waistband.

The subject got inside the vehicle. I stood up from my position and began yelling commands at the subject. I told the subject to put his hands outside the vehicle; the subject complied. I then told him to open the door and get out of the vehicle. The subject made a movement, as if he was putting the vehicle back into park, but instead put it in drive and began to drive off. I radioed command that the subject is in a vehicle and driving off. I turned and ran out to Scott's Granite trailer park, around the front of trailer # 25, and ran East for approximately 150 yards. I heard a single shot followed by two more shots closer together. I turned between trailers #29 and #30 and crossed the fence. I heard officers call out that the vehicle was stopped in the junction point between Buckingham road and Queens Blvd. I heard the officers say that the subject was down inside the vehicle and that they would be approaching tactically. I took up a position on a small hill over looking the junction. I could see the vehicle's break lights were engaged and I saw the head of the subject slumped over on the passenger side of the seat. There was some movement from the subject inside. I advised the other officers on scene of my observations. As the officers approached from the West I lowered my rifle so they weren't in my line of fire.

After the officers removed the subject from the vehicle I left my position and went to assist. I went into the vehicle from the passenger side and turned the vehicle off. I then went around to the driver side; I saw a 9mm pistol on the floor between the driver's side seat and the door. I removed the handgun and went around to the front of the subject's vehicle where I removed the magazine and cleared the weapon; I then placed the pistol on top of the subject's vehicle. After the ambulance arrived on scene I assisted Officer Danzer and Officer Blackmore with their weapons so they could ride up to the hospital with the subject. After the ambulance left I then began putting up tape around the perimeter and securing the scene. I later stayed on perimeter security and logged in officers working on the investigation.

### EVIDENCE:
Officer's observation

### UNDEVELOPED LEADS:

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P18 | CHAPMAN, KIRK | 5/23/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2044

| POWELL POLICE DEPARTMENT | Page 14 |
|---|---|
| 250 N. CLARK ST    POWELL, WY 82435    307-754-2212<br>SUPPLEMENT 3 | 07-606 |

None

## ATTACHMENTS:
None

## STATUS:
Closed

## VICTIM/WITNESS FOLLOW UP:
None

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P18 | CHAPMAN, KIRK | 5/23/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2045

## SOURCE:
Dispatched.

## INVESTIGATION: Officer J.C.Kelley

On 05/20/07 I was called by dispatch at approximately 5:30 p.m. on my personal cell phone and asked to respond to the intersection of Jefferson St. and S. Jones St. to Incident Command to receive information about an armed, barricaded subject. I dressed in my uniform and responded in my personal vehicle to the established Incident Command Center. I then spoke to Sgt. Kent who put me at the intersection of S. Jones and Buckingham Place as a perimeter Officer. Approximately 20 minutes later I heard an Officer state that the suspect was out of his residence at ███████████, and was getting into his vehicle. The Officer then stated that the suspect had a handgun in the small of his back. I then followed Sgt. Kent east down Queens Blvd. towards███████. I heard Sgt. Kent say over the radio that we could not allow the suspect to leave the area. I took cover two trailers west of the suspect in his car, behind a parked vehicle. I could see that the suspect had a hand out the window and several Officers were ordering the suspect to keep his hands where they could see them and to exit the car. At this point the suspect accelerated away in his maroon sedan to the east and around the corner towards Buckingham Place, out of my sight. I then heard three rifle shots with approximately one second between each shot. I then heard an Officer, over the radio, state that the suspects vehicle was stopped and the suspect had been hit. I then ran with several other Officers to a point of cover just west of the suspects parked car behind some trailers. At this point the suspect began to move in the vehicle and he was ordered not to move. Deputy's Walton, Hartman, and Officer Schmidt then approached the vehicle and Deputy Walton pulled the suspect out onto the ground and the suspect was handcuffed and EMS was immediately summoned for the suspect. The handgun was found by Officers on the driver's side floor board of the suspects vehicle.

At this point Officer Wardell, Officer McCaslin and I were sent to clear█████. We waited for a DCI agent to bring us the keys for the locked trailer and cleared it. I noticed that there was an open box of 9 mm bullets on the coffee table and several opened Budweiser cans. Also in the master bedroom I observed a 12 gauge shotgun on the floor next to the bed and an open box of shotgun shells. I then stood as security outside the trailer until relieved by Deputy Walton.

## EVIDENCE:
See reports.

## UNDEVELOPED LEADS:
None.

## ATTACHMENTS:
None.

## STATUS:
Closed.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| P12JK    KELLEY, JAME | 5/24/2007 | P14    KENT, ALAN | 5/12/2007 |

### INVESTIGATION CONTINUED: Officer C.J. Bradley

At approximately 1634 hours I was called by Dispatcher Colvin and told there was a barricaded gunman on Queens Blvd. and I was supposed to report to the command post at South Jones and East Jefferson Street. I picked up a patrol car, went to my residence, and put on my uniform on the advice of Sgt. Kent. I then reported to the command post were I met with Sgt. Kent and he asked me to go to Buckingham Place for observation/security. I arrived in the middle of the trailer park were Buckingham Place and Queens Blvd. intersect and positioned my patrol car in the middle of Buckingham Place. I saw Officer Schmidt on Queens Blvd. and he had done the same prior to my arrival. I also observed Trooper Walker West of my position covering the suspect residence.

I directed traffic out of the area while officers evacuated the residence west of my position. I then met with Officer Schmidt and he stated that Sgt. Kent wanted us to try and make contact with the residence of #10, 11, and 12. I stayed behind and covered both streets for observation/security while Officer Schmidt attempted to evacuate the residence. Officer Schmidt evacuated the residences and then returned to his post. I then met Officer Schmidt in the middle of the intersection and he told me that Sgt. Kent would like for us to try and reach #32 for evacuation.

Officer Schmidt and I made a plan to move up tactically to #32 and were starting our approach when I heard radio traffic that stated the subject was out on the porch and moving toward a vehicle. I then heard radio traffic saying the subject had a nine millimeter in his waist band. I heard Sgt. Kent say over the radio that the subject could not be allowed to leave.

Officer Schmidt and I moved toward Queens Blvd. taking cover behind #36. I could see the subject in a maroon passenger car so I moved behind a pickup parked on the south side of Queens Blvd. and took a cover position. I then heard officers giving the subject commands to put his hands out the window. The subject put his hands out the driver side window and I saw Sgt. Kent and Officer Kelley move across the street and behind the vehicle. Realizing the two officers were now in a cross fire I moved to the north side of Queens Blvd. and took up a position behind a passenger car. The subject then put his hands back into the vehicle and the vehicle accelerated toward my position. As the vehicle accelerated toward me I saw the driver of the vehicle, ████████, who I knew from prior contacts. I was unable to take a shot because of officers and residences behind the vehicle. I let the vehicle go by my position and when it cleared me I heard a shot from Officer Schimdts position. The vehicle continued to move and I moved up to Officer Schmidt's position on the south side of Queens Blvd. Officer Schmidt fired again and the vehicle kept moving. I tried to get a clear shot but could not see through the rear passenger side window because of a glare. Officer Schmidt fired again shattering the rear passenger side window and I saw the subject lay down in the front seat. Officer Schmidt then used the radio to communicate to the command post that three shots had been fired and the subject was thought to be hit. Officer Schmidt then stated we need to move up on the vehicle tactically. I covered the vehicle from the corner of #36 while Officer Schmidt and Deputy Walton moved south of #36 to move in on the vehicle. Deputy Walton, Officer Schmidt, Officer Danzer, and an unknown deputy moved in on the vehicle and took the subject out. Officer Danzer handcuffed the subject and EMS was called for assistance.

### EVIDENCE:
Officer Observations

### UNDEVELOPED LEADS:
None

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P03 | BRADLEY, CODY | 5/25/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2047



**POWELL POLICE DEPARTMENT**

Page 17

250 N. CLARK ST    POWELL, WY 82435    307-754-2212
**SUPPLEMENT 5**

07-606

**ATTACHMENTS:**
None

**STATUS:**
Closed

**VICTIM/WITNESS FOLLOW UP:**

N/A

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P03 | BRADLEY, CODY | 5/25/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2048

| POWELL POLICE DEPARTMENT | Page 18 |
|---|---|
| 250 N. CLARK ST   POWELL, WY 82435   307-754-2212<br>**SUPPLEMENT 6** | 07-606 |

**INVESTIGATION CONT:** Officer Wardell

At approximately 1720 hrs on 05/20/2007, Dispatcher Colvin contacted me on my cell phone and advised me that they had a suicidal man that has barricaded himself inside of his ████████ Queens Blvd. Colvin also told me that he has weapons. I then responded from Lovell to my home in Powell and then to the command post at Jefferson and Jones. I put my ballistic tactical vest and armed myself with an MP5 rifle.

