# CIVIL MINUTE SHEET
# MOTION HEARING

☐ Telephonic



**FILED**
5:30 pm, 1/14/11
**Stephan Harris**
**Clerk of Court**

Date  01/14/11

Time  3:38 - 5:23

Case No.  10-CV-41-J

TRICIA WACHSMUTH   VS   POWELL, WY, ET AL

| Alan B. Johnson | Carissa Coursey | Julie Thomas | Joshua Tolin |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)  Jeffrey C. Gosman

Attorney(s) for Defendant(s)  David L. Delicath, Cathleen D. Parker, Melissa E. Westby, Thomas A. Thompson

Witness(es) for Plaintiff(s)
Witness(es) for Defendant(s)

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 52 | Summary Judgment | taken under advisement |
| Plaintiff | 66 | Summary Judgment | taken under advisement |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
_____ by _____

☐ Order to be prepared by   ☐ Court   ☐ Attorney _____
☐ Attorney _____   Admitted *pro hac vice*

Other proceedings

Argument by Melissa Westby for Defendants (3:41 - 4:14).  Argument by Thomas Thompson for the Defendants (4:14 - 4:28).  Argument by Jeffrey Gosman for Plaintiff (4:28 - 5:13).  Follow-up by Melissa Westby (5:14 - 5:19).  Follow-up by Thomas Thompson (5:19 - 5:21).