Thomas A. Thompson
MacPherson, Kelly & Thompson, LLC
616 West Buffalo St.
P.O. Box 999
Rawlins WY   82301
(307) 324-2713
(307) 324-7348 (fax)
Attorney for the City of Powell and official capacity Defendants.

Bruce Salzburg
Wyoming Attorney General

John Renneisen
Deputy Attorney General

Misha Westby – WY Bar No. 6-2826
Cathleen D. Parker –WY Bar No. 6-3236
Senior Assistant Attorney General
2424 Pioneer Ave., 2nd Floor
Cheyenne, WY 82002
T: (307) 777-5457
F: (307) 777-8920
E: **mwestb@state.wy.us**

Attorneys for the individual Defendants.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

TRICIA WACHSMUTH,

      Plaintiff,

      vs.                                                  Civil Action No. 10- CV-041-J

CITY OF POWELL, TIM FEATHERS, CHAD MINER,
MIKE CHRETIEN, ROY ECKERDT, DAVE BROWN,
MIKE HALL, BRETT LARA, MATT McCASLIN,
ALAN KENT, MATTHEW DANZER, OFFICER BRILAKIS,
LEE BLACKMORE, CODY BRADLEY, KIRK CHAPMAN
JOHN DOES #1-#4

      Defendants.

---

### EXCLUSIONARY MOTION IN LIMINE OF THE USE OF THE TERM "S.W.A.T. RAID" OR "S.W.A.T. LIKE RAID" PURSUANT TO F.R.E. 403

---

    **COMES NOW** the Defendants, and pursuant to this Court's Scheduling Order,

U.S.D.C.L.R. 43.1 and F.R.E. 403, hereby move the Court for an Order in Limine excluding the Plaintiff from referring to the execution of the search warrant at issue in the above referenced matter as a "S.W.A.T. raid" or "S.W.A.T. like raid". Referring to the execution of the search warrant as a S.W.A.T. (Special Weapons And Tactics) raid is contrary to the evidence in this case and its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury. Defendants request the relief for the aforementioned reasons.

**DATED** this 18th day of January, 2011.

| /s/ Thomas A. Thompson | /s/ Misha Westby |
|---|---|
| Thomas A. Thompson, #6-2640 | Misha Westby, #6-2826 |
| MacPherson, Kelly & Thompson, LLC | Senior Assistant Attorney General |
| P.O. Box 999 | Wyoming Attorney General's Office |
| 616 West Buffalo | 2424 Pioneer Ave., 2nd Floor |
| Rawlins, WY 82301 | Cheyenne, WY 82002 |
| (307) 324-2713 | (307) 777-5457 |
| (307) 324-7348 - fax | (307) 777-8920 - fax |

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of January, 2011, at Rawlins, Wyoming, I served the foregoing instrument by causing to be deposited a full, true and correct copy thereof in the United States Mail, duly enveloped with postage prepaid, and addressed to:

Jeffrey C. Gosman
Gosman Law Office
P.O. Box 51267
Casper, WY 82601

/s/ Thomas A. Thompson
For MacPherson, Kelly, & Thompson, LLC

Mailed By:   hef