# CIVIL MINUTE SHEET
# FINAL PRETRIAL HEARING



**FILED**
*11:00 am, 1/31/11*
**Stephan Harris**
**Clerk of Court**

☐ **Telephonic**

Date: 01/31/11

Time: 8:34-10:35 am

Case No.: 10-CV-041J

TRICIA WACHSMUTH    VS    POWELL WY ET AL

| Alan B. Johnson | Josie Saenz | Julie Hedelson Thomas | Josh Tolin |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s): Jeffrey Gosman

Attorney(s) for Defendant(s): Cathleen Parker; Melissa Westby, Thomas Thompson; David Delicath

Witness(es) for Plaintiff(s):
Witness(es) for Defendant(s):

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
   _____ by _____

☑ Order to be prepared by    ☑ Court    ☐ Attorney _____
☐ Attorney _____    Admitted *pro hac vice*

Other proceedings

Final Pretrial