Bruce Salzburg
Wyoming Attorney General

John Renneisen
Deputy Attorney General

Misha Westby – WY Bar No. 6-2826
Cathleen D. Parker –WY Bar No. 6-3236
Senior Assistant Attorney General
2424 Pioneer Ave., 2nd Floor
Cheyenne, WY 82002
T: (307) 777-5457
F: (307) 777-8920
E: mwestb@state.wy.us

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| Tricia Wachsmuth, | ) | |
| | ) | |
| Plaintiff, | ) | 10-CV-041-J |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Powell, Tim Feathers, Chad Miner, | ) | |
| Mike Chretien, Roy Eckerdt, Dave Brown, | ) | |
| Mike Hall, Brett Lara, Matt McCaslin, | ) | |
| Alan Kent, Matthew Danzer, Officer Brilakis, | ) | |
| Lee Blackmore, Cody Bradley, Kirk Chapman, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismiss Officer Matt Brilakis and Lee Blackmore in all capacities with prejudice, in the above-captioned matter.

WHEREFORE the parties requests Officer Matt Brilakis and Lee Blackmore, in all capacities, be dismissed with prejudice.

DATED this 2nd day of February, 2011.

/s/ Misha Westby
Misha Westby
*ATTORNEY FOR INDIVIDUAL DEFENDANTS*

/s/ Thomas A. Thompson
Thomas A. Thompson
*ATTORNEY FOR CITY OF POWELL*

/s/ Jeffrey C. Gosman
Jeffrey C. Gosman
*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2011, the foregoing was filed and served using the Court's CM/ECF filing system upon the following individuals:

| | |
|---|---|
| Jeffrey C. Gosman | Tom Thompson |
| Gosman Law Office | MacPherson, Kelly & Thompson |
| PO Box 51267 | PO Box 999 |
| Casper, WY 82601-2481 | Rawlins, WY 82301-0999 |
| E: Jeffg@gosmanlawoffices.com | E: tthompson@wyomingattorneys.net |

/s/ Lee Ann Schutt
Office of the Wyoming Attorney General

*Wachsmuth v. City of Powell, et. al.*, Case No. 10-CV-41-J
Stipulation Motion to Dismiss Blackmore and Brilakis
Page 2 of 2