**SUBMITTED BY:**
JEFFREY C. GOSMAN
**GOSMAN LAW OFFICE**
PO Box 51267
Casper, WY 82601-2481
(307) 265-6715 (**fax.**)
(307) 265-3082 (ph.)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH,<br><br>            Plaintiff,<br><br>vs.<br><br>City of Powell, and in their individual capacity,<br>Tim Feathers, Chad Miner,<br>Mike Chretien, Roy Eckerdt, Dave Brown,<br>Mike Hall, Brett Lara, Matt McCaslin,<br>Alan Kent, Matt Danzer, Officer Brilakis,<br>Lee Blackmore, Cody Bradley, Kirk Chapman<br>John Does #1 - #4<br><br>            Defendants | CASE NO. **10 CV 041J** |

### *SUPPLEMENTATION OF PLAINTIFF'S EXHIBIT LIST*

**Comes Now**, Plaintiff, by and through counsel Jeff Gosman of *GOSMAN LAW OFFICE* and supplements the list of exhibits provided with the following demonstrative exhibits showing the interior of the living room of the Plaintiff's residence, the kitchen area of the Plaintiff's residence, and the stairway into the basement. The exhibit also includes a drawing of the interior of the home, which is not to scale. The purpose of the exhibits is to

demonstrate dimensions of the rooms on the first floor, the line of sight from the couch in the front room into the kitchen and the general dimensions of the stairwell. The exhibits are identified as Plaintiff's Exhibits #75, (the pictures) and #76 ( the drawing) and are attached hereto as *Appendix One.*

The Plaintiff also attaches as Exhibit #77, photographs of the room where Tricia Wachsmuth took the MMPI at the examination of Dr. Miller. The purpose of these photographs is to demonstrate the conditions under which the Plaintiff was required to take the examination, which lasted approximately four hours.

Sunday, February 6, 2011.

Respectfully submitted,

_____-S-_____
JEFFREY C. GOSMAN
Plaintiff's Counsel
**GOSMAN LAW OFFICE**
PO Box 51267
Casper, Wyoming 82601
(307) 265-3082 (ph.)
(307) 265-6715 (fax.)

*Certificate of Service*
I hereby certify that true and correct copies of the foregoing document was served this Sunday, February 6, 2011 by **e-submission** to the following parties in interest:

| | |
|---|---|
| Misha Westby<br>Senior Assistant Attorney General<br>2424 Pioneer Avenue, 2nd Floor<br>Cheyenne, WY 82002<br>(307) 777-5477<br>(307) 777 8920 (f)<br>mwest@state.wy.us | Tom Thompson<br>MacPerson, Kelly & Thompson<br>P.O. 999<br>Rawlins, WY 82301-0999<br>(307) 324-2713<br>(307) 324-7348<br>tthompson@wyomingattorneys.net |

_____-S-_____
Jeff Gosman

# Appendix One



Wachsmuth v. City of Powell— cv 10-041 J
Plaintiff's Exhibit #_____ 75











