**FILED**



*4:28 pm, 2/14/11*
**Stephan Harris**
**Clerk of Court**

## United States District Court
### For The District of Wyoming
Alan B. Johnson, United States District Judge

| | |
|---|---|
| Abby Logan/Josie Saenz, Deputy Clerk | February 14, 2011 |
| Julie Thomas, Court Reporter | Cheyenne, WY |
| Josh Tolin, Law Clerk | |

Case No. 10-CV-41-J; Wachsmuth vs Powell WY et al

| | |
|---|---|
| Tricia Wachsmuth, | Plaintiff's Attorneys: Jeffrey Gossman |
| Plaintiff, | |
| v. | |
| Powell WY et al, | Defendant's Attorneys: Thomas Thompson, Melissa Westby, Cathleen Parker |
| Defendant. | |

**COURTROOM MINUTES**
**JURY TRIAL DAY 1**

| | |
|---|---|
| 9:38 a.m. | Court begins. Judge addresses potential jurors. |
| 9:41 a.m. | Potential jurors qualified by the Courtroom Deputy. |
| 9:41 a.m. | Judge continues to address potential jurors. |
| 9:58 a.m. | Potential jurors qualified as to case. |
| 9:58 a.m. | Judge explains the voir dire process to potential jurors. |
| 10:05 a.m. | Judge explains the basic facts of this case to the potential jurors. |
| 10:13 a.m. | Judge introduces court staff to the potential jurors. |

| | |
|---|---|
| 10:14 a.m. | Counsel introduces themselves to the potential jurors. |
| 10:15 a.m. | Judge addresses potential jurors. |
| 10:18 a.m. | Potential jurors introduce themselves to the court room. |
| 10:53 a.m. | Court recessed for morning break. |
| 11:15 a.m. | Court resumes.  Voir dire begins. |
| 12:05 p.m. | Jury excused for lunch break.  Court recessed. |
| 12:06 p.m. | Court resumes.  Judge explains to counsel that he is nearly done with voir dire and that he will allow each side thirty (30) minutes to further conduct voir dire. |
| 12:07 p.m. | Judge issues his ruling on pending motions for this trial. |
| 1:26 p.m. | Court recessed for short break. |
| 1:40 p.m. | Court resumes.  Judge continues voir dire. |
| 1:42 p.m. | Jeffrey Gossman plaintiffs attorney for Tricia Wachsmuth voir dire. |
| 2:30 p.m. | Melissa Westby, defendants attorney for officers individual capacity voir dire. |
| 2:56 p.m. | Thomas Thompson defendants attorney for City of Powell and Tim Feathers official capacity Chief of Police voir dire. |
| 3:12 p.m. | Court in Recess |
| 3:33 p.m. | Bench Conference with Counsel |
| 3:35 p.m. | Court resumes with peremptory challenges by counsel |
| | **JURY EMPANELED** - at 3:48 pm |
| 3:49 p.m. | Jury Panel excused |
| 3:51 p.m. | Bench Conference with Counsel |

10-CV-41-J                                                                                              February 14, 2011
Wachsmuth vs Powell WY et al
**COURTROOM MINUTE SHEET CONTINUED**

3:53 p.m.        Judge instructs jury on procedures of court.

3:56 p.m.        Judge reads instruction to Jury.

4:12 pm          Jury given admonition and dismissed.

4:14 pm          Court adjourns until 9:00 am, Tuesday February 15, 2011