

FILED

5:18 pm, 2/17/11
**Stephan Harris**
**Clerk of Court**

## United States District Court
### For The District of Wyoming
Alan B. Johnson, United States District Judge

Abby Logan, Deputy Clerk
Julie Thomas, Court Reporter
Josh Tolin, Law Clerk

February 17, 2011
Cheyenne, WY

Case No. 10-CV-41-J; Wachsmuth vs Powell WY et al

Tricia Wachsmuth,

    Plaintiff,

v.

Powell WY et al,

    Defendant.

Plaintiff's Attorneys: Jeffrey Gossman

Defendant's Attorneys: Thomas Thompson, Melissa Westby, Cathleen Parker

### COURTROOM MINUTES
### JURY TRIAL DAY 4

| Time | Event |
|---|---|
| 9:27 a.m. | Court resumes. |
| 9:29 a.m. | Jury brought in. Defendants introduce additional officers in the courtroom. Direct examination of Officer Chad Miner by Jeffrey Gossman for the Plaintiff continues. Deposition used. Plaintiff's Exhibit Q11, 41a, 10 offered, no objection, admitted by the Court. |
| 10:18 a.m. | Cross examination of Chad Miner by Melissa Westby for the Defendants. Defendant's Exhibit XXX offered, no objection, admitted by the Court. |
| 10:46 a.m. | Court recessed for morning break. |
| 11:10 a.m. | Court resumes. Jury brought in. Cross examination of Chad Miner by Melissa Westby continues. Defendant's Exhibits R1, R2, R3, R4 offered, objected to by |

|  |  |
|---|---|
|  | Plaintiff. |
| 11:36 a.m. | Side bar requested by Melissa Westby for the Plaintiffs. |
| 11:41 a.m. | Court resumes. Defendant's Exhibits R1, R2, R3, R4 admitted by the Court. Cross examination of Chad Miner by Melissa Westby continues. Defendant's Exhibit G offered. |
| 11:46 a.m. | Voir dire by Jeffrey Gossman regarding Exhibit G. |
| 11:47 a.m. | Side bar requested by the Judge. |
| 11:50 a.m. | Court resumes. Exhibit G (pages 00045-00065) admitted by the Court. Cross examination of Chad Miner by Melissa Westby continues. Defendant's Exhibit Q9, Q38, Q30, Q31, Q12, offered, no objection, admitted by the Court. |
| 12:12 p.m. | Jury excused for lunch break. To return at 1:30 p.m. Matters discussed outside the presence of the jury. |
| 12:17 p.m. | Court recessed for lunch break. To reconvene at 1:30 p.m. |
| 1:43 p.m. | Court resumes. Jury brought in. |
| 1:44 p.m. | Defendant's Exhibit B1 offered, admitted by the Court. Cross examination of Chad Miner by Melissa Westby continues. |
| 1:53 p.m. | No questions from Thomas Thompson for the Defendants. |
| 1:54 p.m. | Re-direct examination of Chad Miner by Jeffrey Gossman for the Plaintiff. Defendant's Exhibit Q48, Q15, Q58 offered, no objection, admitted by the Court. |
| 2:58 p.m. | Re-cross examination of Chad Miner by Melissa Westby for the Defendants. |
| 3:14 p.m. | Re-direct examination of Chad Miner by Jeffrey Gossman for the Plaintiff. |
| 3:23 p.m. | Jeffrey Gossman done with examination. Juror presents question to Courtroom Deputy who delivers it to the Judge. Judge reads question to witness and has him answer. |
| 3:24 p.m. | Officer Chad Miner excused from the witness stand. Jury excused. |

| | |
|---|---|
| 3:25 p.m. | Matters discussed with counsel outside the presence of the jury. |
| 3:27 p.m. | Officer Chad Miner excused from the witness stand. Court recessed for afternoon break. |
| 3:56 p.m. | Court resumes. Jury brought in. |
| 3:57 p.m. | Plaintiff calls Sgt. Michael Chretien. Sgt. Chretien sworn in by the Courtroom Deputy. Direct examination of Sgt. Chretien by Jeffrey Gossman for the Plainitff. |
| 4:26 p.m. | Side bar requested by the Judge. |
| 4:29 p.m. | Court resumes. Judge addresses the jury. |
| 4:30 p.m. | Direct examination of Sgt. Chretien by Jeffrey Gossman for the Plaintiff continues. Deposition used. |
| 4:58 p.m. | Side bar requested by the Judge. |
| 5:00 p.m. | Court resumes. Judge addresses jurors. |
| 5:02 p.m. | Direct examination of Sgt. Chretien by Jeffrey Gossman for the Plaintiff continues. |
| 5:14 p.m. | Judge addresses jurors with admonition. Jury excused. |
| 5:16 p.m. | Court recessed for evening. To reconvene at 9:15 a.m. |