

**FILED**

*7:39 pm, 3/2/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
### For The District of Wyoming

## Alan B. Johnson, United States District Judge

| | |
|---|---|
| Carissa Coursey, Deputy Clerk | March 2, 2011 |
| Julie Thomas, Court Reporter | Cheyenne, WY, Courtroom 2 |

| | |
|---|---|
| Tricia Wachsmuth, | Plaintiff's Attorneys: Jeffrey Gosman |
| Plaintiff, | |
| vs. | Case No. 10-CV-41-J |
| Powell, WY, et al., | Defendant's Attorney: Thomas Thompson, Melissa Westby, Cathleen Parker |
| Defendants. | |

**COURTROOM MINUTES**
**JURY TRIAL DAY 12**

8:44 am     Jury Instruction/Verdict Form Conference continues in Chambers.

9:15 am     Jury Instruction/Verdict Form Conference complete.

9:33 am     Court resumes.  Jury brought in.

9:34 am     Judge addresses instructions to the Jury.

10:06 am    Closing statement by Jeffrey Gosman for the Plaintiff.

10:45 am    Closing statement by Melissa Westby for the Defendants.

11:25 am    Court recessed for morning break for15 minutes.

11:45 am    Closing statement by Thomas Thompson for the Defendants.

| | |
|---|---|
| 12:14 pm | Rebuttal closing statement by Jeffrey Gosman for the Plaintiff. |
| 12:32 pm | Judge issues more instruction to the Jury. |
| 12:58 pm | Bailiff sworn by the Courtroom Deputy.  Final instructions to the Jury by the Judge. |
| 1:05 pm | Jury excused to lunch and then deliberations. |
| 1:06 pm | Court resumes outside presence of jury.  Court persists in previous rulings on Motions for Directed Verdict. |
| 1:08 pm | Jeffrey Gosman for the Plaintiff objects to an instruction.  Court overrules objection. |
| 1:10 pm | Court recessed until a verdict is reached. |
| 6:31 pm | Jury issues question.  Counsel reconvenes in Chambers. |
| 6:55 pm | Judge issues Jury Instruction to Jury. |
| 7:05 pm | Jury issues question.  Counsel reconvenes in Chambers. |
| 7:10 pm | Judge issues Jury Instruction to Jury. |
| 7:25 pm | Jury ends deliberations for evening.  To resume deliberations at 9:15 am. |