

**FILED**

*12:37 pm, 3/4/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming

### Alan B. Johnson, United States District Judge

| | |
|---|---|
| Carissa Coursey, Deputy Clerk | March 4, 2011 |
| Julie Thomas, Court Reporter | Cheyenne, WY, Courtroom 2 |

| | |
|---|---|
| Tricia Wachsmuth, | Plaintiff's Attorneys: Jeffrey Gosman |
| Plaintiff, | |
| vs. | Case No. 10-CV-41-J |
| Powell, WY, et al., | Defendant's Attorney: Thomas Thompson, Melissa Westby, Cathleen Parker |
| Defendants. | |

**COURTROOM MINUTES**
**JURY TRIAL DAY 13**

9:00 am     Jury resumes deliberations.

9:15 am     Jury issues a question.  Counsel reconvenes in Chambers.

9:55 am     Judge issues Instruction G to the Jury.  Jury resumes deliberations.

10:30 am    Verdict reached by the Jury.

11:15 am    Court resumes outside presence of Counsel.

11:16 am    Jury brought in.  Judge addresses Courtroom.

11:18 am    Roll Call of Jurors by Courtroom Deputy.

11:19 am    Jury Verdict given to Bailiff by Jury Foreperson for Judge's review.

| | |
|---|---|
| 11:20 am | Sidebar requested by Judge. |
| 11:25 am | Jury Verdict Form read aloud by Judge. |
| 11:29 am | Jury Foreperson makes statement to Court. |
| 11:30 am | Jury polled by the Courtroom Deputy regarding the verdict. |
| 11:31am | Verdict accepted by the Court. |
| 11:32 am | Judge addresses Jurors regarding conduct and process following their service as a Juror. |
| 11:42 am | Jurors excused from the courtroom.  Judge issues final remarks to Counsel. |
| 11:43 am | Melissa Westby for the Defendants renews Motion.  Denied by the Court. |
| 11:44 am | Court recessed. |