**SUBMITTED BY:**
JEFFREY C. GOSMAN
**GOSMAN LAW OFFICE**
PO Box 51267
Casper, WY 82601-2481
(307) 265-6715 (**fax.**)
(307) 265-3082 (ph.)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH,<br><br>               Plaintiff,<br><br>vs.<br><br>City of Powell, and in their individual capacity,<br>Tim Feathers, Chad Miner,<br>Mike Chretien, Roy Eckerdt, Dave Brown,<br>Mike Hall, Brett Lara, Matt McCaslin,<br>Alan Kent, Matt Danzer, Cody Bradley,<br>and Kirk Chapman.<br><br>               Defendants | CASE NO. **10 cv 041J** |

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO FILE REQUEST FOR ATTORNEY'S FEES AND COSTS PURSUANT TO RULE 54(d)(2)(B)**

**Comes Now**, Plaintiff, by and through counsel Jeff Gosman of GOSMAN LAW OFFICE and requests an additional 18 days to the 8th day of April, 2011, by and for the following reasons.

1. Plaintiff notes first that he contacted opposing counsel, discussed the requested extension, and the motion is unopposed.

2. Plaintiff has an Appellant's principal brief due in the Tenth Circuit in the case of Dennis Carter v. Pathfinder Energy, Inc., Appellate Case No. 10-8112 on the 24th of March, 2011.

3. Plaintiff is still obtaining billing information to support the Request for Attorney's fees.

**Wherefore**, Plaintiff prays for an extension to the 8th of April, 2011 to submit his request for attorney's fees.

Wednesday, March 16, 2011.

Respectfully submitted,

_____-S-_____
JEFFREY C. GOSMAN
Plaintiff's Counsel
**GOSMAN LAW OFFICE**
PO Box 51267
Casper, Wyoming 82601
(307) 265-3082 (ph.)
(307) 265-6715 (fax.)

*Certificate of Service*

I hereby certify that true and correct copies of the foregoing document was served this Wednesday, March 16, 2011 by ***e-submission*** to the following parties in interest:

| | |
|---|---|
| Misha Westby<br>Senior Assistant Attorney General<br>2424 Pioneer Avenue, 2nd Floor<br>Cheyenne, WY 82002<br>(307) 777-5477<br>(307) 777 8920 (f)<br>mwest@state.wy.us | Tom Thompson<br>MacPerson, Kelly & Thompson<br>P.O. 999<br>Rawlins, WY 82301-0999<br>(307) 324-2713<br>(307) 324-7348<br>tthompson@wyomingattorneys.net |

_____-S-_____

Jeff Gosman

-1-

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Tricia Wachsmuth,<br><br>     Plaintiff,<br><br>v.<br><br>City of Powell, Et. Al.,<br><br>     Defendants. | CASE NO.  10 cv 041J |

## ORDER

***This Matter***, comes before the Court on the Plaintiff, Tricia Wachsmuth's, unopposed motion for an order extending the time within which Plaintiff may file a motion for an award of attorney's fees and costs pursuant to rule 54 and 42 U.S.C. § 1988, and the Court being satisfied that cause for an extension is present;

***Now Therefore***, the Plaintiff may have until the 8th of April, 2011 to file his request for Attorney's fees and costs.

***Dated*** this _____ day of _____, 2011.

_____
Honorable Alan B. Johnson

-1-