# Appendix 2

# Bray Reporting

P. O. Box 125
Laurel, MT 59044

| Phone # | 406-670-9533 | vonni.bray@yahoo.com |
| Fax # | 888-277-9372 | |

# Invoice

| Date | 10/25/2010 |
|---|---|
| Invoice # | 1307 |

| Bill To | Ship To |
|---|---|
| Mr. Jeffrey C. Gosman<br>Gosman Law Office<br>123 W. 1st Street<br>P.O. Box 51267<br>Casper, WY 82601-2481 | Mr. Jeffrey C. Gosman<br>Gosman Law Office<br>123 W. 1st Street<br>P.O. Box 51267<br>Casper, WY 82601-2481 |

| | | | |
|---|---|---|---|
| Case | Wachsmuth v Powell, et al | Date of Job | 10/4/2010 |
| Case # | 10-CV-041J | | |
| Terms | Due on receipt | Tax ID # | 80-0321732 |

| Description | Pages | Rate | Amount |
|---|---|---|---|
| Transcript preparation (Orig. & 1) of Matthew Danzer | 149 | 4.80 | 715.20 |
| Transcript preparation (Orig. & 1) of Mike Chretien | 253 | 4.80 | 1,214.40 |
| Transcript preparation (Orig. & 1) of Matt McCaslin | 133 | 4.80 | 638.40 |
| Transcript preparation (Orig. & 1) of Chad Miner | 169 | 4.80 | 811.20 |
| Transcript preparation (Orig. & 1) of Dave Brown | 62 | 4.80 | 297.60 |
| Transcript preparation (Orig. & 1) of Mike Hall | 124 | 4.80 | 595.20 |
| Transcript preparation (Orig. & 1) of Brett Lara | 51 | 4.80 | 244.80 |
| Transcript preparation (Orig. & 1) of Dave Patterson | 144 | 4.80 | 691.20 |
| Exhibit Binder for Original Exhibits | | 10.00 | 10.00 |
| Shipping of Original Certificates | | 14.00 | 14.00 |
| Shipping of Original Exhibits & Depositions | | 39.00 | 39.00 |
| Copy Transcript of Tricia Wachsmuth | 219 | 2.30 | 503.70 |
| Exhibit Copies for Tricia Wachsmuth | 3 | 0.30 | 0.90 |
| Meals and Incidentals (See attachment) | | 280.50 | 280.50 |
| Lodging for 10/3/10 through 10/8/10 (See attachment) | | 426.60 | 426.60 |

Thank you!

| Total | $6,482.70 |
|---|---|
| Balance Due | $6,482.70 |

# Bray Reporting

P. O. Box 125
Laurel, MT 59044

# Invoice

Phone #  406-670-9533    vonni.bray@yahoo.com
Fax #    888-277-9372

**Date** 12/2/2010
**Invoice #** 1317

PAID

**Bill To**

Mr. Jeffrey C. Gosman
Gosman Law Office
125 W. 2nd Street
P.O. Box 51267
Casper, WY 82601-2481

**Ship To**

Mr. Jeffrey C. Gosman
Gosman Law Office
122 W. 2nd Street
P.O. Box 51267
Casper, WY 82601-2481

| | | | | |
|---|---|---|---|---|
| **Case** | Wachsmuth v PPD, et al. | | **Date of Job** | 11/22/2010 |
| **Case #** | 10-CV-041J | | | |
| **Terms** | Due on receipt | | **Tax ID #** | 80-0321732 |

