# Appendix 4

**DR. VAN BLARICOM, INC.**
835 91st Lane N.E.
Bellevue, WA 98004-4811
425 453-0082  FAX 453-3263

TAX ID 91-1437291

Jeffrey C. Gosman
P.O. Box 51267
Casper, WY 82601-2481

January 23, 2011
In Reference To:  Wachsmuth v. City of Powell
10-1601
Invoice # 19827

### Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/27/2010 | Review training records; depositions of Miner, Patterson, Feathers, Creiten, McCaslin & amend report | 6.60<br>385.00/hr | 2,541.00 |
| 12/31/2010 | Preparation of final report | 0.60<br>385.00/hr | 231.00 |
| 1/11/2011 | Review Response to MSJ & prepare for my deposition | 1.30<br>385.00/hr | 500.50 |
| 1/20/2011 | Review Motion to Strike & advise client | 0.60<br>385.00/hr | 231.00 |
| | For professional services rendered | 9.10 | $3,503.50 |

Additional Charges :

| | | |
|---|---|---|
| Federal Express | | 23.88 |
| Total costs | | $23.88 |

| | | |
|---|---|---|
| Total amount of this bill | | $3,527.38 |

## Jeff Gosman

**From:** Jeff Gosman
**Sent:** Wednesday, January 26, 2011 3:19 PM
**To:** dvbinc@aol.com
**Subject:** RE:

Cheyenne. You are right. We can put you on anytime on Thursday, even if we have a few officers left to do.

Jeff

**From:** dvbinc@aol.com [mailto:dvbinc@aol.com]
**Sent:** Wednesday, January 26, 2011 4:06 PM
**To:** Jeff Gosman
**Subject:** Re:

Jeff:
I can come on February 16th to testify and return on February 17th but it is important (cost wise) to be sure that I am only gone 2 days (at $ 3,850 per day). Accordingly, you might rather be sure I will be completed (testifying in *"late afternoon"* always risks not finishing and having to return the next morning) by coming in on February 17th to testify and return on February 18th - **your choice and please advise**, as I have to invoice for advance payment and arrange travel.
Van
PS - In which city is this matter to be tried, incidentally?


-----Original Message-----
From: Jeff Gosman <jeffg@gosmanlawoffices.com>
To: dvbinc <dvbinc@aol.com>
Sent: Wed, Jan 26, 2011 12:08 pm
Subject: RE:

Thank you, Van. Let me know asap when you could come to trial – I am thinking Thursday afternoon, late. That is the 17th of February.

Jeff



10415     $7,804.39     02/25/2011

# Appendix 5

```
04/07/2011  13:09     13077542198           AMERICASBESTVALUEINN              PAGE  01/03

                    ***  Guest Receipt History Duplicate  ***
                           AMERICAS BEST VALUE INN
                       777 E 2ND STREET PO BOX 933
                            POWELL, WY  82435

                              Tel: (307) 754-5117
                              Fax: (307) 754-2198

04/07/2011
Room #    121
GOSMAN, JEFF
711 BAJA CINDA
CASPER, WY  82601


Reference          Date          Transaction       Description                         Amount
=========          =========     ===========       ===========                         ======
141245/121-1-B     10/02/2010    GUEST ROOM        CORP                                 71.90
141246/121-1-B     10/02/2010    SALES TAX         4 %                                   2.88
141247/121-1-B     10/02/2010    CITY TAX          4 %                                   2.88
141280/121-U       10/03/2010    GUEST ROOM        GR-CORP                              71.90
141281/121-U       10/03/2010    SALES TAX         GR-CORP                               2.88
141282/121-U       10/03/2010    CITY TAX          GR-CORP                               2.88
141336/121-U       10/04/2010    GUEST ROOM        GR-CORP                              71.90
141337/121-U       10/04/2010    SALES TAX         GR-CORP                               2.88
141338/121-U       10/04/2010    CITY TAX          GR-CORP                               2.88
141429/121-U       10/05/2010    GUEST ROOM        GR-CORP                              71.90
141430/121-U       10/05/2010    SALES TAX         GR-CORP                               2.88
141431/121-U       10/05/2010    CITY TAX          GR-CORP                               2.88
141484/121-U       10/06/2010    GUEST ROOM        GR-CORP                              71.90
141485/121-U       10/06/2010    SALES TAX         GR-CORP                               2.88
141486/121-U       10/06/2010    CITY TAX          GR-CORP                               2.88
141515/121-U       10/07/2010    GUEST ROOM        GR-CORP                              71.90
141516/121-U       10/07/2010    SALES TAX         GR-CORP                               2.88
141517/121-U       10/07/2010    CITY TAX          GR-CORP                               2.88
141534/121-A       10/08/2010    AMX               Express Check-Out                  -465.96
                                                   Folio Balance.......                  0.00

10/02/2010 To 10/08/2010    Time-In:  9:47 pm; Time-Out: 11:26 am

Charge Type Summary                         Total
-------------------                         -----
GUEST ROOM                                 431.40
```

