**SUBMITTED BY:**
JEFFREY C. GOSMAN
**GOSMAN LAW OFFICE**
PO Box 51267
Casper, WY 82601-2481
(307) 265-6715 (**fax.**)
(307) 265-3082 (ph.)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of Powell, and in their individual capacity,<br>Tim Feathers, Chad Miner,<br>Mike Chretien, Roy Eckerdt, Dave Brown,<br>Mike Hall, Brett Lara, Matt McCaslin,<br>Alan Kent, Matt Danzer, Cody Bradley,<br>and Kirk Chapman.<br><br>　　　　　Defendants | CASE NO. **10 cv 041J** |

**PLAINTIFF'S SUPPLEMENT TO THE PETITION FOR ATTORNEY'S FEES**

**COMES NOW,** the Plaintiff, ***Tricia Wachsmuth***, by and through counsel, Jeffrey C. Gosman of GOSMAN LAW OFFICE and supplies the Court with the invoice forwarded by D.P. VanBlaricom on the 1st of February, 2011 for his trial appearance. This invoice was misplaced and was recently discovered.

Thursday, April 21, 2011.

1

Respectfully submitted,

_____-S-_____
JEFFREY C. GOSMAN
Plaintiff's Counsel
**GOSMAN LAW OFFICE**
PO Box 51267
Casper, Wyoming 82601
(307) 265-3082 (ph.)
(307) 265-6715 (fax.)

### *Certificate of Service*

I hereby certify that true and correct copies of the foregoing document was served this Thursday, April 21, 2011 by *e-submission* to the following parties in interest:

| | |
|---|---|
| Misha Westby<br>Senior Assistant Attorney General<br>2424 Pioneer Avenue, 2nd Floor<br>Cheyenne, WY 82002<br>(307) 777-5477<br>(307) 777 8920 (f)<br>mwest@state.wy.us | |

_____-S-_____
Jeff Gosman

# D.P. VAN BLARICOM, INC.

835 91st Lane N.E.
Bellevue, WA 98004-4811
425 453-0082 FAX 453-3263

TAX ID 91-1437291

Jeffrey C. Gosman
P.O. Box 51267
Casper, WY 82601-2481

February 01, 2011

In Reference To: Wachsmuth v. City of Powell
10-1601
Invoice # 19837

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/17/2011 | To Cheyenne, meet with client & overnight |  | 3,850.00 |
| 2/18/2011 | Testify at trial & return |  | 3,850.00 |
|  | For professional services rendered | 0.00 | $7,700.00 |

Additional Charges :

| Shuttle roundtrip to & from home airport | 70.00 |
|---|---|
| Total costs | $70.00 |

| Total amount of this bill | $7,770.00 |
|---|---|
| Previous balance | $3,527.38 |
| 1/31/2011 Payment - thank you. Check No. 010412 | ($3,527.38) |
| Total payments and adjustments | ($3,527.38) |
| **BALANCE DUE** | **$7,770.00** |