Gregory A. Phillips
Wyoming Attorney General

John Renneisen
Deputy Attorney General

Misha Westby – WY Bar No. 6-2826
Cathleen D. Parker –WY Bar No. 6-3236
Senior Assistant Attorney General
2424 Pioneer Ave., 2nd Floor
Cheyenne, WY 82002
T: (307) 777-5457
F: (307) 777-8920
E: mwestb@state.wy.us

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| Tricia Wachsmuth, | ) | |
| | ) | |
| Plaintiff, | ) | 10-CV-041-J |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Powell, Tim Feathers, Chad Miner, | ) | |
| Mike Chretien, Roy Eckerdt, Dave Brown, | ) | |
| Mike Hall, Brett Lara, Matt McCaslin, | ) | |
| Alan Kent, Matthew Danzer, Officer Brilakis, | ) | |
| Lee Blackmore, Cody Bradley, Kirk Chapman, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTIFICATION OF AGREEMENT REACHED AND REQUEST FOR ORDER GRANTING ATTORNEY'S FEES AND COSTS AS STIPULATED TO BY THE PARTIES

The parties hereby notify the Court that they have reached an agreement with regard to the attorney's fees and costs, including all fees and costs set forth in Plaintiff's Petition for Fees, the supplements thereto and the Certificate of Taxable Costs.

The parties request the Court award attorney's fees and costs, including all recoverable fees and taxable costs in the amount of $150,000.

DATED this 22nd day of April, 2011.

/s/ Misha Westby
Misha Westby – WSB No. 6-2826
Senior Assistant Attorney General


/s/ Jeffrey C. Gosman
Attorney for the Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2011, the foregoing was served electronically via email and U.S. Mail to the following individuals:

Tom Thompson
MacPherson, Kelly & Thompson
PO Box 999
Rawlins, WY  82301-0999
E:  tthompson@wyomingattorneys.net


/s/ Lee Ann Schutt
Office of the Wyoming Attorney General

*Wachsmuth v. City of Powell, et. al.,* Case No. 10-CV-41-J
Notification of Agreement Reached and Request for
Order Granting Attorney's Fees And Costs as Stipulated to by the Parties
Page 2 of 2