FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 25 2011

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF POWELL, TIM FEATHERS, CHAD MINER, MIKE CHRETIEN, ROY ECKERDT, DAVE BROWN, MIKE HALL, BRETT LARA, MATT McCASLIN, ALAN KENT, MATTHEW DANZER, CODY BRADLEY, and KIRK CHAPMAN,<br><br>Defendants. | Case No. 10-CV-41-J |

**AMENDED JUDGMENT ON JURY VERDICT**

The above-captioned matter came to trial before the Court and a jury, the Honorable Alan B. Johnson, United States District Judge, presiding. The issues were duly tried, and the jury duly rendered its verdict, finding that Plaintiff satisfied her claim under 42 U.S.C. § 1983, and that Defendants Sergeant Mike Chretien and Sergeant Roy Eckerdt violated her constitutional rights under the color of state law. The jury further rendered its verdict in favor of the Official-Capacity Defendants, Chief Tim Feathers and the City of Powell.

Therefore, it is ORDERED, ADJUDGED, AND DECREED that Plaintiff, Tricia

Wachsmuth, recover $30,001 from Defendants Sergeant Mike Chretien and Sergeant Roy Eckerdt.

Furthermore, it is ORDERED, ADJUDGED, AND DECREED that Plaintiff, Tricia Wachsmuth, recover her reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988 and her costs pursuant to Fed. R. Civ. P. 54, stipulated to by the parties in the amount of $150,000.

Furthermore, it is ORDERED, ADJUDGED, AND DECREED that Official-Capacity Defendants Chief Tim Feathers and the City of Powell recover their costs from Plaintiff, Tricia Wachsmuth, pursuant to Fed. R. Civ. P. 54, in the amount certified by the Clerk of Court totaling $1,207.97. Attached as Exhibit A to this order is the *Clerk's Bill of Costs*.

Dated this 25th day of April, 2011.

Alan B. Johnson
United States District Judge