IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 10-CV-41-J |
| ) | |
| CITY OF POWELL; and in their individual ) | |
| capacity, TIM FEATHERS, CHAD MINER, MIKE ) | |
| CHRETIEN, ROY ECKERDT, DAVE BROWN, ) | |
| MIKE HALL, BRETT LARA, MATT McCASLIN, ) | |
| ALAN KENT, MATTHEW DANZER, OFFICER ) | |
| BRILAKIS, LEE BLACKMORE, CODY BRADLEY, ) | |
| KIRK CHAPMAN, JOHN DOES #1-#4, ) | |
| ) | |
| Defendants. ) | |

## CLERK'S BILL OF COSTS

Defendants City of Powell and Defendant Tim Feathers, in his official capacity, are awarded their costs as follows:

Transcript Fees:

Trial transcripts obtained for the convenience of counsel are not taxable unless advance authority has been sought and obtained from the Court, and trial transcripts are also not taxable when not obtained for the purposes of preparing proposed findings of fact and conclusions of law at the direction of the Court. See USDC Local Rule 54.2(f)(2)(B&C).

Cost of transcripts of cross-examination of David W Patterson and of testimony of Tim Feathers are not allowed.

Exhibit A
Page 1

Witness fees[1]:

| | | |
|---|---:|---:|
| K Thor Eells, Monument CO | | |
|     testified 2-25-2011 | $ 40.00 | |
|     subsistence (1 day) | 123.00 | |
|     mileage: 151 x 2 = 302 mi. | <u>154.02</u> | |
|     Total | $ 317.02 | |
| **Total witness fees** | | $ 317.02 |

Deposition Costs for depositions used at trial[2]:

| | | |
|---|---:|---:|
| Deposition of DP Van Blaricom (original) | | |
|     113 pages @ $2.95/pg. | $ 333.35 | |
| Deposition of Lt Dave Patterson (copy) | $ 129.60 | |
|     144 pages @ 90¢/pg. | | |
| Deposition of Dr Michael Kobos (original - 2 volumes) | | |
|     74 pages total @ $3.25/pg. | $ 240.50 | |
|     reporter appearance fee (total) | <u>120.00</u> | |
| | $ 360.50 | |
| Deposition of Dr Troy Stiles (copy) | $ 67.50 | |
|     75 pages @ 90¢/pg. | | |
| **Total deposition costs** | | $ 890.95 |
| **Total costs allowed** | | $ 1,207.97 |

---

[1]Witness fees are $40.00 for each day a witness testified; subsistence is $123.00 for each day that a witness was away from home to testify; mileage is 51¢ per mile up to 500 miles each way; mileage is calculated based on mileage figures given in Rand McNally mileage calculator (www.randmcnally.com).

[2]Statutory maximum allowable is $3.65/pg. for original depositions; 90¢/pg. for copies

Dated this 25th day of April, 2011.

                              STEPHAN HARRIS
                              Clerk of Court

                        By:   /s/ Deborah L Nielsen
                              Deputy Clerk