# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRICIA WACHSMUTH, | CASE NO. **10 cv 041J** |
| Plaintiff, | |
| vs. | |
| City of Powell, and in their individual capacity, Tim Feathers, Chad Miner, Mike Chretien, Roy Eckerdt, Dave Brown, Mike Hall, Brett Lara, Matt McCaslin, Alan Kent, Matt Danzer, Cody Bradley, and Kirk Chapman. | |
| Defendants | |

### *SATISFACTION OF JUDGMENT BY ALL PARTIES*

***Comes Now***, Plaintiff, by and through counsel Jeff Gosman of *GOSMAN LAW OFFICE* and hereby enters her satisfaction of the judgment she holds against the Defendants, Roy Eckerdt and Mike Chretien. Said judgment has been satisfied in full.

***Comes Now***, the Official Capacity Defendants, Timothy Feathers, and the City of Powell, by and through their attorney, Tom Thompson of MACPHERSON, KELLY & THOMPSON, and hereby enter their satisfaction of the judgment for costs against the Plaintiff, Tricia Wachsmuth, said judgment having been satisfied in full.

Wednesday, July 6, 2011.

                                            Respectfully submitted,

_____-S-_____
JEFFREY C. GOSMAN
Plaintiff's Counsel
**GOSMAN LAW OFFICE**
PO Box 51267
Casper, Wyoming 82601
(307) 265-3082 (ph.)
(307) 265-6715 (fax.)

_____-S-_____
TOM THOMPSON
Counsel for Official Capacity Defendants
**MACPHERSON, KELLY & THOMPSON**
P.O. 999, Rawlins, WY 82301-0999
(307) 324-2713 (ph)
(307) 324-7348 (fax)

## *Certificate of Service*

hereby certify that true and correct copies of the foregoing document was served this Wednesday, July 6, 2011 by ***e-submission*** to the following parties in interest:

| MISHA WESTBY<br>Senior Assistant Attorney General<br>2424 Pioneer Avenue, 2nd Floor<br>Cheyenne, WY 82002<br>(307) 777-5477<br>(307) 777 8920 (f)<br>mwest@state.wy.us | TOM THOMPSON<br>MacPherson, Kelly & Thompson<br>P.O. 999<br>Rawlins, WY 82301-0999<br>(307) 324-2713<br>(307) 324-7348<br>tthompson@wyomingattorneys.net | JEFFREY C. GOSMAN<br>Gosman Law Office<br>PO Box 51267<br>Casper, Wyoming 82601<br>(307) 265-3082 (ph.)<br>(307) 265-6715 (fax.)<br>jeffg@gosmanlawoffices.com |
|---|---|---|

_____-S-_____
Jeff Gosman