At the command post, I met with Sgt. Kent and he briefed me on what was going on to this point. Sgt. Kent asked me to go to a yellow truck that was parked down the road in Scotts Granite tailer court which was just to the north west of #31 Queens Blvd. Sgt. Kent advised me that Officers McCaslin and Danzer would be evacuating people to my location and that I was to send the people from my location to the command post.

I went to the location that Sgt. Kent asked me to and was shortly met there by Officer Danzer and McCaslin. While speaking with McCaslin and Danzer, I heard radio traffic that advised incident command that the suspect was leaving ███ Queens and getting into his car. I then ran east along th back of the trailers in Scotts Granite trailer court to a position where I could see #██ Queens. I took position behind a tree directly to the north of #██ Queens. At that time I observed a male subject who I identified from prior contacts as ██████ sitting in a maroon 4 door car. Officers were giving ██████ commands put his hands outside of the window and telling him to open the door. ██████ put both hands outside of the window and then pulled them back inside the car. I heard ██████ say words to the effect of "shoot me". ██████ then put his car in gear and drove east on Queens Blvd.

I then started to run back towards my patrol car which was parked at the command post. I then heard one gun shot. I then heard radio traffic that said "shots fired". I then heard Officer Schmidt say something to the effect of "Powell 11, I shot, I think I got him." I then changed direction and ran east to the area north of the road that connects Queens Blvd and Buckingham place.

I observed the red car had come to a stop and that the brake lights were on. There were officers giving ██████ commands to stay down and not to move. I then heard someone over the radio say that we needed a perimeter person to the east of the car. I then moved to the east of the car on Queens blvd and took a position to provide cover for the officers that approached the car.

Officers then approached the car, removed ██████ and then EMS was brought in and took ██████ to the hospital. Sgt. Kent then asked that Officers Bradley, McCaslin, Kelley and I all go to ██ Queens Blvd and clear the trailer. The trailer was locked, so we waited at the trailer until I received the keys from DCI agent Steve Hermann. We then cleared the trailer and I gave the keys back to Hermann.

Sgt. Kent then asked me to go to Scotts Granite Trailer park in the area of the shooting and make sure that everyone was ok in that area. After I completed that detail, Chief Feathers asked me to identify which trailers that had been evacuated could be reoccupied. I completed that task, put up some police line tape and then cleared the scene.

**EVIDENCE:**
My Observations

**UNDEVELOPED LEADS:**
None

**ATTACHMENTS:**
None

| Prepared By:<br>P06JW   WARDELL, JASON | Date:<br>5/26/2007 | Approved By:<br>P14   KENT, ALAN | Date:<br>6/12/2007 |
|---|---|---|---|



| POWELL POLICE DEPARTMENT | Page 19 |
|---|---|
| 250 N. CLARK ST POWELL, WY 82435 307-754-2212<br>SUPPLEMENT 6 | 07-606 |

**STATUS:**

Closed, referred to DCI.

**VICTIM/WITNESS FOLLOWUP:**

N/A

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P06JW | WARDELL, JASON | 5/26/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2050

## POWELL POLICE DEPARTMENT

Page 20

250 N. CLARK ST    POWELL, WY 82435    307-754-2212

**SUPPLEMENT 7**

07-606

**INVESTIGATION:** Officer M.A. Danzer

On 05/20/07, I was called out to for an individual armed with a firearm that was held up in a trailer. I was advised that I was to report to the command post which was at Jones St and Jefferson St, and that I was to approach from the west.

I responded to the LEC. I loaded ballistic vests and the breaching tools into vehicle 9-7, and responded to Jones and Jefferson. I arrived at approximately 1653 hours.

Officer Bradley and I were informed of the situation by Sgt Kent. Kent advised that a male was in trailer ⬤ on Queens Blvd. The male was possibly suicidal and was armed with a 9mm handgun. The male had already fired off a round in the trailer. The other occupants of the trailer had since left the trailer. Kent told me to move my patrol car onto Jones St between Queens Blvd and Buckingham Pl. Kent instructed me to keep vehicles from driving down Queens Blvd and Buckingham Pl. I unloaded the ballistic vests and breaching tools at the command post, and then put the ballistic vest from 9-7 on. I then positioned my patrol car on Jones St. I armed myself with the M-4 from 9-7 and took up position on Jones St. I was approached by an occupant of #2 Buckingham, and he asked if he could go get the dogs out of his trailer. I told him that was fine, and went with him to his trailer. After he got his dogs, he left the area. Kent then asked me if I could make contact with individuals on Queens Blvd who were standing on their porch. I went up to #26 Queens, informed the occupants of the situation, and asked them to leave the trailer. They agreed to do so, and left the area in their car. The occupants of #49 Queens were outside their trailer, and I motioned for them to leave as well. They got in a car, and also left the area.

Kent then requested that I try to evacuate trailers numbers 1 through 5 on Buckingham. I knocked on the door to #1, but no one came to the door. A neighbor later told me that no one lived at the trailer. The occupants of #2 had already left. I knocked on the door to #3 and advised the occupants of the situation, and they agreed to leave. One of the males at the trailer lived nearby on Madison St, and they left on bicycles to go to his residence. I then went to #4, but no one came to the door when I knocked. I went to #5 next, but no one came to the door. I went back to Jones St, and saw someone looking out the door on #25 Queens. I went and talked to ⬛⬛ and advised him of the situation. ⬛⬛ told the other occupants what was going on, and they all got into their car and left the area.

I went back to Jones St, where Officer McCaslin met me. McCaslin told me that Kent was having us go and evacuate trailer numbers 27 through 30 on Queens. I posted at the corners of the trailers in a cover position while McCaslin tried to make contact with the occupants. While I was posted at the corner of #30, I observed CRO Blackmore near trailer #6 on Buckingham. Blackmore advised me that #6 had already been evacuated. McCaslin and I then reported back to the command post.

Kent requested for McCaslin and I to go evacuate trailer numbers 50, and 53 through 58. Kent told us that Officer Wardell was posted on the road that runs through Scott's Granite trailer park, just north of the trailers we would be evacuating. Kent told us to have the evacuated individuals go to Wardell's location and that Wardell would direct them out. McCaslin and I went over to #50, but it was an empty lot. We advised Kent of this. McCaslin and I then went to Wardell's location. McCaslin informed Wardell that the subject was held up in trailer #⬤ on Queens and then showed him the location of it on a map. At that time, we heard Deputy MaGill call out on the radio that the subject was leaving the trailer. McCaslin and I quickly moved toward Queens Blvd and took up a position on the corner of a trailer on the edge of Queens Blvd, across the street and west from #⬤. I saw the male subject, later identified as ⬛⬛⬛⬛, sitting in the maroon four door car that was parked on the south side of Queens Blvd in front of #⬤1, facing east. Over the radio, Kent asked MaGill if the individual was actually the suspect, and asked if he had anything with him. MaGill said that this was

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| P15MD  DANZER, MATTHEW | 5/26/2007 | P14  KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2051

indeed the suspect, and said that he had a handgun in his back waistband. I began to give ▇
commands to exit the car, but stopped after hearing several other officers also giving ▇ verbal
commands. ▇ put both of his hands out of the open driver's side window, as if he was going to
comply with the commands to give up. ▇ hands were empty. MaGill then said, over the radio,
that ▇ was in his car. ▇ then put his hands back inside the car, and quickly began to drive
away going east on Queens Blvd. Over the radio, MaGill called out that ▇ was driving away.
Kent responded by saying to not let ▇ leave the area.