| Description | Pages | Rate | Amount |
|---|---|---|---|
| Transcript preparation (Orig. & 1) of Marissa Torczon | 33 | 4.50 | 148.50 |
| Transcript preparation (Orig. & 1) of Matt Brilakis | 54 | 4.50 | 243.00 |
| Transcript preparation (Orig. & 1) of Alan Kent | 187 | 4.50 | 841.50 |
| Transcript preparation (Orig. & 1) of Roy Eckerdt | 106 | 4.50 | 477.00 |
| Transcript preparation (Orig. & 1) of Lee Blackmore | 43 | 4.50 | 193.50 |
| Transcript preparation (Orig. & 1) of Cody Bradley | 34 | 4.50 | 153.00 |
| Transcript preparation (Orig. & 1) of Kirk Chapman | 79 | 4.50 | 355.50 |
| Transcript preparation (Orig. & 1) of Tim Feathers | 175 | 4.50 | 787.50 |
| Copy Transcript of Bret Wachsmuth | 106 | 2.30 | 243.80 |
| Copy Transcript of Tom Wachsmuth | 61 | 2.30 | 140.30 |
| Exhibit Binder | | 10.00 | 10.00 |
| Shipping of Original Deponents' Certificates | | 12.00 | 12.00 |
| Shipping of Original Exhibits & Depositions | | 35.00 | 35.00 |
| Meals and Incidentals (See Attachment) | | 175.00 | 175.00 |
| Lodging for 11/21/10 through 11/23/10 | | 214.17 | 214.17 |
| Mileage - Laurel to Powell/Powell to Laurel | 158 | 0.50 | 79.00 |

Thank you!

**Total** $4,108.77

**Balance Due** $0.00

# Bray Reporting

**VONNI R. BRAY, RPR**

Meals & Incidental Expense Breakdown for Powell, WY

10/3/10 through 10/8/10

| | | | |
|---|---|---|---|
| Oct 3 | Leave Laurel/Arrive Powell | $ 38.25 | (3/4 of $51.00) |
| Oct 4 – 7 | Working in Powell | $ 204 | (4 X $ 51.00) |
| Oct 5 | Leave Powell/Arrive Laurel | $ 38.25 | (3/4 of $51.00) |
| Total Meals and Incidental Expenses (M & IE) | | $ 280.50 | |



**SUPER 8 POWELL**
845 E. COULTER
POWELL, WY 82435 US
Phone: (307) 754-7231
Fax: (307) 754-3387
Email: powellsuper8@gmail.com
Printed: 10/8/2010 7:30:44 AM

# Folio (Detailed)

| Name: | BRAY, VONNI | | | Confirmation Number: | 62568831 |
|---|---|---|---|---|---|
| | | | | Account Number: | 078-023240 |

| Address: | PO BOX 125 | | | | | | |
| | LAUREL, MT 59044 US | | | | | | |
| Room: | 114 | Room Type: | NQ1, 1 QUEEN NSMK | Nights: | 5 | Guests: | 1/0 |
| Rate Plan: | RACK | Daily Rate: | $79.00 + $6.32 Tax | GTD: | VI - VISA | | |
| Arrival: | 10/3/2010 (Sun) | Departure: | 10/8/2010 (Fri) | | XXXX XXXX XXXX 8341 | | |

**Room Rate:**

10/3/2010 (Sun) - 10/7/2010 (Thu)       $79.00 + $6.32 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 10/3/2010 | RM | ROOM CHARGE | $79.00 | $79.00 |
| 10/3/2010 | TAX1 | LODGING AND STATE TAX | $6.32 | $85.32 |
| 10/4/2010 | RM | ROOM CHARGE | $79.00 | $164.32 |
| 10/4/2010 | TAX1 | LODGING AND STATE TAX | $6.32 | $170.64 |
| 10/5/2010 | RM | ROOM CHARGE | $79.00 | $249.64 |
| 10/5/2010 | TAX1 | LODGING AND STATE TAX | $6.32 | $255.96 |
| 10/6/2010 | RM | ROOM CHARGE | $79.00 | $334.96 |
| 10/6/2010 | TAX1 | LODGING AND STATE TAX | $6.32 | $341.28 |
| 10/7/2010 | RM | ROOM CHARGE | $79.00 | $420.28 |
| 10/7/2010 | TAX1 | LODGING AND STATE TAX | $6.32 | $426.60 |
| 10/8/2010 | VI | VISA XXXX XXXX XXXX 8341 | ($426.60) | $0.00 |

**Summary**

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $395.00 | $31.60 | $0.00 | $0.00 | ($426.60) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy."