\*\*\* Guest Receipt History Duplicate \*\*\*

AMERICAS BEST VALUE INN
777 E 2ND STREET PO BOX 933
POWELL, WY 82435

Tel: (307) 754-5117
Fax: (307) 754-2198

04/07/2011

Room # 102

GOSMAN, JEFF
711 BAJA CINDA
CASPER, WY 82601

| Reference | Date | Transaction | Description | Amount |
|---|---|---|---|---|
| 144429/102-1-B | 11/21/2010 | GUEST ROOM | CORP | 69.00 |
| 144430/102-1-B | 11/21/2010 | SALES TAX | 4 % | 2.76 |
| 144431/102-1-B | 11/21/2010 | CITY TAX | 4 % | 2.76 |
| 144442/102-U | 11/22/2010 | GUEST ROOM | GR-CORP | 69.00 |
| 144443/102-U | 11/22/2010 | SALES TAX | GR-CORP | 2.76 |
| 144444/102-U | 11/22/2010 | CITY TAX | GR-CORP | 2.76 |
| 144464/102-U | 11/23/2010 | GUEST ROOM | GR-CORP | 69.00 |
| 144465/102-U | 11/23/2010 | SALES TAX | GR-CORP | 2.76 |
| 144466/102-U | 11/23/2010 | CITY TAX | GR-CORP | 2.76 |
| 144471/102-A | 11/24/2010 | AMX | Express Check-Out | -223.56 |

Folio Balance....... 0.00

11/21/2010 To 11/24/2010   Time-In: 5:57 pm; Time-Out: 7:46 am

| Charge Type Summary | Total |
|---|---|
| GUEST ROOM | 207.00 |
| CITY TAX | 8.28 |
| SALES TAX | 8.28 |
| AMX | -223.56 |

THANK YOU FOR YOUR BUSINESS

**From:** Little America Cheyenne
**To:** Jeff Gosman
**Subject:** Guest Folio
**Date:** Thursday, March 31, 2011 1:22:23 PM

---

Little America Cheyenne

JEFF GOSMAN
123 W 1ST ST SUITE 125
CASPER WY 8826010000

ACCOUNT: 815185    FOLIO: 01

| DATE    | DESCRIPTION     | REFERENCE | AMOUNT  |
|---------|-----------------|-----------|---------|
| 2/13/11 | ROOM CHARGE     | 00169     | 116.00  |
| 2/13/11 | ROOM TAXES      | 00169     | 11.60   |
| 2/14/11 | ROOM CHARGE     | 00169     | 116.00  |
| 2/14/11 | ROOM TAXES      | 00169     | 11.60   |
| 2/15/11 | ROOM CHARGE     | 00169     | 116.00  |
| 2/15/11 | ROOM TAXES      | 00169     | 11.60   |
| 2/16/11 | ROOM CHARGE     | 00169     | 116.00  |
| 2/16/11 | ROOM TAXES      | 00169     | 11.60   |
| 2/17/11 | DINING ROOM     | 25141544  | 52.50   |
| 2/17/11 | ROOM CHARGE     | 00169     | 116.00  |
| 2/17/11 | ROOM TAXES      | 00169     | 11.60   |
| 2/18/11 | DINING ROOM     | 27041554  | 63.27   |
| 2/18/11 | AM EXPRESS PAYM | AX        | 753.77- |