About the time that ▇'s car reached the roadway that connects Queens Blvd and
Buckingham Pl in the middle of the trailer park, I heard a shot fired. I looked down towards ▇
car, and saw Officer Bradley on the north side of Queens Blvd near ▇ car. ▇ car then
turned right on the connecting roadway, and disappeared out of sight. I heard another shot fired.
McCaslin and I ran across Queens Blvd, and to the area between the trailers on Queens and
Buckingham. I heard Officer Schmidt say on the radio that he had shot three times and that he thought
that he had hit ▇. Schmidt then said that the car was stopped between Queens and Buckingham.
McCaslin and I then moved east between the trailers. McCaslin took position at the corner of trailer #12
on Buckingham and I took position on the corner of #36 on Queens. I could see ▇ car stopped on
the roadway between Queens Blvd and Buckingham Pl, but could not see anyone in the car. Officer
Kelley moved into position behind me, and Blackmore and Trooper Walker moved into position behind
McCaslin. McCaslin advised over the radio he could see the top of ▇ shoulder, and possibly
breathing movements. Deputy Walton and Deputy Hartman came up to our location. Walton said that it
was imperative to go clear the car. ▇ then began to pull himself up into a seated position in the
driver's seat. Walton and Hartman started to approach the car, and Schmidt moved in with them. I
followed Schmidt, and then moved out to his left, as we went around behind the car. Walton also
circled around behind the car, and approached from the driver's side. Walton went up to the driver's
door, and opened it. Walton looked inside of the car, and then pulled ▇ from the car and onto the
ground. I did not see the handgun on ▇ person. I approached ▇ rolled him on his stomach,
and put handcuffs on him. We then rolled ▇ onto his right side. I frisked ▇ and found a
handgun magazine full of 9mm ammunition in his back right pants pocket. I placed the magazine on the
ground a little ways from ▇. I could see a small hole in the front of ▇ neck, and his shirt
was soaked in blood. Blackmore applied pressure to ▇ wounds, in order to slow the bleeding.
The ambulance arrived at that time. The EMTs requested that the handcuffs be moved to the front of
▇ in order to put him on the stretcher. I removed one of the cuffs and re cuffed ▇ with his
hands in front of him. I then checked the cuffs for tightness and double-locked them. We assisted the
EMTs in strapping ▇ onto a backboard, and then placed him on the stretcher. We helped load
▇ into the ambulance. I said that I would go to the hospital, and gave the handgun magazine to
Blackmore. I got on the ambulance then, and Blackmore got on as well. Officer Chapman came up to
the ambulance, and I turned my M-4 rifle over to him. Blackmore also gave his rifle to Chapman.
Blackmore and I then rode in the ambulance up to the hospital, and then went into the emergency room
with ▇. Blackmore and I stood by in the room where ▇ was being cared for, and assisted the
emergency room personnel. During this time, ▇ was conscious and was talking with the doctors.
Later, ER personnel gave ▇ medication to render him unconscious, in order to further operate on
him. Once ER personnel had ▇ stabilized, they called for a flight to take ▇ up to St Vincent
hospital up in Billings. I talked to Chief Feathers, who advised that we would not need to accompany
▇ up to Billings, because ▇ was not under arrest. When the helicopter arrived, ▇ was

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| P15MD  DANZER, MATTHEW | 5/26/2007 | P14  KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2052

| POWELL POLICE DEPARTMENT | Page 22 |
|---|---|
| 250 N. CLARK ST    POWELL, WY 82435    307-754-2212<br>SUPPLEMENT 7 | 07-606 |

loaded up into the helicopter.  The helicopter then left with ▮▮▮▮ to take him to Billings.

**EVIDENCE:**
Officer's observations.

**STATUS:**
Closed.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| P15MD   DANZER, MATTHEW | 5/26/2007 | P14   KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2053

| POWELL POLICE DEPARTMENT | Page 23 |
|---|---|
| 250 N. CLARK ST    POWELL, WY 82435    307-754-2212 **SUPPLEMENT 8** | 07-606 |

## SOURCE:

On Sunday May 20, 2007, I was contacted at my home by Dispatcher Colvin and requested to respond to the intersection of S. Jones and Jefferson St. to meet with Incident Command. Dispatcher Colvin informed me that ████████ was barricaded in his trailer house with firearms, suicidal and had already fired off at least one shot.

## INVESTIGATION: Officer M J. McCaslin

Upon arrival at S. Jones and Jefferson Streets, Sgt. Kent and Chief Feathers advised me that ████████ was in trailer #██ on Queens Blvd., was suicidal and had already fired off at least one round. I overheard either Feathers or Kent say that ████████ had said, "Bring it on" when Susan had told him that she was going to contact the police. I was informed that apparently all of the other occupants were out of the trailer.

I spoke briefly with ████████████████ wife, and she substantially stated the following: ████████ had been in Casper for the weekend and when she came back today, ████ was down at the K Bar drinking. ████████ said that ████ was very depressed and had recently lost his job, and that ████ father had committed suicide several years ago and that anniversary was coming up.

████ got ████ back home where he got a beer out of the refrigerator and then proceeded to the master bedroom. ████ said she heard a gun shot and when she went to the bedroom, ████ was sitting on the edge of the bed with the 9mm pistol in his hands pointing at the floor. ████ then pointed the pistol at his head and said that he was going to kill himself. ████████ told ████ to leave and she did.

████ told me that ████ had a 9mm pistol with two extra magazines and about 100 rounds of ammunition for it. ████ said that ████ also had a 12 gauge shotgun with some "regular" shells and some "bear rounds". I asked if the "bear rounds" were slugs and she said that she thought they were. I passed this information on to Chief Feathers and Sgt. Kent.

While waiting for more officers to arrive on scene, I assisted in traffic control on S. Jones St. and Jefferson St. until a city worker was able to set up some barrels. Sgt. Kent gave me the tactical vest and the MP-5 rifle out of his patrol vehicle.

As more officers arrived on scene, Danzer and I were requested to evacuate any residents to the west of trailer #██, ████████ Trailer. Danzer and I cleared trailers 27-30 and advised Command Post of who we evacuated and from which trailer. Danzer and I were then requested back at the command post.

Sgt. Kent told Danzer and I to evacuate trailers 50, and 53-58 on Queens Blvd. which were located to the north across the street for #██. We were advised to meet up with Officer Wardell who was positioned near trailer #47 on Scott's Granite. Danzer and I were direct the evacuee's to Wardell's position and he would direct them further. Danzer and I proceeded to Wardell's position and while speaking to him I heard over my portable radio that the subject had exited the trailer. Over the radio Sgt. Kent asked if this was the suspect and if he had anything with him. Deputy MaGill replied that it was the suspect and he had a handgun in his waistband.

During this radio traffic, Danzer and I quickly moved to the southwest corner of trailer #54 where I could see Justin, whom I know from previous contacts, sitting in the driver's seat of the maroon four door car parked in front of trailer #██ facing east. The vehicle was across the street and one house to the east of my position.

████████ window was down, I covered him with my MP-5 and started to give him commands to keep his hands in sight and then to put his hands outside the window. I stopped giving commands after I heard several other officers also giving verbal commands. At that point I only heard Deputy MaGill and Officer Chapman giving commands. At first, ████ complied and put both hands out the window and

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P16 | MCCASLIN, MATT | 5/29/2007 | P14 | KENT, ALAN | 6/12/2007 |



tried to open the door from the outside when told to do so. ████ appeared to get agitated then and reached for the gear selector. It appeared that ████ was going to put the vehicle into "park" as his right hand made an upward movement, but then he pulled the lever down into gear and drove away. As ████ was pulling away, I heard him yell, "shoot me," but I wasn't able to hear what he said before or after that. Over the radio, I told command that he was moving and I heard a reply saying not to let ████ leave the area.

████ proceeded eastbound on Queens toward Officer Bradley and Officer Schmidt's position. I moved out to the street behind a parked vehicle and saw ████ approaching Bradley who was near the mailboxes on Queens Blvd. ████ then turned to the right and went out of my sight. I then heard one gunshot, a pause and then one or two more shot fired closer together.

I proceeded across the street and went to the rear of the trailers on the south side of Queens. When I got to the back of the trailers, I could see ████ vehicle directly east of me in the roadway that connects Queens Blvd. With Buckingham St. The vehicle was stopped and the driver was not visible. I approached the vehicle and took up a position on the northwest corner of trailer #12. Officers Kelley and Danzer had taken up positions on the corner of trailer #36 just to the north of me and Trooper Walker and Officer Blackmore were behind me. I covered ████ vehicle with my MP-5 and I could see what appeared to be ████ shoulder while he was laying down in the front seat apparently on his right side. There was no movement at that time and I passed this information on to Command and told them who was with me. I was informed that the Tactical Team was en route to our position. As I was waiting for the team to arrive, I observed movement in ████ vehicle. I radioed this information to Command. I gave verbal commands for ████ to lie still and not to move but he continued to try and sit up by raising his left arm and lifting his head. I could see that ████ left hand was empty.

About this time, Deputies Walton and Hartman arrived at our position and approached the vehicle and secured ████ in handcuffs. I held my position to provide security for the tactical team on their approach and also saw Officers Schmidt, Danzer and Chapman approach the vehicle. When ████ was pulled from the vehicle and his foot came off of the brake, the car rolled forward a couple of feet and appeared to roll over the top of ████ foot. Deputy Walton quickly moved the car forward. Once ████ was handcuffed, the ambulance arrived and ████ was taken to the hospital.

Sgt. Kent requested that Officers Bradley, Wardell, Kelley and I clear the trailer at ████ Queens. The door was locked when we first approached and we waited until DCI agent Steve Hermann brought the keys to us and gave them to me. I unlocked the door and we cleared the trailer. Officer Wardell later returned the keys to Hermann.