Sabrina Trevathan, RMR
P.O. Box 173
Rawlins, Wyoming  82301
(307) 324-5545

# Invoice

| Date | Invoice # |
|---|---|
| 12/20/2010 | 2007 |

**Bill To**

Mr. Jeffrey C. Gosman
Attorney at Law
Gosman Law Office
P.O. Box 51267
Casper, Wyoming  82605

| Terms | Ship Date | Ship Via |
|---|---|---|
| 5% 10  Net 30 | 12/07/2010 | US Mail |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| | In the United States District Court | | |
| | For the District of Wyoming | | |
| | Civil Action No. 10-CV-041-J | | |
| | Tricia Wachsmuth vs. City of Powell, et al. | | |
| | | | |
| | Depositions taken on November 29 & 30, 2010 | | |
| | Deposition of William Spencer | | |
| 46 | One copy | 1.70 | 78.20 |
| 1 | Exhibit Reproduction | 0.20 | 0.20 |
| | | | |
| | Deposition of Michael Kobos, Volume I | | |
| 25 | One copy | 1.70 | 42.50 |
| 8 | Exhibit Reproduction | 0.20 | 1.60 |
| | | | |
| | Deposition of Troy Stiles, D.O. | | |
| 75 | One copy | 1.70 | 127.50 |
| | | | |
| | Deposition taken December 9, 2010 | | |
| | Michael Kobos, Volume II | | |
| 49 | One copy | 1.70 | 83.30 |
| 3 | Exhibit Reproduction | 0.20 | 0.60 |
| | | | |
| | E-Tran | 15.00 | 15.00 |
| | Shipping, US Mail | 11.20 | 11.20 |

Thank you for your business.

**Total**  $360.10



Sharon L. Gaughan, RDR, CRR
P.O. Box 1049
Billings, MT 59103

**Sharon Gaughan**, RDR, CRR
Official/Freelance Court Reporter

Invoice # 10-51

Jeffrey Gosman, Esq.                RE: Wachsmuth v City of Powell
Gosman Law Office                   Cause No. 10 CV 041J
PO Box 51267
Casper, WY 82601-2481

| 12-28-10 | DEPOSITION OF STEVE HERMANN taken Friday, December 17, 2010 | |
|---|---|---|
| | (original & one copy)(71 pgs. @ 4.50/pg.) | $319.50 |
| | Mileage Billings to Cody 214 mi. @ .50 | $107.00 |
| | Witness Courtesy Copy (Shipping) | $ 12.00 |
| | Shipping & Postage Costs of Original | $ 20.00 |
| | Exhibits 6 pgs. @ .30/pg. | $ 1.80 |

TOTAL AMOUNT DUE:                $460.30

TAX ID#68-0650260
THANK YOU!

*Realtime certified since 1996*
p: 406-671-1559 ◆ slgaughan@msn.com ◆ f: 406-256-7187 ◆ PO Box 1049 ◆ Billings, MT 59103



Esquire Solutions - Denver
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 866-0208
Fax (866) 590-3205

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

## Invoice # EQ235997

| Invoice Date | 02/16/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 03/18/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY GOSMAN ,ESQ.
GOSMAN LAW OFFICE
125 WEST 2ND STREET
CASPER, WY 82605

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/07/2011 | WACHSMUTH, TRICIA vs. CITY OF POWELL | 208563 | 02/10/2011 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 02/07/2011, FREDERICK MILLER (DENVER, CO) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (268 Pages) | $ 983.56 |
|    EXHIBITS | $ 0.00 |
|    VIDEO | $ 736.25 |
|    EXPEDITE PORTION OF TRANSCRIPT (268 Pages) | $ 455.60 |
|    ADMINISTRATION FEE - COPY | $ 25.75 |
|    FLAT FEE EXHIBITS | $ 55.00 |
|    ADMINISTRATION FEE - COPY | $ 20.50 |
| | $ 2,276.66 |
|    SHIPPING | $ 62.46 |
| | $ 62.46 |
| **THANK YOU**       Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 04/02/2011** | **$ 2,339.12** |
| Amount Due After 04/02/2011 | $ 2,573.03 |