\*\*\*\*\*\*\*\*\*\*6008

.00

| | |
|---|---|
| **From:** | Little America Cheyenne |
| **To:** | Jeff Gosman |
| **Subject:** | Guest Folio |
| **Date:** | Thursday, March 31, 2011 1:22:51 PM |

---

Little America Cheyenne

JEFF GOSMAN  
123 W 1ST ST SUITE 125  
CASPER WY 8826010000  

ACCOUNT: 815186   FOLIO: 01

| DATE | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|
| 2/21/11 | ROOM CHARGE | 00169 | 116.00 |
| 2/21/11 | ROOM TAXES | 00169 | 11.60 |
| 2/22/11 | ROOM CHARGE | 00169 | 116.00 |
| 2/22/11 | ROOM TAXES | 00169 | 11.60 |
| 2/23/11 | ROOM CHARGE | 00169 | 116.00 |
| 2/23/11 | ROOM TAXES | 00169 | 11.60 |
| 2/24/11 | ROOM CHARGE | 00169 | 116.00 |
| 2/24/11 | ROOM TAXES | 00169 | 11.60 |
| 2/25/11 | AM EXPRESS PAYM ***********6008 | AX | 510.40- |

.00

**From:** Little America Cheyenne
**To:** Jeff Gosman
**Subject:** Guest Folio
**Date:** Thursday, March 31, 2011 1:23:01 PM

---

Little America Cheyenne

JEFF GOSMAN
123 W 1ST ST SUITE 125
CASPER WY 8826010000

ACCOUNT: 818642   FOLIO: 01

| DATE | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|
| 2/27/11 | ROOM CHARGE | 00169 | 116.00 |
| 2/27/11 | ROOM TAXES | 00169 | 11.60 |
| 2/28/11 | DINING ROOM | 44791594 | 32.03 |
| 2/28/11 | ROOM CHARGE | 00169 | 116.00 |
| 2/28/11 | ROOM TAXES | 00169 | 11.60 |
| 3/01/11 | ROOM CHARGE | 00169 | 116.00 |
| 3/01/11 | ROOM TAXES | 00169 | 11.60 |
| 3/02/11 | ROOM CHARGE | 00169 | 116.00 |
| 3/02/11 | ROOM TAXES | 00169 | 11.60 |
| 3/03/11 | ROOM CHARGE | 00169 | 116.00 |
| 3/03/11 | ROOM TAXES | 00169 | 11.60 |
| 3/04/11 | AM EXPRESS PAYM | AX | 670.03- |

**********6008

.00

# Appendix 6

# Invoice



312 W 2nd St
PO Box 2951
Casper WY 82602-2951
307-266-2223

**PAID**

GOSMAN LAW OFFICE
PO BOX 51267
CASPER WY 82605

| Date | Invoice # |
|---|---|
| 2/12/2011 | 11-2-19 |

| | |
|---|---|
| Due Date | 3/14/2011 |
| Customer Phone | 265-3082 |
| Customer # | GOSMAN |
| Driver Run | |