**EVIDENCE:**
    Verbal statements by ████.
    Officers own observations.

**STATUS:**
    Closed.

**VICTIM/WITNESS FOLLOWUP:**
    None.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P16 | MCCASLIN, MATT | 5/29/2007 | P14 | KENT, ALAN | 6/12/2007 |

LGLP-Wachsmuth 2055



POWELL POLICE

Case 1:10-cv-00041-ABJ   Document 85-2   Filed 01/18/11   Page 57 of 76

# CAD INCIDENT REPORT
## 070126117

| Location ████████ | | | Cross Streets<br>E 6TH ST/E 8TH ST | | City<br>POWELL | |
|---|---|---|---|---|---|---|

| Incident Type<br>DOMESTIC - DOMESTIC | Call Taker | Dispatcher<br>FLOREZ, BRIAN |
|---|---|---|

| Date<br>01/26/2007 | Priority<br>1 | Primary Unit<br>P09 | Beat<br>P | Fire Zone | Area<br>77 | Map | Source<br>TELEPHONE CALL |
|---|---|---|---|---|---|---|---|

| Caller Name | Caller Address | Caller Phone |
|---|---|---|

| Dispositions<br>See Report, See Case, See Case | | Weapon | Alm Level | Case Number<br>07-98 |
|---|---|---|---|---|

| Vehicles | Associated Incidents |
|---|---|

**Incident Times**

| Received | 19:55:31 |
|---|---|
| Created | 19:55:39 |
| Dispatched | 19:56:03 |
| En Route | 19:56:03 |
| On Scene | 19:57:39 |
| Closed | 23:09:00 |
| Rcvd-Closed | 3:13:29 |

Special Circumstances

Persons

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| P09 | Miner, Chad | 19:56:02 | 19:56:02 | 19:57:39 | 22:05:43 | 01:37 | 2:08:04 | 2:09:41 |
| P14 | Kent, Alan | 19:56:05 | 19:56:05 | 19:57:50 | 23:09:00 | 01:45 | 3:11:10 | 3:12:55 |
| P16 | McCaslin, Matt | 20:32:20 | 20:32:20 | | 20:34:06 | N/A | N/A | 01:46 |
| P16 | McCaslin, Matt | 21:40:51 | 21:40:51 | 22:08:34 | 22:42:18 | 27.43 | 33:44 | 1:01:27 |
| P09 | Miner, Chad | 14:53:52 | 14:53:52 | 14:53:52 | 15:08:22 | | 14:30 | 14:30 |
| P09 | Miner, Chad | 15:08:45 | 15:08:45 | 15:08:45 | 15:18:44 | | 09:59 | 09:59 |
| P09 | Miner, Chad | 16:33:59 | 16:33:59 | 16:33:59 | 18:23:50 | | 1:49:51 | 1:49:51 |
| P09 | Miner, Chad | 21:30:12 | 21:30:12 | 21:30:13 | 21:46:31 | 00:01 | 16:18 | 16:19 |

**Incident Comments**

Anonymous male advised that the neighbor above him was having argument with someone. He heard crying and screaming. Stated that "she" had a warrant and that the cops were looking for her.████████ arrested.

| TIME | EVENT |
|---|---|
| 19:55:39 | Incident initiated at ████████ Powell |
| 19:56:02 | P09 ENRT. ████████ Powell |
| 19:56:05 | P14 ENRT. ████████ Powell |
| 19:56:38 | Incident comments changed |
| 19:56:54 | Incident comments changed |
| 19:57:39 | P09 ARRIV. |
| 19:57:50 | P14 ARRIV. |
| 20:03:30 | Lic.████████-Exp:200709--Tab:821617---RED 1998 CHEVR |
| 20:03:30 | 4DSDN--████████ ████████--POWELL WY |
| 20:03:30 | 82435---Vin████████ |
| 20:03:52 | Incident comments changed |
| 20:10:49 | P09 Lic████████-Exp:200701--Tab:408759---PLE 1998 PLYMO |
| 20:10:50 | P09 4DSDN--████████-325 N HAMILTON---POWELL WY |
| 20:10:50 | P09 82435---Vin████████ |
| 20:32:20 | P16 ENRT.████████ |
| 20:32:52 | P14 10-95 |
| 20:34:06 | P16 CLR. Freed |
| 20:44:05 | P14 Case number PPD 07-98 assigned to 070126117 |
| 20:46:46 | P14 ENRT PD |
| 20:58:03 | P09 ENRT. FEMALE 10-95 |

LGLP-Wachsmuth 2056

| TIME | EVENT |
|------|-------|
| 20:58:06 | P14 ARRIV. |
| 20:59:49 | P09 ENRT. MILES, 1217○5 |
| 21:01:27 | P09 ARRIV. PD MILES 121796 |
| 21:25:04 | Incident comments changed |
| 21:40:51 | P16 ENRT. █████████████ |
| 21:41:07 | P16 ENRT. JAIL, MILES 37215 |
| 22:05:43 | P09 CLR. Freed |
| 22:08:34 | P16 ARRIV. LEC |
| 22:08:42 | P16 ARRIV. 37246 END MIELS |
| 22:08:46 | P16 ARRIV. JAIL |
| 22:19:34 | P16 ENRT. POWELL |
| 22:42.18 | P16 CLR. |
| 23:09:00 | P14 CLR. |
| 23:09:00 | P14 Closed - Disposition SC |
| [ 01/27/2007 ] | |
| 14:53:48 | Reopened |
| 14.53:52 | P09 ENRT. █████████████ |
| 14:53:52 | P09 ARRIV. |
| 14.53:58 | P09 ARRIV. LEC ON CASE |
| 15:08:22 | P09 CLR. Freed |
| 15:08:23 | P09 Incident returned to pending status |
| 15·08:45 | P09 ENRT. ██████████ |
| 15 08:45 | P09 ARRIV. |
| 15:14:12 | P09 ARRIV. LEC ON CASE |
| 15.18:44 | P09 CLR. |
| 15:18:44 | P09 Closed - Disposition SC |
| 16:33:53 | Reopened |
| 16:33:59 | P09 ENRT. █████████████ |
| 16:33:59 | P09 ARRIV. |
| 16 34:04 | P09 ARRIV. LEC ON CASE |
| 18.23:50 | P09 CLR. |
| 18.23·51 | P09 Closed - Disposition SC |
| 21:30:09 | Reopened |
| 21:30:12 | P09 ENRT. ███████████ |
| 21:30:13 | P09 ARRIV. |
| 21:30:16 | P09 ARRIV. LEC ON CASE |
| 21:46:31 | P09 CLR. Freed |
| 21:46:32 | P09 Incident returned to pending status |
| 21:47:28 | Closed - Disposition SC |

LGLP-Wachsmuth 2057

# POWELL POLICE DEPARTMENT

## 250 N. CLARK ST   POWELL, WY 82435   307-754-2212

### CRIME REPORT

| Offenses | Description | Fel/Misd | Date Occurred | | Time Occurred | Date Printed |
|---|---|---|---|---|---|---|
| 6-5-204 DOMESTIC WARRANT | INTERFERENCE WITH A PEACE OFFICE DOMESTIC INCIDENT WARRANT SERVICE | Misd | Date Occurred 01/26/2007 | | Time Occurred | Date Printed 09/18/2010 |
| | | | Date Reported 01/26/2007 | | Time Reported 1955 | Time Printed 09:02:17 |
| | | | Related Cases 06-1256 | | | Incident # 070126117 |

| Location | | | | Beat P | Area 77 | Disposition Clred By Adult Arrest | Dispo Date 01/26/2007 |
|---|---|---|---|---|---|---|---|

| Location Type House | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|

| Reporting Party / Victim | Means of Attack (Assaults) | | | | |
|---|---|---|---|---|---|
| **Residence Address** | Residence Phone | DOB | Age | Sex | Race |
| **Business Name and Address** | Business Phone | Height | Wt | Hair | Eyes |
| **Assistance Rendered/Victim Disposition** | Transporting Agency | | | | |
| **Description of Injuries** | Other Information | | | | |

| Contacted | | | | | |
|---|---|---|---|---|---|
| **Residence Address** | Residence Phone | DOB | Age 52 | Sex F | Race W |
| **Business Name and Address** | Business Phone | Height 5`4" | Wt 210 | Hair BLN | Eyes BLU |

| Suspect Arrested | Action Taken CITATION ISSUED | Charges 6-5-204 | | | |
|---|---|---|---|---|---|
| **Residence Address** | Residence Phone | DOB | Age 21 | Sex M | Race W |
| **Business Name and Address** | Business Phone | Height 5`10" | Wt 175 | Hair BRO | Eyes HAZ |

| Identifying Features Scars: BIRTHMARK- R FOREARM Tattoos: UPPER BACK Speech: Clear Build: Slender Complexion: Light Facial Hair: None | Arrest Number 360 | Drivers License |
|---|---|---|

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|

| No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|

| Solvability Factors |
|---|
| 070 Case Solved Suspects Suspect Confession Victims/Witnesses |

| Prepared By P09 - Miner, Chad | Date 01/26/2007 | Assisted By P14 - Kent, Alan | Approved By P01 - Feathers, Tim | Date 02/01/2007 |
|---|---|---|---|---|

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|

LGLP-Wachsmuth 2058

**POWELL POLICE DEPARTMENT**

250 N. CLARK ST   POWELL, WY 82435   307-754-2212

**CRIME REPORT**

| Suspect Arrested | Action Taken BOOKING | Charges WARRANT | | | |
|---|---|---|---|---|---|
| ██████████ | | | | | |
| **Residence Address** ██████████ | **Residence Phone** ████ | **DOB** 08/01/1986 | **Age** 20 | **Sex** F | **Race** W |
| **Business Name and Address** Powell, WY 82435 | **Business Phone** ████ | **Height** 5'11" | **Wt** 120 | **Hair** BRO | **Eyes** HAZ |
| **Identifying Features** Scars: RKNEE, RIGHT KNEE Tattoos: RIGHT WRIST-CLOVER, LEFT EAR ROSE Speech: Clear Build: Average Complexion: Light Facial Hair: None Glasses: | **Arrest Number** 664 | **Drivers License** ████ | | | |

| Contacted | | | | | |
|---|---|---|---|---|---|
| ██████████ | | | | | |
| **Residence Address** ██████████ | **Residence Phone** ████ | **DOB** ████ | **Age** 46 | **Sex** F | **Race** W |
| **Business Name and Address** | **Business Phone** | **Height** 5'7" | **Wt** 125 | **Hair** BLN | **Eyes** BRO |

## SOURCE:

Sgt. Kent and I were dispatched to ████████ for a reported argument where a women could be heard screaming.