Tax Number:   22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



| | |
|---|---|
| Invoice #: | EQ235997 |
| Payment Due: | 03/18/2011 |
| **Amount Due On/Before 04/02/2011** | **$ 2,339.12** |
| Amount Due After 04/02/2011 | $ 2,573.03 |

JEFFREY GOSMAN ,ESQ.
GOSMAN LAW OFFICE
125 WEST 2ND STREET
CASPER, WY 82605

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

039 0000235997 02162011 6 000233912 1 03182011 04022011 8 000257303 89



**ESQUIRE**
Esquire Solutions - Denver
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 866-0208
Fax (866) 590-3205

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

JEFFREY GOSMAN ,ESQ.
GOSMAN LAW OFFICE
125 WEST 2ND STREET
CASPER, WY 82605

### Invoice # EQ231401

| | |
|---|---|
| **Invoice Date** | 01/30/2011 |
| **Terms** | NET 45 |
| **Payment Due** | 03/01/2011 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/13/2011 | WACHSMUTH, TRICIA vs. CITY OF POWELL | 200442 | 01/25/2011 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 01/13/2011, FREDERICK MILLER (DENVER, CO) | |
|   MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (84 Pages) | $ 348.60 |
|   EXHIBITS | $ 0.00 |
|   APPEARANCE FEE HOURLY (1.50 Hours) | $ 39.00 |
|   APPEARANCE FEE AFTER HOUR | $ 25.75 |
|   ADMINISTRATIVE FEE | $ 41.50 |
|   SUMMARY | $ 65.00 |
|   FLAT FEE EXHIBITS | $ 55.00 |
| | $ 574.85 |

**THANK YOU**

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 03/16/2011** | **$ 574.85** |
| Amount Due After 03/16/2011 | $ 632.34 |

**Tax Number:**  22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | EQ231401 |
| Payment Due: | 03/01/2011 |
| **Amount Due On/Before 03/16/2011** | **$ 574.85** |
| Amount Due After 03/16/2011 | $ 632.34 |

**ESQUIRE**
an Alexander Gallo Company

JEFFREY GOSMAN ,ESQ.
GOSMAN LAW OFFICE
125 WEST 2ND STREET
CASPER, WY 82605

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

039 0000231401 01302011 4 000057485 6 03012011 03162011 0 000063234 68

Appendix 3



10408        $582.00        01/18/2011



10405 $1,500.00 01/11/2011

10406 $450.00 01/18/2011

# JOEL HAGEMAN PRODUCTIONS

2704 Vigilante Trail
Billings MT 59102
406-652-9334
Tax ID# 81-0470845

# Invoice

Number: **4691**

Date: **October 17, 2010**

**Bill To:**

Jeff Gosman
GOSMAN LAW OFFICE
P.O. Box 51267
Casper, WY 82601

**Ship To:**

Jeff Gosman
GOSMAN LAW OFFICE
P.O. Box 51267
Casper, WY 82601

| PO Number | Terms | Customer # | Service Rep. | Project |
|---|---|---|---|---|
|  |  |  |  |  |

| Description | Quantity/Hours | Price/Rate | Amount |
|---|---|---|---|
| TRICIA WACHSMUTH vs. |  |  |  |
| CITY OF POWELL et.al., |  |  |  |
| DVD Masters of Tricia Wachsmuth Deposition | 3.00 | 45.00 | 135.00 |
| Shipping | 1.00 | 7.95 | 7.95 |

**Total** $142.95

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $142.95 | $0.00 | $0.00 | $0.00 | $142.95 |



10423       $100.00      03/04/2011