| Quantity | Description | Avg Cost | Amount |
|---|---|---|---|
| | * Plaintiff's Exhibits - Tricia Wachsmuth vs City of Powell | | |
| | * Printing | | |
| 2,730 | Produce Trial Exhibit (7 Sets x 390 Pages) | 0.10 | 273.00T |
| 308 | Produce Color Exhibit Page (7 Sets x 44 Exhibits) | 0.45 | 138.60T |
| 399 | Produce Additional Color Pages (7 Sets x 57 Pages) | 0.45 | 179.55T |
| 119 | Produce Reprints Due to Page Sizing (7 sets x 17 Pages) | 0.10 | 11.90T |
| 7 | Produce Appendix | 0.10 | 0.70T |
| 7 | Produce Plaintiff Exhibit Cover Sheet | 0.10 | 0.70T |
| 111 | Print Exhibit Numbers on Index Dividers | 0.10 | 11.10T |
| | * Subtotal > > > > > | | 615.55 |
| | * Supplies | | |
| 7 | 3" 3 Ring Binders | 23.29 | 163.03T |
| 111 | Index Dividers (3 Sets x 37 Dividers) | 0.70 | 77.70T |
| 148 | Blue Cardstock as Dividers (4 Sets x 37 Dividers) | 0.15 | 22.20T |
| | * Subtotal > > > > > | | 262.93 |
| | * Assembly | | |
| 3,718 | Punch for Binding | 0.01 | 37.18T |
| 826 | Substitute Exhibit, Additional Color and Reprint Pages into Trial Exhibit (7 Sets x 118 Pages) | 0.15 | 123.90T |
| 259 | Insert Index Dividers (7 Sets x 37 Dividers) | 0.15 | 38.85T |
| 7 | Assembly of Binders | 10.00 | 70.00T |

Thank You for Your Business!     KS

Interest may be charged at the rate of 1.5% per month (18% per year) on all past due accounts. Customer agrees to pay all service charges, court costs, attorneys' fees and any other reasonable charges if account is turned over to collections.

| | |
|---|---|
| Subtotal | $1,148.41 |
| Sales Tax (5.0%) | $57.42 |
| Total | $1,205.83 |

E-mail     ambimail@bresnan.net

# Invoice



312 W 2nd St
PO Box 2951
Casper WY 82602-2951
307-266-2223

| Date | Invoice # |
|---|---|
| 1/10/2011 | 11-1-3 |

GOSMAN LAW OFFICE
PO BOX 51267
CASPER WY 82605

| Due Date | 2/9/2011 |
|---|---|
| Customer Phone | 265-3082 |
| Customer # | GOSMAN |
| Driver Run | |

| Quantity | Description | Avg Cost | Amount |
|---|---|---|---|
| 2,910 | Produce 3 Sets of Summary Judgment Appendix 1 | 0.10 | 291.00T |
| 683 | Produce Partial 4th Set of Summary Judgment Appendix 1 | 0.10 | 68.30T |
| 135 | Produce 3 Sets of Mike Hall_Scoped_4PP | 0.10 | 13.50T |
| 135 | Produce 3 Sets of Final Brief | 0.10 | 13.50T |
| 88 | Produce 4 Sets of Appendix Covers | 0.12 | 10.56T |
| 66 | Find and Replace Appendix Covers | 0.02 | 1.32T |
| 2 | Mailing Box - Used | 1.00 | 2.00T |
| 2 | Packing Service | 1.00 | 2.00T |
| 1 | FedEx S & H - 01-10-10: Cheyenne WY (81025) | 46.00 | 46.00 |
| 1 | Express Overnight Mail | 44.00 | 44.00 |
| 1 | Postage Application Fee - 1st Class Meter | 0.08 | 0.08 |
| 2 | Delivery Service - USPS and FedEx | 5.00 | 10.00 |

Thank You for Your Business!   KS

Interest may be charged at the rate of 1.5% per month (18% per year) on all past due accounts.  Customer agrees to pay all service charges, court costs, attorneys' fees and any other reasonable charges if account is turned over to collections.

| | |
|---|---|
| Subtotal | $502.26 |
| Sales Tax (5.0%) | $20.11 |
| **Total** | $522.37 |

E-mail    ambimail@bresnan.net