## INVESTIGATION: Officer Miner

Sgt. Kent and I arrived at ████████ which I know to be the home of ████████. I had knowledge of an active felony warrant for ████████ I observed that ████████ vehicle was parked on the street in front of ████████ I later confirmed this through a registration check. I knocked on the door and received no response. I could hear movement inside and what sounded like a baby. I was able to see through the blinds of the front door. I observed a male sitting in a chair close to the front door whom was later identified as ████████ I knocked on the door several more times and announced that I was a police officer. ██ ignored my knocking. I also observed a baby in the front room of the house.

I was then contacted by neighbors and informed that they'd called but wished to remain anonymous. The neighbors stated that they'd heard loud screaming from a woman and heard what sounded like someone falling to the ground and a woman screaming. I asked them if they had heard a baby or a grown woman's voice and they all said it was the grown woman that they'd heard. They further stated that they'd been able to hear a man and woman arguing. The neighbors also stated that they thought that the female that lived upstairs had a warrant. The Sheriffs Office had been over severa times but they wouldn't answer the door for law enforcement.

Deputy Dunn arrived to assist myself and Sgt. Kent. I had dispatch confirm the warrant for ████████ which they did. I again knocked on the door announcing myself as a police officer and advised ██ that we needed to make sure everybody was OK. ██ continued to ignore my requests to come to the door.

I contacted Deputy County Attorney Blatt and informed him of the situation. I advised Blatt tha we were going to enter the house if we couldn't gain the compliance of the occupants. Blatt agreed. Deputy Dunn was then knocking on the door requesting that ██ talk to him. ██ ignored Deputy Dunn request to come to the door. I advised ██ that if he wouldn't come to the door that we would have to break the door and come in. Deputy Dunn also advised ██ several more times that we were going to enter the house if he didn't comply and open the door. ██ then conversed with Deputy Dunn through the locked front door. Deputy Dunn advised ██ that we needed to talk to him and ████████ Deputy Dunn held a copy of the arrest warrant for ████████ up to the front door window when requested by ██ ██ still refused to open the door and quit speaking with Deputy Dunn. I met with Sgt. Kent at the back door of the residence. Through a window in the kitchen we observed a female that myself and Sgt Kent know to be ████████ in the north east bedroom. ████████ appeared to be packing clothes. I advised Deputy Dunn at the front door that I had been able to ID ████████ Deputy Dunn announced one more time that if ██ didn't open the door we would breach it. ██ disregarded Deputy Dunn. I announced myself one more time and breached the back door of the residence. I then breached an interior door that was also shut announcing myself as I went with Sgt. Kent. We found ██ in the kitchen area of the house. I observed ████████ in the same north east bedroom of the house where we' seen her before. I commanded ██ to raise his hands where I could see them several times. ██ failed comply with my commands. I took hold of ██ arm and placed handcuffs on him checking them for tightness and double locking them. I then contacted ████████ who had picked up their baby as soon a I entered the bedroom. I informed ████████ of the warrant and advised her that she was under arrest. ████████ called her mother ████████ and asked her to come take care of their baby. I asked

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P09 | MINER, CHAD | 01/27/2007 | P01 | FEATHERS, TIM | 02/01/2007 |


████ why she wouldn't open the door and she stated that she knew she had a warrant and her attorney ████ had told them that if law enforcement came to the door not to answer it. I then asked ████ why he hadn't opened the door and he said because ████ had advised them not to open the door for law enforcement.

I informed both ████ and ████ that we had originally been dispatched for a reported domestic. ████ and ████ both stated that ████ had been wrestling with the dog and the dog had ended up landing on the floor. The dog had been hurt somewhat. ████ and ████ stated that they had not been fighting with each other. I didn't observe any obvious signs of injury on either of them.

The decision was made to cite and release ████ for interference with a peace officer so he would be able to take care of the baby. Sgt. Kent issued ████ a citation and released him on his written promise to appear. ████, ████ mother, arrived at this time and was advised of the situation. ████ also stated that ████ had told them not to open the door for law enforcement because he was going to take care of it. ████ said that she understood after we explained the situation to her and even thanked us.

I gathered ████ prescribed medications. I placed handcuffs on ████ checking them for tightness and double locking them. I transported ████ to the PD where I served her with a copy of the warrant. ████ was transported to the Park county Jail by Officer McCasslin.

**EVIDENCE:**
Statements from ████ ████ ████ and witnesses. Officers observations, warrant.

**UNDEVELOPED LEADS:**
None.

**ATTACHMENTS:**
Copy of warrant.

**STATUS:**
Closed, cleared by arrest of ████ and ████

**VICTIM/WITNESS FOLLOWUP:**
None.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P09 | MINER, CHAD | 01/27/2007 | P01 | FEATHERS, TIM | 02/01/2007 |

LGLP-Wachsmuth 2061

## INVESTIGATION CONT: Sgt. A Kent

I responded with Officer Miner to ▮▮▮▮ for a report of a domestic. When we arrived, we tried to make contact with the residents of the house. One of the residents we knew to be ▮▮ ▮▮▮▮ who had a felony warrant for her arrest. We knocked and announced several times and Officer Miner told me that he could see ▮▮▮▮▮ in the living room, Officer Miner talked with the downstairs tenant who told him that the upstairs residents were in the house. I went around to the back of the house and could look through the kitchen window, I could see ▮▮ pacing from the living room towards the north side of the house into what appeared to be a bedroom. I could hear Officer Miner continuing to knock on the door asking to be let inside. Deputy Dunn arrived and told us that he could talk to ▮▮ and get him to open the door. Deputy Dunn knocked and tried to talk with ▮▮ for quite a few minutes. At one point Dunn was talking with Joy and showing him the warrant for ▮▮▮▮▮▮ arrest.

At my position by the kitchen window I could continue to see ▮▮ walk around talking on the phone inside the house. About this time ▮▮ turned off the lights in the living room and in the kitchen. When he did, both Officer Miner and I could see ▮▮▮▮▮ in the bedroom, the lights were on in that room. I told Officer Miner that we could make entry into the house as we had positively identified ▮▮▮▮ Officer Miner and I entered the back of the house, breaking open the back door and the door from the laundry room into the kitchen. ▮▮ met us in the kitchen and had to be told several times to raise his hands. ▮▮ was handcuffed for his safety and ours.

Officer Miner made contact with ▮▮▮▮ and placed her under arrest for the warrant. ▮▮▮▮▮▮ mom arrived about this time. It was decided that since there was a small child ▮▮ involved that ▮▮ would be cited for interference and left to stay home with the child. ▮▮ is the child of ▮▮▮▮ and ▮▮ I talked to ▮▮ and asked him about the report of domestic violence. He denied hitting ▮▮▮▮ and said he has had problems with the downstairs tenant. He said at times the downstairs residents have their music too loud and he bangs on the floor, that may be what they heard tonight.

Officer Miner transported ▮▮▮▮ to the LEC and she was later transported to the Park County Jail by Officer McCaslin.

At about 2215 hours ▮▮▮▮ came to the LEC. She is the owner of the residence of ▮▮ and ▮▮▮▮ I explained to her the reason the door was broke open, the report of domestic violence and the warrant for ▮▮▮▮ and she said she understood.

## EVIDENCE:
Officers observations
Statements from ▮▮

## STATUS:
Closed

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P14 | KENT, ALAN | 01/27/2007 | P01 | FEATHERS, TIM | 01/30/2007 |



POWELL
POLICE

**CAD INCIDENT REPORT**

**060407029**

Page 1

9/17/2010

| Location | | Cross Streets<br>CARY ST/BICENTENNIAL | City<br>POWELL |
|---|---|---|---|

| Incident Type<br>AOA - ASSIST OTHER AGENCY | Call Taker<br>COZZENS, TERI | Dispatcher<br>COZZENS, TERI |
|---|---|---|

| Date<br>4/7/2006 | Priority<br>3 | Primary Unit<br>P14 | Beat<br>P | Fire Zone | Area<br>78 | Map | Source<br>O |
|---|---|---|---|---|---|---|---|

| Caller Name | Caller Address | Caller Phone |
|---|---|---|

| Dispositions<br>See Case | Weapon | Alm Level | Case Number<br>06-388 |
|---|---|---|---|

| Vehicles | Associated Incidents |
|---|---|

| Incident Times | | Special Circumstances |
|---|---|---|
| Received | 10:09:54 | |
| Created | 10:11:53 | Persons |
| Dispatched | | |
| En Route | | |
| On Scene | 10:11:53 | |
| Closed | 14:22.07 | |
| Rcvd-Closed | 4:12:13 | |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| P14 | Kent, Alan | | | 10:11:53 | 12:25:26 | | 2:13:33 | 2:13:33 |
| P03 | Bradley, Cody | 10:12:21 | 10:12:21 | 10:12:21 | 11:31:31 | | 1:19:10 | 1:19:10 |
| P04 | Brown, Dave | 10:12:26 | 10:12:26 | 10:12:35 | 11:15:50 | 00:09 | 1:03:15 | 1:03:24 |
| P10 | Eckerdt, Roy | 10:12:42 | 10:12:42 | 10:12:43 | 11:44:46 | 00:01 | 1:32:03 | 1:32:04 |
| P15 | Danzer, Matthew | 10:12:48 | 10:12:48 | 10:12:48 | 11:31:28 | | 1:18:40 | 1:18:40 |
| P16 | McCaslin, Matt | 10:12:50 | 10:12:50 | 10:12:51 | 11:44:49 | 00:01 | 1:31:58 | 1:31:59 |
| P03 | Bradley, Cody | 12:13:13 | 12:13:13 | 13:25:41 | 13:36:32 | 1:12.28 | 10:51 | 1:23:19 |
| MS309 | MS309 Crew | 12:22:40 | 12:22:40 | | 12:22:43 | N/A | N/A | 00:03 |
| P14 | Kent, Alan | 12:29:14 | 12:29:14 | 12:29:14 | 14:22.07 | | 1:52:53 | 1:52:53 |

**Incident Comments**
assist DCI with search warrant

| TIME | EVENT |
|---|---|
| 10:11:53 | P14 Incident initiated at |
| 10:11:53 | P14 ARRIV. |
| 10:12.21 | P03 ENRT. |
| 10:12.21 | P03 ARRIV. |
| 10:12.26 | P04 ENRT |
| 10:12.35 | P04 ARRIV. IN 4 DOOR BLUE TRUCK |
| 10:12:42 | P10 ENRT. |
| 10:12:43 | P10 ARRIV. |
| 10:12:48 | P15 ENRT. |
| 10:12:48 | P15 ARRIV. |
| 10:12:50 | P16 ENRT. |
| 10:12:51 | P16 ARRIV. |
| 10:23:18 | Incident comments changed |
| 10:27:30 | P04 we are in the house securing it now, will call when done |
| 10:49:19 | P14 ENRT TO PD WITH ONE MALE 10-95 |
| 10:49:39 | P04 ENRT. FOLLOWING P14 |
| 10:51:14 | P14 ARRIV. LEC |
| 10:51:36 | P04 ARRIV. LEC |
| 11:02:12 | LIC: 9-9777 LIT: PC TAB: 0701014 |
| 11:02:12 | DATE REGISTERED. 200 5/10/25 |
| 11:02:12 | NAME: DU MONTHIER*BERNARD J |

| TIME | EVENT |
|------|-------|
| 11:02:12 | ADDR: ███████████████ |
| 11:02:12 | CITY/ST/ZIP: LOVELL, WY 82431 |
| 11:02:12 | VMA: TOYT VYR: 1990 VST: 4D VCO: GLD |
| 11:02:12 | TITLE: 09-0234053 VIN: █████████████ |
| 11:02:12 | REG END DATE: 2006/11/30 |
| 11:15:50 | P04 CLR. |
| 11:31:28 | P15 CLR. |
| 11:31:31 | P03 CLR. |
| 11:43:23 | 1118 and P05 are clear |
| 11:44:46 | P10 CLR. |
| 11:44:49 | P16 CLR. |
| 12:13:13 | P03 ENRT. ███████████████ |
| 12:14:45 | P03 PRISNR. ENROUTE JAIL WITH PRISONER |
| 12:22:40 | MS309 ENRT. ███████████ |
| 12:22:43 | MS309 CLR. Freed |
| 12:24:37 | P14 Case number PPD 06-788 assigned to 060407029 |
| 12:25:26 | P14 CLR. Freed |
| 12:29:14 | P14 ENRT. ███████████ |
| 12:29:14 | P14 ARRIV. |
| 12:29:20 | P14 ARRIV. DCI OFFICES |
| 12:39:56 | P03 JAIL. |
| 12:48:33 | P03 ENRT. BACK TO POWELL |
| 13:25:41 | P03 ARRIV. LEC |
| 13:36:32 | P03 CLR. Freed |
| 13:44:59 | P14 ENRT. LEC |
| 13:48:37 | P14 ARRIV. LEC |
| 14:22:07 | P14 CLR. |
| 14:22:07 | P14 Closed - Disposition SC |

LGLP-Wachsmuth 2064

PGWELL
POLICE

250 N. CLARK ST    POWELL, WY 82435、307-754-2212

**CRIME REPORT**

| Offenses | Description | | | Fel/Misd | Date Occurred | | Time Occurred | | Date Printed |
|---|---|---|---|---|---|---|---|---|---|
| AOA | ASSIST OTHER AGENCY | | | | 4/7/2006 | | | | 9/17/2010 |
| | | | | | Date Reported 4/7/2006 | | Time Reported 1011 | | Time Printed 09:35:33 |
| | | | | | Related Cases | | | | Incident # 060407029 |

| Location | | | | Beat P | Area 78 | Disposition Clred By Other Means | | | Dispo Date 4/7/2006 |
|---|---|---|---|---|---|---|---|---|---|

| Location Type House | Location of Entry | Method of Entry | Point of Entry | | Alarm System | | Means of Attack (Robbery) | | |
|---|---|---|---|---|---|---|---|---|---|

| Reporting Party / Victim | | | Means of Attack (Assaults) | | | | |
|---|---|---|---|---|---|---|---|

| Residence Address | | | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|---|

| Business Name and Address | | | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|---|---|

| Assistance Rendered/Victim Disposition | | Transporting Agency |
|---|---|---|

| Description of Injuries | | Other Information |
|---|---|---|

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Residence Address | | | Residence Phone | DOB | Age | Sex | Race |
| Business Name and Address | | | Business Phone | Height | Wt | Hair | Eyes |

| Suspect | | | Action Taken | Charges | | | |
|---|---|---|---|---|---|---|---|
| Residence Address | | | Residence Phone | DOB | Age 32 | Sex M | Race W |
| Business Name and Address | | | Business Phone | Height 5'9" | Wt 210 | Hair BLK | Eyes BRO |

Identifying Features Scars: LEFT CHEST - INSIDE RIGHT KNEETattoos:
LEFT EYE TEAR DROP - SEE PHOTOS Speech: Accented Build: Stocky Complexion: Dark Facial Hair: Beard & Most

| | Arrest Number | Drivers License |
|---|---|---|

| Status | | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|---|

| No. | Status/Disposition | Property Description | | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|---|

**Solvability Factors**
050  Case Solved Suspects

| Prepared By P14 - Kent, Alan | Date 4/7/2006 | Assisted By | | Approved By P01 - Feathers, Tim | | Date 4/14/2006 |
|---|---|---|---|---|---|---|

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|

LGLP-Wachsmuth 2065

**SOURCE:**
DCI requested help with a search warrant at ████████

**INVESTIGATION:** Sgt. A Kent
DCI Task Force Officer Lara requested help with a search warrant that was to be served at ████ ████ The warrant would be served at approximately 1000 hrs. DCI had information that ████ ████ would be receiving marijuana in the mail at this address.

Officers met at the LEC a few minutes before 1000 hrs and briefed on officers locations and duties during the search warrant.

When the warrant was served, Sgt. Eckerdt, Officer McCaslin, along with Deputy Walton and TFO Lara entered the front of the house. Myself along with Investigator Brown, Officers Bradley and Danzer covered the rear of the house. As entry was made Danzer and Bradley moved to cover the front of the house.

The house was searched, several items were taken by Agent Lara as evidence and ████████ was arrested by Agent Lara for felony possession of marijuana. ████████ was transported to the LEC where I assisted DCI Agent Pennell with the interview of ████████ He was later transported to the Park County Jail by Officer Bradley to be held for arraignment.

**EVIDENCE:**
Officers observations

**UNDEVELOPED LEADS:**
None

**ATTACHMENTS:**
None

**STATUS:**
Closed

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| P14    KENT, ALAN | 4/7/2006 | P01    FEATHERS, TIM | 4/14/2006 |

| Location | Cross Streets<br>W 2ND ST/W 3RD ST | City<br>POWELL |
|---|---|---|

| Incident Type<br>WARATMPT - WARRANT SERVICE ATTEMPT | Call Taker<br>WALTON, VALERIE | Dispatcher<br>BAKER, LISA |
|---|---|---|

| Date<br>08/19/2005 | Priority<br>2 | Primary Unit<br>P14 | Beat<br>P | Fire Zone | Area<br>78 | Map | Source<br>O |
|---|---|---|---|---|---|---|---|

| Caller Name | Caller Address | Caller Phone |
|---|---|---|

| Dispositions<br>See Report | | Weapon | Alm Level | Case Number<br>05-908 |
|---|---|---|---|---|

| Vehicles | Associated Incidents |
|---|---|

**Incident Times**

| | | Special Circumstances | | | | |
|---|---|---|---|---|---|---|
| Received | 14:58:38 | | | | | |
| Created | 14:58:55 | Persons | Sex DOB | Race | DL | SSN |
| Dispatched | | | | | | |
| En Route | | | | | | |
| On Scene | 14:58:55 | | | | | |
| Closed | 19:19:46 | | | | | |
| Recvd-Closed | 4:21:08 | | | | | |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| P09 | Miner, Chad | | | 14:58:55 | 17:01:07 | | 2:02:12 | 2:02:12 |
| P14 | Kent, Alan | 15:01:08 | 15:01:08 | 15:01:08 | 16:54:59 | | 1:53:51 | 1:53:51 |
| P03 | Bradley, Cody | 15:02:21 | 15:02:21 | 15:02:21 | 16:58:00 | | 1:55:39 | 1:55:39 |
| P01 | Feathers, Tim | 15:02:26 | 15:02:26 | 15:02:37 | 16:37:53 | 00 11 | 1:35:16 | 1:35:27 |
| P08 | Blackmore, Lee | 15:04:55 | 15:04:55 | 15:08:29 | 16:58:04 | 03:34 | 1:49:35 | 1:53:09 |
| P06 | Wardell, Jason | 15:30:04 | 15:30:04 | 15:30:04 | 16:55:07 | | 1:25:03 | 1:25:03 |
| P13 | Paris, Anna | 15:32:06 | 15:32:06 | 15:34:56 | 16:15:39 | 02:50 | 40:43 | 43:33 |
| P11 | Schmidt, Kevin | 15:56:17 | 15:56:17 | 15:56:17 | 17:05:25 | | 1:09:08 | 1:09:08 |
| P06 | Wardell, Jason | 17:10:43 | 17:10:43 | 17:10:43 | 17:26:40 | | 15:57 | 15:57 |
| P14 | Kent, Alan | 17:10:53 | 17:10:53 | 17:10:53 | 17:17:02 | | 06:09 | 06:09 |
| P14 | Kent, Alan | 17:21:10 | 17:21:10 | 17:21:10 | 17:30.33 | | 09:23 | 09:23 |
| P06 | Wardell, Jason | 17:29:07 | 17:29:07 | 18:50:19 | 19:19:42 | 1:21:12 | 29:23 | 1:50:35 |
| P14 | Kent, Alan | 17:30:48 | 17:30:48 | 17:30:48 | 18:14:57 | | 44:09 | 44:09 |
| P14 | Kent, Alan | 18:38.30 | 18:38.30 | 18:38:30 | 19:19:46 | | 41:16 | 41:16 |

**Incident Comments**

Hugh Ferguson  Consent search performed on the house

| TIME | EVENT |
|---|---|
| 14:58:55 | P09 Incident initiated at |
| 14:58:55 | P09 ARRIV. |
| 15:00:41 | could you get P14 over here |
| 15:01:08 | P14 ENRT. |
| 15:01:08 | P14 ARRIV. |
| 15:02:05 | P14 ENRT. |
| 15:02:21 | P03 ENRT. |
| 15:02:21 | P03 ARRIV |
| 15:02:26 | P01 ENRT |
| 15:02:37 | P01 ARRIV. |
| 15:03:17 | P14 ARRIV. |
| 15:03:27 | see what other help you can get over here |
| 15:04:19 | / |
| 15:04:19 | / |
| 15:04:19 | (I got ahold of P5 and the rest of the team is enroute as well) |
| 15:04:55 | P08 ENRT. |

LGLP-Wachsmuth 2067



| TIME | EVENT |
|---|---|
| 15:08:29 | P08  ARRIV. |
| 15:08:45 | / |
| 15:08:45 | / |
| 15:08:45 | confirm warrant please(it is right in front of me) |
| 15:08:53 | / |
| 15:08:53 | / |
| 15:18:40 | P09  we need to clear the radio traffic (copy..all radio traffic for 10-33 |
| 15:18:40 | P09  emergency traffic only) |
| 15:22:29 | Lic:███████--Exp:200603--Tab:3 ™3853---WHI 1997 MERCU 4DSDN--████████ |
| 15:22:29 | ████████████████████---POWELL WY |
| 15:22:29 | 82435---Vin:██████████ |
| 15:25:35 | / |
| 15:25:35 | / |
| 15:25:35 | P6 called out and advised to stage at 2nd by Methodist Church |
| 15:30:04 | P06  ENRT.████████████ |
| 15:30:04 | P06  ARRIV. |
| 15:32:06 | P13  ENRT.██████████ |
| 15:34:56 | P13  ARRIV |
| 15:56:17 | P11  ENRT. ██████████████ |
| 15:56:17 | P11  ARRIV. |
| 16:01:33 | / |
| 16:01:33 | / |
| 16:01:33 | SUSPECT IS UP |
| 16:14:59 | P08  PRISNR. WITH MALE 10-95 ENROUTE TO OFFICE |
| 16:15:03 | P03  ENRT. TO OFFICE |
| 16:15:28 | P09  ENRT. TO PF |
| 16:15:35 | P09  ENRT. TO PD |
| 16:15:39 | P13  CLR. |
| 16:16:19 | P09  ARRIV. EXPRESS LANE |
| 16:17:19 | P08  ARRIV. LEC |
| 16:18:11 | P03  ARRIV. LEC |
| 16:18:58 | P09  ENRT. TO PD |
| 16:20:10 | P09  Case number PPD 05-908 assigned to 050819099 |
| 16:30:30 | P09  ARRIV.████████████ |
| 16:37:53 | P01  CLR. |
| 16:51:10 | P09  / |
| 16:51:10 | P09  consent search being done on the house |
| 16:54:59 | P14  CLR. |
| 16:55:07 | P06  CLR |
| 16:55:29 | P09  ENRT. PD |
| 16:58:00 | P03  CLR. |
| 16:58:04 | P08  CLR. Freed |
| 17:01:07 | P09  CLR. Freed |
| 17:05:25 | P11  CLR. Freed |
| 17:05:25 | P11  Incident returned to pending status |
| 17:10:43 | P06  ENRT.████████████ |
| 17:10:43 | P06  ARRIV. |
| 17:10:48 | P06  ARRIV. LEC |
| 17:10:53 | P14  ENRT.███████████ |
| 17:10:53 | P14  ARRIV. |
| 17:10:56 | P14  ARRIV. LEC |
| 17:17:02 | P14  CLR. Freed |
| 17:21:10 | P14  ENRT.████████████ |
| 17:21:10 | P14  ARRIV. |
| 17:21:13 | P14  ARRIV. LEC |
| 17:26:40 | P06  CLR. Freed |
| 17:29:07 | P06  ENRT.████████████ |

| TIME | EVENT |
|---|---|
| 17:29:14 | P06 PRISNR. ENROUTE TO CODY |
| 17:30:33 | P14 CLR. Freed |
| 17:30:48 | P14 ENRT. ███████████ |
| 17:30:48 | P14 ARRIV. |
| 17:35:15 | P14 ARRIV. DCI |
| 17:46:35 | P14 ARRIV. LEC |
| 17:56:43 | P06 JAIL. |
| 18:05:50 | P06 ENRT. POWELL |
| 18:14:57 | P14 CLR. Freed |
| 18:38:30 | P14 ENRT. ███████████ |
| 18:38:30 | P14 ARRIV. |
| 18:38:35 | P14 ARRIV. LEC ON REPORT |
| 18:50:19 | P06 ARRIV. LEC ENDING MILES 9-7 48170 |
| 18:50:23 | P06 ARRIV. LEC |
| 19:19:42 | P06 CLR. Freed        : |
| 19:19:46 | P14 CLR. |
| 19:19:47 | P14 Closed - Disposition SR |
| [ 03/23/2006 ] | |
| 15:00:53 | Incident comments changed |

# POWELL POLICE DEPARTMENT

**250 N. CLARK ST**    **POWELL, WY 82435**    **307-754-2212**

**CRIME REPORT**

| Offenses WARRANT | Description WARRANT SERVICE | | | | Fel/Misd | Date Occurred 08/19/2005 | | Time Occurred 1458 | | Date Printed 09/13/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date Reported 08/19/2005 | | Time Reported 1458 | | Time Printed 15:33:39 |
| | | | | | | Related Cases | | | | Incident # 050819099 |

| Location | | | | Beat P | Area 78 | Disposition Clred By Adult Arrest | | | Dispo Date 08/19/2005 |
|---|---|---|---|---|---|---|---|---|---|
| Location Type House | Location of Entry | Method of Entry | Point of Entry | | | Alarm System | | Means of Attack (Robbery) | |

| Reporting Party / Victim | | Means of Attack (Assaults) | | | | |
|---|---|---|---|---|---|---|
| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes |
| Assistance Rendered/Victim Disposition | | Transporting Agency | | | | |
| Description of Injuries | | Other Information | | | | |

| Contacted | | | | | | |
|---|---|---|---|---|---|---|
| Residence Address | | Residence Phone | DOB | Age 40 | Sex M | Race W |
| Business Name and Address | | Business Phone | Height 6'2" | Wt 200 | Hair BRO | Eyes BRO |

| Suspect Arrested | | Action Taken BOOKING | Charges WARRANT | | | |
|---|---|---|---|---|---|---|
| Residence Address | | Residence Phone | DOB | Age 31 | Sex M | Race W |
| Business Name and Address | | Business Phone | Height 5'11" | Wt 180 | Hair BRO | Eyes BLU |
| Identifying Features Tattoos: UR ARM,UL ARM,L THGH,R THGH,R CALF Speech: Clear Build: Slender Complexion: Light Facial Hair: Gotee | | Arrest Number 833 | Drivers License | | | |

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| | | | |

| No. | Status/Disposition | Property Description | | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|---|
| | | | | | | |

| Solvability Factors |
|---|
| 050   Case Solved Suspects |

| Prepared By P14 - Kent, Alan | Date 08/19/2005 | Assisted By P09 - Miner, Chad | Approved By | Date |
|---|---|---|---|---|
| Routed To | Date | Routed To | Date | Notes |

LGLP-Wachsmuth 2070


Contacted ▬▬▬▬

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| ▬▬▬▬ | ▬▬▬▬ | ▬▬▬▬ | 45 | M | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| Powell, WY 82435 | ▬▬▬▬ | 5'10" | 190 | BRO | HAZ |



## SOURCE:

Officer's Miner and Bradley went to ███████ to serve an arrest warrant on ███ ███ They asked for assistance.

## INVESTIGATION: Sgt. A Kent

I arrived and learned from Officer Miner that he had talked with the renter of ███████ ████ told Miner that ████ had arrived at ███████ this morning and he had with him a rifle and a handgun. ████ told Miner that also in the house was ████ Officer Miner took cover south of the house, I took cover behind the church across the street. Officer Bradley covered the rear of the house. We asked for assistance.

Chief Feathers arrived, I called out Officer's Schmidt and Wardell. Also called was CRO Blackmore. DCI Agents Hermann, Lara, Wachsmuth arrived. Deputy Hartman also arrived to help. Each took up positions around the house.

Miner and Blackmore held positions near an open window on the south side of the house. Through the window they could see ████ laying on the couch. After several minutes, the front door opened and ████ came outside. Officer Miner pointed his handgun at ████ and ordered him to the ground. CRO Blackmore covered ████ with a long gun. ████ came to the door and started to exit. He was ordered to come out of the house and ████ backed back into the house. I moved to handcuff ████ while he was covered by Blackmore. Officer Miner and Wardell entered the house and had ████ prone out on the floor. ████ was handcuffed and taken outside.

████ was transported to the LEC by Officer Bradley and CRO Blackmore where he was served with a warrant for delivery of methamphetamine. ████ was questioned and released at the scene.

████ signed a DCI consent to search form for his house. Officers Miner and Wardell searched the house and I took pictures. Inside the house I located behind the front door a Savage bolt action rifle. Officer Wardell found under the cushions on a bed in the living room a .357 handgun. Both the rifle and the handgun were released to TFO Lara at approximately 1650 hours. ████ told officers that the rifle and handgun belonged to ████. Nothing else of interest was found in the house and officers cleared at approximately 1655 hours. I took the disposable camera to DCI's office and placed it on Agent Lara's desk.

Officer Wardell transported ████ to the Park County Jail.

## EVIDENCE:

Officers observations

Statements made by ████

## UNDEVELOPED LEADS:

None

## ATTACHMENTS:

Copy of warrant.

## STATUS:

Closed, cleared by the arrest of ████ on a Circuit Court warrant for delivery of Methamphetamine. Criminal docket #CR-2005-87-POW.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P14 | KENT, ALAN | 08/19/2005 | P10 | ECKERDT, ROY | 09/08/2005 |

LGLP-Wachsmuth 2072

(3/22/99)

## CHIEF OF POLICE

| | |
|---|---|
| **Department:** | Police |
| **Reports To:** | Chief of Police |

**SUMMARY** This is highly responsible police administrative work in planning, organizing, and directing the operations and activities of the city police department.

**ESSENTIAL DUTIES AND RESPONSIBILITES** include the following. Other duties may be assigned.

Reports to the City Administrator as one of the city's managerial staff employees. Work involves the responsibility for planning, organizing, implementing, and evaluation programs of the police responsibility for the city; directing the efficient operation of the police department through planning work priorities and goals; determination of departmental procedures; implementation of programs; control of activities; and the training, assignment, supervision and discipline of all department members. Responsibilities include evaluation of the needs of the department and budgeting or establishing plans and procedures to meet those needs and to improve overall function. Departmental operations are coordinated with support agencies; city departments, other law enforcement jurisdictions, city and county attorneys, judges, and the news media. The employee in this position consults with the City Administrator in determining plans and policies to be observed in the conduct of police operations and, except for general administrative direction, works independently in carrying out police department functions.

**SUPERISORY RESPONSIBILITIES** Manages up to four supervisors who supervise all employees in the Patrol Division and the Records and Communications Division. Is responsible for the overall direction, coordination, and evaluation of this department. Carries out supervisory responsibilities in accordance with the organization's policies and applicable laws. Responsibilities include interviewing, hiring, and training employees; planning, assigning, and directing work; oversees appraisal of performance; rewarding and disciplining employees; addressing complaints and resolving problems.

**QUALIFICATIONS** To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform essential functions.

**EDUCATION and/or EXPERIENCE** Bachelor's degree (B.A.) from four year college or university; and seven years related experience, including four years of supervisory

1

LGLP-Wachsmuth 207

experience; (or equivalent combination of education and experience). Budgeting and management training and experience necessary.

**OTHER SPECIAL REQUIREMENTS** Powell police officers must be a citizen of the United States of America; must not have been convicted of any offense, the punishment for which may be confinement in a state or federal penitentiary.

**CHARACTER** The issue of character is essential to the successful performance of a law enforcement officer's position. His/her overall reputation must be beyond reproach in order that an officer may accomplish job-related tasks. A police office must demonstrate excellent moral character with respect to sobriety, honesty, maturity, responsibility, loyalty, trustworthiness, reliability, discretion and associations.

**LANGUAGE SKILLS** Ability to read, analyze, and interpret common scientific and technical journals, financial reports, and legal documents. Ability to respond to common inquiries or complaints from customers, regulatory agencies, or members of the business community. Ability to write speeches and articles for publication that conform to prescribed style and format. Ability to effectively present information to top management, public groups, and/or boards of directors. Ability to engage in effective interpersonal communications with employees and public.

**MATHEMATICAL SKILLS** Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals. Ability to compute rate, ratio, and percent and to draw and interpret bar graphs.

**REASONING ABILITY** Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form. Ability to develop concepts, policy, procedure and programs that meet policing needs and objectives. Ability to plan and implement same.

**CERTIFICATES, LICENSES, REGISTRATIONS** Certifiable Professional Peace Officer by Wyoming POST or its equivalent; Wyoming Class C Driver's License.

**PHYSICAL DEMANDS** The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to talk or hear. The employee frequently is required to stand; walk; sit; use hands to finger, handle, or feel; reach with hands and arms; and taste or smell. The employee is occasionally required to climb or balance and stoop, kneel, crouch, or crawl. The employee must occasionally lift and/or move more than 100 pounds. Specific vision abilities required by this job include close vision, distance vision, peripheral vision, depth perception and ability to adjust focus.

2

**WORK ENVIRONMENT**  The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is occasionally exposed to wet and/or humid conditions; moving mechanical parts; high, precarious places; fumes or airborne particles; toxic or caustic chemicals; outside weather conditions; risk of electrical shock; explosives; risk of radiation; and vibration.  The noise level in the work environment is usually moderate.

LGLP-Wachsmuth 207